**NOTICE OF INTENTION TO ENFORCE SHAREHOLDER LIABILITY FOR SERVICES RENDERED**

TO:

LI HUI ZHANG a/k/a Lihui Zhang, SAILU PAN a/k/a Sai Lu Pan a/k/a Sai Pan Lu,
CHRISTINE WANG, and MIAO KUN FANG,

PLEASE TAKE NOTICE, that pursuant to the provisions of Section 630 of the Business Corporation Law of New York, you are hereby notified that

FANGRUI HUANG

and others similarly situated intend to charge you and hold you personally liable, jointly and severally, as one of the ten largest shareholders of

GW OF FLUSHING I, INC.
d/b/a G W Supermarket,

GREAT WALL SUPERMARKET OF NY INC.
d/b/a G W Supermarket,

FLUSHING MARKET, INC.
d/b/a G W Supermarket,

GW SUPERMARKET OF NORTHERN BOULEVARD INC.
d/b/a G W Supermarket,

GREAT WALL SUPERMARKET(QUEENS) INC.
d/b/a G W Supermarket,

GREAT WALL SUPERMARKET OF GA INC.
d/b/a G W Supermarket,

GREAT WALL SUPERMARKET OF MARYLAND INC.
d/b/a G W Supermarket,

GREAT WALL SUPERMARKET OF BALTIMORE INC.
d/b/a G W Supermarket,

GREAT WALL SUPERMARKET OF GERMANTOWN INC.
d/b/a G W Supermarket,

C-MART SUPERMARKET II, INC.
d/b/a G W Supermarket,

C-MART HERALD STREET, INC.
d/b/a G W Supermarket,

GW SUPERMARKET OF HOUSTON, INC.
d/b/a G W Supermarket,

GREAT WALL SUPERMARKET OF VA INC.
d/b/a G W Supermarket, and

GREAT WALL VA INC.
d/b/a G W Supermarket,

for all debts, wages, and/or salaries due and owing to them as laborers, servants and/or employees of the said corporations for services performed by them for the said corporations within the six (6) years preceding the date of this notice and have expressly authorized the undersigned, as their attorney, to make this demand on their behalf.

Dated: May 25, 2017
Flushing, NY

TROY LAW, PLLC
*Attorneys for Plaintiff, the proposed FLSA Collective, and Potential Rule 23 Class*

/s/ John Troy
John Troy (JT0481)
41-25 Kissena Boulevard Suite 119
Flushing, NY 11355
Tel: (718) 762-1324
Email: johntroy@troypllc.com