**DEMAND BY EMPLOYEES TO INSPECT SHARE RECORDS AND MINUTES PURSUANT TO SECTION 624 OF THE NEW YORK STATE BUSINESS CORPORATION LAW**

TO:

GW OF FLUSHING I, INC.
d/b/a G W Supermarket
c/o DZH Real Estate LLC
1300 Metropolitan Avenue
Brooklyn, NY 11237

GREAT WALL SUPERMARKET OF NY INC.
d/b/a G W Supermarket
77-00 Queens Boulevard
Elmhurst, NY 11373

FLUSHING MARKET, INC.
d/b/a G W Supermarket
c/o DZH Real Estate LLC
1300 Metropolitan Avenue
Brooklyn, NY 11237

GW SUPERMARKET OF NORTHERN BOULEVARD INC.
d/b/a G W Supermarket
144-50 Northern Boulevard
Flushing, NY 11354

GREAT WALL SUPERMARKET(QUEENS) INC.
d/b/a G W Supermarket
23 Arbor Lane
Roslyn Heights, NY 11577

GREAT WALL SUPERMARKET OF GA INC.
d/b/a G W Supermarket
2300 Pleasant Hill Rd, Suite #B-6
Duluth, GA 30096

GREAT WALL SUPERMARKET OF MARYLAND INC.
d/b/a G W Supermarket
700 Hungerford Drive
Rockville, MD 20850

GREAT WALL SUPERMARKET OF BALTIMORE INC.
d/b/a G W Supermarket
5510 Baltimore National Pike

Catonsville, MD 21228

GREAT WALL SUPERMARKET OF GERMANTOWN INC.
d/b/a G W Supermarket
19721 N Frederick Road
Germantown, MD 20876

C-MART SUPERMARKET II, INC.
d/b/a G W Supermarket
109 Lincoln Street
Boston, MA 02111

C-MART HERALD STREET, INC.
d/b/a G W Supermarket
50 Herald Street
Boston, MA 02116

GW SUPERMARKET OF HOUSTON, INC.
d/b/a G W Supermarket
9889 Bellaire Blvd, Building B
Houston TX 77036

GREAT WALL SUPERMARKET OF VA INC.
d/b/a G W Supermarket
2982 Gallows Road
Falls Church, VA 22042

GREAT WALL VA INC.
d/b/a G W Supermarket
2982 Gallows Road
Falls Church, VA 22042

PLEASE TAKE NOTICE, that

FANGRUI HUANG

and others similarly situated as employees of the above corporations who intend to demand, pursuant to the provisions of Section 630 of the Business Corporation Law of New York, payment of debts, wages and/or salaries due and owing to them as laborers, servants and/or employees of the above corporations for services performed by them for the above corporations within the six (6) years preceding the date of this notice from the ten largest shareholders of the above corporations, and who have expressly authorized the undersigned, as their attorney, to make this demand on their behalf.

HEREBY DEMAND the right to examine, in person or by agent or attorney, during usual business hours, the minutes of the proceedings of the shareholders and records of shareholders of

the above corporations and to make extracts therefrom on or after five (5) days from receipt of this notice.

Dated: May 25, 2017
Flushing, NY

TROY LAW, PLLC
*Attorneys for Plaintiff, the proposed FLSA Collective, and Potential Rule 23 Class*

/John Troy/
John Troy (JT0481)
41-25 Kissena Boulevard Suite 119
Flushing, NY 11355
Tel: (718) 762-1324
Email: johntroy@troypllc.com