TROY LAW, PLLC
*Attorneys for Plaintiff, proposed FLSA collective, and potential Rule 23 Class*
John Troy (JT 0481)
41-25 Kissena Boulevard, Suite 119
Flushing, NY 11355
Tel: (718) 762-1324

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x

FANGRUI HUANG,
*on behalf of himself and others similarly situated,*
Plaintiff,

v.

GW OF FLUSHING I, INC.
d/b/a G W Supermarket,
GREAT WALL SUPERMARKET OF NY INC.
d/b/a G W Supermarket,
FLUSHING MARKET, INC.
d/b/a G W Supermarket,
GW SUPERMARKET OF NORTHERN BOULEVARD INC.
d/b/a G W Supermarket,
GREAT WALL SUPERMARKET(QUEENS) INC.
d/b/a G W Supermarket,
GREAT WALL SUPERMARKET OF GA INC.
d/b/a G W Supermarket,
GREAT WALL SUPERMARKET OF MARYLAND INC.
d/b/a G W Supermarket,
GREAT WALL SUPERMARKET OF BALTIMORE INC.
d/b/a G W Supermarket,
GREAT WALL SUPERMARKET OF GERMANTOWN INC.
d/b/a G W Supermarket,
C-MART SUPERMARKET II, INC.
d/b/a G W Supermarket,
C-MART HERALD STREET, INC.
d/b/a G W Supermarket,
GW SUPERMARKET OF HOUSTON, INC.
d/b/a G W Supermarket,
GREAT WALL SUPERMARKET OF VA INC.
d/b/a G W Supermarket,
GREAT WALL VA INC.
d/b/a G W Supermarket,
LI HUI ZHANG
a/k/a Lihui Zhang,

**Case No. 17-cv-3181**

**29 U.S.C. § 216(b) COLLECTIVE ACTION AND FED. R. CIV. P. 23 CLASS ACTION**

**COMPLAINT**

SAILU PAN
a/k/a Sai Lu Pan
a/k/a Sai Pan Lu,
CHRISTINE WANG, and
MIAO KUN FANG,

Defendants.

---------------------------------------------------------------x

By my signature below, I hereby authorize the filing and prosecution of the above-styled Fair Labor Standards Act action under Section 216(b) of the FLSA and agree to act as a representative of others similarly situated and to make decisions on my behalf and on behalf of others similarly situated concerning the litigation, the method and manner of conduction this litigation, and all other matters pertaining to this lawsuit.

| | | |
|---|---|---|
| Print Name | Sign Name | |
| Address | Apartment | Telephone |
| City, State, ZIP Code | Email Address @ | Date |

TO:

TROY LAW, PLLC
41-25 Kissena Boulevard Suite 119
Flushing, NY 11355