Carolyn Shields
Liu & Shields LLP
41-60 Main Street, Suite 208A
Flushing, NY 11355
Tel: 718-463-1868
Email: shieldscj524@gmail.com
Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FANGRUI HUANG, on behalf of himself and others similarly situated,

Plaintiff,

v.

GW OF FLUSHING I, INC.
d/b/a GW Supermarket of Flushing 2,
DZH IMPORT & EXPORT INC.,

Defendants.

Case No. 1:17-cv-03181-PKC-JO

DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT AND L.R. 56.1 STATEMENT OF UNDISPUTED MATERIAL FACTS

DEFENDANTS' NOTICE OF MOTION AND MOTION
FOR SUMMARY JUDGMENT

TO: PLAINTIFF AND HIS ATTORNEY OF RECORD:

PLEASE TAKE NOTICE THAT the defendants GW OF FLUSHING I, INC., erroneously sued as "GW of Flushing I, Inc., d/b/a GW Supermarket of Flushing 2," and DZH IMPORT & EXPORT INC. ("Defendants"), hereby move pursuant to Rule 56, Fed. R. Civ. P., for summary judgment on the ground that there is no genuine dispute as to any material fact and Defendants are entitled to judgment as a matter of law dismissing each of the two remaining claims in this case, namely Counts I and II for failure to pay overtime compensation under federal law, the FLSA, and

state law, the NYLL, alleged in the Third Amended Complaint, for sanctions, and for such other and further relief as the Court may deem just and proper.

This motion is based on this Notice of Motion and Motion, the attached Defendants' L.R. 56.1 Statement of Undisputed Material Facts and accompanying evidence, Defendants' Memorandum of Law, the Declaration of Louis Miu, affirmed on March 16, 2020 and accompanying exhibit, and the Declaration of Carolyn Shields, affirmed on March 16, 2020 and accompanying exhibits.

Dated: March 16, 2020

Respectfully submitted,

*s/ Carolyn Shields*

Carolyn Shields
Liu & Shields LLP
41-60 Main Street, Suite 208A
Flushing, NY 11355
Tel: 718-463-1868
Email: shieldscj524@gmail.com
Attorneys for GW of Flushing I, Inc. and DZH Import and Export Inc., Defendants