Carolyn Shields
Ying Liu
Liu & Shields LLP
41-60 Main Street, Suite 208A
Flushing, NY 11355
Tel: 718-463-1868
Email: shieldscj524@gmail.com
Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FANGRUI HUANG, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GW OF FLUSHING I, INC. d/b/a GW Supermarket of Flushing 2, DZH IMPORT & EXPORT INC.,<br><br>Defendants. | Case No. 1:17-cv-03181-PKC-JO<br><br>DECLARATION OF LOUIS MIU IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

**DECLARATION OF LOUIS MIU IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

I, Louis Miu, declare:

1. I am a Certified Public Accountant and, with the assistance of the staff of my office, Miu & Co., prepared the Payroll Reports and paychecks and check stubs for GW of Flushing I, Inc., including the Payroll Reports covering the employment of Fangrui Huang, one of GW of Flushing I, Inc.'s employees, and the paychecks and check stubs delivered to Fangrui Huang. I am familiar with those Payroll Reports and paychecks and check stubs. I have personal knowledge of the

facts set forth herein and if called as a witness could and would competently testify thereto.

2. Attached as Exhibit A are true and correct copies of the paychecks and check stubs delivered to Fangrui Huang. My office sent the original paychecks, with check stubs, to the bookkeeping department of our client, GW of Flushing I, Inc., for delivery of the paychecks with check stubs to Fangrui Huang. What Mr. Huang received from GW of Flushing I, Inc. is the original of what is shown in Exhibit A, with the addition of a signature on the checks, together with the check stubs.

I declare under penalty of perjury under 28 U.S.C. § 1746 that the foregoing is true and correct. Executed on March 16, 2020.

Louis Miu