# EXHIBIT A

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No. 008138**

| DATE | AMOUNT |
|---|---|
| 05/11/2011 | $334.14 |

**Pay** Three Hundred Thirty-Four and 14/100 **Dollars**

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈008138⑈ ⑆026013796⑆ 63851935⑈

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 05/08/2011 PAY DATE 05/11/2011 CHECK NO 008138
EXEMPTION STATUS: Married Resident, 2 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 377.04 | 15.84 | 5.47 | 8.27 | 7.99 | 5.33 | 0.00 | 0.00 | 40.00 | 7.25 | 8.00 | 10.88 | 0.00 | 334.14 |

| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 377.04 | 15.84 | 5.47 | 8.27 | 7.99 | 5.33 | 0.00 | 0.00 | 290.00 | 87.04 | | | | 0.00 |

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No. 008139**

| DATE | AMOUNT |
|---|---|
| 05/18/2011 | $334.14 |

**Pay** Three Hundred Thirty-Four and 14/100 **Dollars**

To The Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈008139⑈ ⑆026013796⑆ 638519335⑈

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 05/15/2011 PAY DATE 05/18/2011 CHECK NO 008139
EXEMPTION STATUS: Married Resident, 2 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 377.04 | 15.84 | 5.47 | 8.27 | 7.99 | 5.33 | 0.00 | 0.00 | 40.00 | 7.25 | 8.00 | 10.88 | 0.00 | 334.14 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 754.08 | 31.68 | 10.94 | 16.54 | 15.98 | 10.66 | 0.00 | 0.00 | 290.00 | 87.04 | | | | 0.00 |

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No. 008140**

| DATE | AMOUNT |
|---|---|
| 05/25/2011 | $334.14 |

**Pay** Three Hundred Thirty-Four and 14/100 **Dollars**

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈008140⑈ ⑆026013796⑆ 638519335⑈

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 05/22/2011 PAY DATE 05/25/2011 CHECK NO 008140
EXEMPTION STATUS: Married Resident, 2 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 377.04 | 15.84 | 5.47 | 8.27 | 7.99 | 5.33 | 0.00 | 0.00 | 40.00 | 7.25 | 8.00 | 10.88 | 0.00 | 334.14 |
| | | | YEAR TO DATE | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 1,131.12 | 47.52 | 16.41 | 24.81 | 23.97 | 15.99 | 0.00 | 0.00 | 290.00 | 87.04 | | | | 0.00 |

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No. 008151**

| DATE | AMOUNT |
|---|---|
| 06/01/2011 | $334.14 |

**Pay** Three Hundred Thirty-Four and 14/100

To The
Order of:

**Dollars**

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈008151⑈ ⑆026013796⑆ 63851935⑈

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 05/29/2011 PAY DATE 06/01/2011 CHECK NO 008151
EXEMPTION STATUS: Married Resident, 2 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 377.04 | 15.84 | 5.47 | 8.27 | 7.99 | 5.33 | 0.00 | 0.00 | 40.00 | 7.25 | 8.00 | 10.88 | 0.00 | 334.14 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 1,508.16 | 63.36 | 21.88 | 33.08 | 31.96 | 21.32 | 0.00 | 0.00 | 290.00 | 87.04 | | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 008220

| DATE | AMOUNT |
|---|---|
| 06/08/2011 | $334.14 |

Pay Three Hundred Thirty-Four and 14/100 Dollars

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈008220⑈ ⑆026013796⑆ 63851935⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
*Certified Public Accountants*

PERIOD ENDING 06/05/2011 PAY DATE 06/08/2011 CHECK NO 008220
EXEMPTION STATUS: Married Resident, 2 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 377.04 | 15.84 | 5.47 | 8.27 | 7.99 | 5.33 | 0.00 | 0.00 | 40.00 | 7.25 | 8.00 | 10.88 | 0.00 | 334.14 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 1,885.20 | 79.20 | 27.35 | 41.35 | 39.95 | 26.65 | 0.00 | 0.00 | 290.00 | 87.04 | | | | 0.00 |

GW011

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 008282

| DATE | AMOUNT |
|---|---|
| 06/15/2011 | $334.73 |

Pay Three Hundred Thirty-Four and 73/100 Dollars

To The Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈008282⑈ ⑆026013796⑆ 63851935⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 06/12/2011 PAY DATE 06/15/2011 CHECK NO 008282
EXEMPTION STATUS: Married Resident, 2 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 377.80 | 15.87 | 5.48 | 8.35 | 8.02 | 5.35 | 0.00 | 0.00 | 40.00 | 7.25 | 8.07 | 10.88 | 0.00 | 334.73 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 2,263.00 | 95.07 | 32.83 | 49.70 | 47.97 | 32.00 | 0.00 | 0.00 | 290.00 | 87.80 | | | | 0.00 |

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No. 008336**

| DATE | AMOUNT |
|---|---|
| 06/22/2011 | $334.31 |

**Pay** Three Hundred Thirty-Four and 31/100

To The
Order of:

**Dollars**

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈008336⑈ ⑆026013796⑆ 63851935⑈

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 06/19/2011 PAY DATE 06/22/2011 CHECK NO 008336
EXEMPTION STATUS: Married Resident, 2 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 377.26 | 15.84 | 5.47 | 8.30 | 8.00 | 5.34 | 0.00 | 0.00 | 40.00 | 7.25 | 8.02 | 10.88 | 0.00 | 334.31 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 2,640.26 | 110.91 | 38.30 | 58.00 | 55.97 | 37.34 | 0.00 | 0.00 | 290.00 | 87.26 | | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 008413

| DATE | AMOUNT |
|---|---|
| 06/29/2011 | $334.56 |

Pay Three Hundred Thirty-Four and 56/100 Dollars

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈008413⑈ ⑆026013796⑆ 638519335⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
Certified Public Accountants

PERIOD ENDING 06/26/2011 PAY DATE 06/29/2011 CHECK NO 008413
EXEMPTION STATUS: Married Resident, 2 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 377.58 | 15.86 | 5.47 | 8.33 | 8.01 | 5.35 | 0.00 | 0.00 | 40.00 | 7.25 | 8.05 | 10.88 | 0.00 | 334.56 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 3,017.84 | 126.77 | 43.77 | 66.33 | 63.98 | 42.69 | 0.00 | 0.00 | 290.00 | 87.58 | | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 008478

| DATE | AMOUNT |
|---|---|
| 07/06/2011 | $351.16 |

Pay Three Hundred Fifty-One and 16/100 Dollars

To The Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈008478⑈ ⑆026013796⑆ 63851935⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
*Certified Public Accountants*

PERIOD ENDING 07/03/2011 PAY DATE 07/06/2011 CHECK NO 008478
EXEMPTION STATUS: Married Resident, 2 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 399.24 | 16.77 | 5.79 | 10.49 | 9.01 | 6.02 | 0.00 | 0.00 | 40.00 | 7.25 | 10.04 | 10.88 | 0.00 | 351.16 |

| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3,417.08 | 143.54 | 49.56 | 76.82 | 72.99 | 48.71 | 0.00 | 0.00 | 290.00 | 109.24 | | | | 0.00 |

GW OF FLUSHING I. INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 008542

| DATE | AMOUNT |
|---|---|
| 07/13/2011 | $317.69 |

Pay Three Hundred Seventeen and 69/100 Dollars

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈008542⑈ ⑆026013796⑆ 638519335⑈

GW OF FLUSHING I. INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
*Certified Public Accountants*

PERIOD ENDING 07/10/2011 PAY DATE 07/13/2011 CHECK NO 008542
EXEMPTION STATUS: Married Resident, 2 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 355.61 | 14.94 | 5.16 | 6.13 | 7.02 | 4.67 | 0.00 | 0.00 | 40.00 | 7.25 | 6.03 | 10.88 | 0.00 | 317.69 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 3,772.69 | 158.48 | 54.72 | 82.95 | 80.01 | 53.38 | 0.00 | 0.00 | 290.00 | 65.61 | | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 008602

| DATE | AMOUNT |
| --- | --- |
| 07/20/2011 | $334.14 |

Pay Three Hundred Thirty-Four and 14/100 Dollars

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈008602⑈ ⑆026013796⑆ 638519 35⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
Certified Public Accountants

PERIOD ENDING 07/17/2011 PAY DATE 07/20/2011 CHECK NO 008602
EXEMPTION STATUS: Married Resident, 2 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 377.04 | 15.84 | 5.47 | 8.27 | 7.99 | 5.33 | 0.00 | 0.00 | 40.00 | 7.25 | 8.00 | 10.88 | 0.00 | 334.14 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 4,149.73 | 174.32 | 60.19 | 91.22 | 88.00 | 58.71 | 0.00 | 0.00 | 290.00 | 87.04 | | | | 0.00 |

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No. 008667**

| DATE | AMOUNT |
|---|---|
| 07/27/2011 | $334.31 |

**Pay** Three Hundred Thirty-Four and 31/100 **Dollars**

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈008667⑈ ⑆026013796⑆ 638519335⑈

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 07/24/2011 PAY DATE 07/27/2011 CHECK NO 008667
EXEMPTION STATUS: Married Resident, 2 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 377.26 | 15.84 | 5.47 | 8.30 | 8.00 | 5.34 | 0.00 | 0.00 | 40.00 | 7.25 | 8.02 | 10.88 | 0.00 | 334.31 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 4,526.99 | 190.16 | 65.66 | 99.52 | 96.00 | 64.05 | 0.00 | 0.00 | 290.00 | 87.26 | | | | 0.00 |

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No. 008731**

| DATE | AMOUNT |
| --- | --- |
| 08/03/2011 | $334.23 |

**Pay** Three Hundred Thirty-Four and 23/100

To The
Order of:

**Dollars**

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈008731⑈ ⑆026013796⑆ 63851935⑈

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 07/31/2011 PAY DATE 08/03/2011 CHECK NO 008731
EXEMPTION STATUS: Married Resident, 2 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 377.15 | 15.84 | 5.47 | 8.29 | 7.99 | 5.33 | 0.00 | 0.00 | 40.00 | 7.25 | 8.01 | 10.88 | 0.00 | 334.23 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 4,904.14 | 206.00 | 71.13 | 107.81 | 103.99 | 69.38 | 0.00 | 0.00 | 290.00 | 87.15 | | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 008794

| DATE | AMOUNT |
|---|---|
| 08/10/2011 | $334.31 |

Pay Three Hundred Thirty-Four and 31/100 Dollars

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈008794⑈ ⑆026013796⑆ 63851935⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
*Certified Public Accountants*

PERIOD ENDING 08/07/2011 PAY DATE 08/10/2011 CHECK NO 008794
EXEMPTION STATUS: Married Resident, 2 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 377.26 | 15.84 | 5.47 | 8.30 | 8.00 | 5.34 | 0.00 | 0.00 | 40.00 | 7.25 | 8.02 | 10.88 | 0.00 | 334.31 |

| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5,281.40 | 221.84 | 76.60 | 116.11 | 111.99 | 74.72 | 0.00 | 0.00 | 290.00 | 87.26 | | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 008857

| DATE | AMOUNT |
|---|---|
| 08/17/2011 | $334.40 |

Pay Three Hundred Thirty-Four and 40/100 Dollars

To The Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈008857⑈ ⑆026013796⑆ 63851935⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
Certified Public Accountants

PERIOD ENDING 08/14/2011 PAY DATE 08/17/2011 CHECK NO 008857
EXEMPTION STATUS: Married Resident, 2 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 377.37 | 15.85 | 5.47 | 8.31 | 8.00 | 5.34 | 0.00 | 0.00 | 40.00 | 7.25 | 8.03 | 10.88 | 0.00 | 334.40 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 5,658.77 | 237.69 | 82.07 | 124.42 | 119.99 | 80.06 | 0.00 | 0.00 | 290.00 | 87.37 | | | | 0.00 |

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No. 008921**

| DATE | AMOUNT |
|---|---|
| 08/24/2011 | $334.23 |

**Pay** Three Hundred Thirty-Four and 23/100 **Dollars**

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈008921⑈ ⑆026013796⑆ 63851935⑈

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 08/21/2011 PAY DATE 08/24/2011 CHECK NO 008921
EXEMPTION STATUS: Married Resident, 2 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 377.15 | 15.84 | 5.47 | 8.29 | 7.99 | 5.33 | 0.00 | 0.00 | 40.00 | 7.25 | 8.01 | 10.88 | 0.00 | 334.23 |

| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6,035.92 | 253.53 | 87.54 | 132.71 | 127.98 | 85.39 | 0.00 | 0.00 | 290.00 | 87.15 | | | | 0.00 |

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No. 008985**

| DATE | AMOUNT |
|---|---|
| 08/31/2011 | $334.14 |

**Pay** Three Hundred Thirty-Four and 14/100 **Dollars**

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈008985⑈ ⑆026013796⑆ 63851935⑈

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

| | | | | | |
|---|---|---|---|---|---|
| PERIOD ENDING | 08/28/2011 | PAY DATE | 08/31/2011 | CHECK NO | 008985 |
| EXEMPTION STATUS: Married Resident, 2 dependent(s) | | | | FANGRUI HUANG | XXX-XX-0811 SEAT NO.: VEG. 1 |

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 377.04 | 15.84 | 5.47 | 8.27 | 7.99 | 5.33 | 0.00 | 0.00 | 40.00 | 7.25 | 8.00 | 10.88 | 0.00 | 334.14 |

| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6,412.96 | 269.37 | 93.01 | 140.98 | 135.97 | 90.72 | 0.00 | 0.00 | 290.00 | 87.04 | | | | 0.00 |

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No. 009047**

| DATE | AMOUNT |
|---|---|
| 09/07/2011 | $334.23 |

**Pay** Three Hundred Thirty-Four and 23/100 **Dollars**

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈009047⑈ ⑆026013796⑆ 638519335⑈

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 09/04/2011 PAY DATE 09/07/2011 CHECK NO 009047
EXEMPTION STATUS: Married Resident, 2 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 377.15 | 15.84 | 5.47 | 8.29 | 7.99 | 5.33 | 0.00 | 0.00 | 40.00 | 7.25 | 8.01 | 10.88 | 0.00 | 334.23 |

| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6,790.11 | 285.21 | 98.48 | 149.27 | 143.96 | 96.05 | 0.00 | 0.00 | 290.00 | 87.15 | | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 009107

| DATE | AMOUNT |
|---|---|
| 09/14/2011 | $334.40 |

Pay Three Hundred Thirty-Four and 40/100 Dollars

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈009107⑈ ⑆026013796⑆ 63851935⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
*Certified Public Accountants*

PERIOD ENDING 09/11/2011 PAY DATE 09/14/2011 CHECK NO 009107
EXEMPTION STATUS: Married Resident, 2 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 377.37 | 15.85 | 5.47 | 8.31 | 8.00 | 5.34 | 0.00 | 0.00 | 40.00 | 7.25 | 8.03 | 10.88 | 0.00 | 334.40 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 7,167.48 | 301.06 | 103.95 | 157.58 | 151.96 | 101.39 | 0.00 | 0.00 | 290.00 | 87.37 | | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 009169

| DATE | AMOUNT |
|---|---|
| 09/21/2011 | $334.40 |

Pay Three Hundred Thirty-Four and 40/100 Dollars

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈009169⑈ ⑆026013796⑆ 638519135⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
*Certified Public Accountants*

PERIOD ENDING 09/18/2011 PAY DATE 09/21/2011 CHECK NO 009169
EXEMPTION STATUS: Married Resident, 2 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 377.37 | 15.85 | 5.47 | 8.31 | 8.00 | 5.34 | 0.00 | 0.00 | 40.00 | 7.25 | 8.03 | 10.88 | 0.00 | 334.40 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 7,544.85 | 316.91 | 109.42 | 165.89 | 159.96 | 106.73 | 0.00 | 0.00 | 290.00 | 87.37 | | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 009234

| DATE | AMOUNT |
|---|---|
| 09/28/2011 | $334.31 |

Pay Three Hundred Thirty-Four and 31/100 Dollars

To The Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈009234⑈ ⑆026013796⑆ 638519335⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
*Certified Public Accountants*

PERIOD ENDING 09/25/2011 PAY DATE 09/28/2011 CHECK NO 009234
EXEMPTION STATUS: Married Resident, 2 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 377.26 | 15.84 | 5.47 | 8.30 | 8.00 | 5.34 | 0.00 | 0.00 | 40.00 | 7.25 | 8.02 | 10.88 | 0.00 | 334.31 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 7,922.11 | 332.75 | 114.89 | 174.19 | 167.96 | 112.07 | 0.00 | 0.00 | 290.00 | 87.26 | | | | 0.00 |

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No. 009296**

| DATE | AMOUNT |
|---|---|
| 10/05/2011 | $334.31 |

**Pay** Three Hundred Thirty-Four and 31/100 **Dollars**

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈009296⑈ ⑆026013796⑆ 63851935⑈

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 10/02/2011 PAY DATE 10/05/2011 CHECK NO 009296
EXEMPTION STATUS: Married Resident, 2 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 377.26 | 15.84 | 5.47 | 8.30 | 8.00 | 5.34 | 0.00 | 0.00 | 40.00 | 7.25 | 8.02 | 10.88 | 0.00 | 334.31 |

| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8,299.37 | 348.59 | 120.36 | 182.49 | 175.96 | 117.41 | 0.00 | 0.00 | 290.00 | 87.26 | | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 009358

| DATE | AMOUNT |
|---|---|
| 10/12/2011 | $334.31 |

Pay Three Hundred Thirty-Four and 31/100 Dollars

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈009358⑈ ⑆026013796⑆ 638519935⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
*Certified Public Accountants*

PERIOD ENDING 10/09/2011 PAY DATE 10/12/2011 CHECK NO 009358
EXEMPTION STATUS: Married Resident, 2 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 377.26 | 15.84 | 5.47 | 8.30 | 8.00 | 5.34 | 0.00 | 0.00 | 40.00 | 7.25 | 8.02 | 10.88 | 0.00 | 334.31 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 8,676.63 | 364.43 | 125.83 | 190.79 | 183.96 | 122.75 | 0.00 | 0.00 | 290.00 | 87.26 | | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 009421

| DATE | AMOUNT |
|---|---|
| 10/19/2011 | $334.31 |

Pay Three Hundred Thirty-Four and 31/100 Dollars

To The Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈009421⑈ ⑆026013796⑆ 63851935⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
*Certified Public Accountants*

PERIOD ENDING 10/16/2011 PAY DATE 10/19/2011 CHECK NO 009421
EXEMPTION STATUS: Married Resident, 2 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 377.26 | 15.84 | 5.47 | 8.30 | 8.00 | 5.34 | 0.00 | 0.00 | 40.00 | 7.25 | 8.02 | 10.88 | 0.00 | 334.31 |

| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9,053.89 | 380.27 | 131.30 | 199.09 | 191.96 | 128.09 | 0.00 | 0.00 | 290.00 | 87.26 | | | | 0.00 |

GW030

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No. 009485**

| DATE | AMOUNT |
|---|---|
| 10/26/2011 | $334.40 |

**Pay** Three Hundred Thirty-Four and 40/100

**Dollars**

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈009485⑈ ⑆026013796⑆ 63851935⑈

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 10/23/2011 PAY DATE 10/26/2011 CHECK NO 009485
EXEMPTION STATUS: Married Resident, 2 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 377.37 | 15.85 | 5.47 | 8.31 | 8.00 | 5.34 | 0.00 | 0.00 | 40.00 | 7.25 | 8.03 | 10.88 | 0.00 | 334.40 |

| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9,431.26 | 396.12 | 136.77 | 207.40 | 199.96 | 133.43 | 0.00 | 0.00 | 290.00 | 87.37 | | | | 0.00 |

GW OF FLUSHING I. INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 009551

| DATE | AMOUNT |
|---|---|
| 11/02/2011 | $334.14 |

Pay Three Hundred Thirty-Four and 14/100 Dollars

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈009551⑈ ⑆026013796⑆ 63851935⑈

GW OF FLUSHING I. INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
*Certified Public Accountants*

PERIOD ENDING 10/30/2011 PAY DATE 11/02/2011 CHECK NO 009551
EXEMPTION STATUS: Married Resident, 2 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 377.04 | 15.84 | 5.47 | 8.27 | 7.99 | 5.33 | 0.00 | 0.00 | 40.00 | 7.25 | 8.00 | 10.88 | 0.00 | 334.14 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 9,808.30 | 411.96 | 142.24 | 215.67 | 207.95 | 138.76 | 0.00 | 0.00 | 290.00 | 87.04 | | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 009612

| DATE | AMOUNT |
|---|---|
| 11/09/2011 | $334.14 |

Pay Three Hundred Thirty-Four and 14/100

To The
Order of:

Dollars

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈009612⑈ ⑆026013796⑆ 638519935⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
Certified Public Accountants

PERIOD ENDING 11/06/2011 PAY DATE 11/09/2011 CHECK NO 009612
EXEMPTION STATUS: Married Resident, 2 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 377.04 | 15.84 | 5.47 | 8.27 | 7.99 | 5.33 | 0.00 | 0.00 | 40.00 | 7.25 | 8.00 | 10.88 | 0.00 | 334.14 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 10,185.34 | 427.80 | 147.71 | 223.94 | 215.94 | 144.09 | 0.00 | 0.00 | 290.00 | 87.04 | | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 009676

| DATE | AMOUNT |
|---|---|
| 11/16/2011 | $334.14 |

Pay Three Hundred Thirty-Four and 14/100 Dollars

To The Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈009676⑈ ⑆026013796⑆ 638519935⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
Certified Public Accountants

PERIOD ENDING 11/13/2011 PAY DATE 11/16/2011 CHECK NO 009676
EXEMPTION STATUS: Married Resident, 2 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 377.04 | 15.84 | 5.47 | 8.27 | 7.99 | 5.33 | 0.00 | 0.00 | 40.00 | 7.25 | 8.00 | 10.88 | 0.00 | 334.14 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 10,562.38 | 443.64 | 153.18 | 232.21 | 223.93 | 149.42 | 0.00 | 0.00 | 290.00 | 87.04 | | | | 0.00 |

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No. 009738**

| DATE | AMOUNT |
|---|---|
| 11/23/2011 | $334.14 |

**Pay** Three Hundred Thirty-Four and 14/100 **Dollars**

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈009738⑈ ⑆026013796⑆ 63851935⑈

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 11/20/2011 PAY DATE 11/23/2011 CHECK NO 009738
EXEMPTION STATUS: Married Resident, 2 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 377.04 | 15.84 | 5.47 | 8.27 | 7.99 | 5.33 | 0.00 | 0.00 | 40.00 | 7.25 | 8.00 | 10.88 | 0.00 | 334.14 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 10,939.42 | 459.48 | 158.65 | 240.48 | 231.92 | 154.75 | 0.00 | 0.00 | 290.00 | 87.04 | | | | 0.00 |

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No.** 009803

| DATE | AMOUNT |
|---|---|
| 11/30/2011 | $334.14 |

**Pay** Three Hundred Thirty-Four and 14/100 **Dollars**

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈009803⑈ ⑆026013796⑆ 6385193 5⑈

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 11/27/2011 PAY DATE 11/30/2011 CHECK NO 009803
EXEMPTION STATUS: Married Resident, 2 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 377.04 | 15.84 | 5.47 | 8.27 | 7.99 | 5.33 | 0.00 | 0.00 | 40.00 | 7.25 | 8.00 | 10.88 | 0.00 | 334.14 |

| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11,316.46 | 475.32 | 164.12 | 248.75 | 239.91 | 160.08 | 0.00 | 0.00 | 290.00 | 87.04 | | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 009869

| DATE | AMOUNT |
|---|---|
| 12/07/2011 | $334.14 |

Pay Three Hundred Thirty-Four and 14/100 Dollars

To The Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈009869⑈ ⑆026013796⑆ 63851935⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
*Certified Public Accountants*

PERIOD ENDING 12/04/2011 PAY DATE 12/07/2011 CHECK NO 009869
EXEMPTION STATUS: Married Resident, 2 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 377.04 | 15.84 | 5.47 | 8.27 | 7.99 | 5.33 | 0.00 | 0.00 | 40.00 | 7.25 | 8.00 | 10.88 | 0.00 | 334.14 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 11,693.50 | 491.16 | 169.59 | 257.02 | 247.90 | 165.41 | 0.00 | 0.00 | 290.00 | 87.04 | | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 009932

| DATE | AMOUNT |
|---|---|
| 12/14/2011 | $334.14 |

Pay Three Hundred Thirty-Four and 14/100 Dollars

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈009932⑈ ⑆026013796⑆ 6385193 5⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
*Certified Public Accountants*

PERIOD ENDING 12/11/2011 PAY DATE 12/14/2011 CHECK NO 009932
EXEMPTION STATUS: Married Resident, 2 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 377.04 | 15.84 | 5.47 | 8.27 | 7.99 | 5.33 | 0.00 | 0.00 | 40.00 | 7.25 | 8.00 | 10.88 | 0.00 | 334.14 |

| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12,070.54 | 507.00 | 175.06 | 265.29 | 255.89 | 170.74 | 0.00 | 0.00 | 290.00 | 87.04 | | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 009995

| DATE | AMOUNT |
|---|---|
| 12/21/2011 | $334.14 |

Pay Three Hundred Thirty-Four and 14/100 Dollars

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈009995⑈ ⑆026013796⑆ 638519335⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
*Certified Public Accountants*

PERIOD ENDING 12/18/2011 PAY DATE 12/21/2011 CHECK NO 009995
EXEMPTION STATUS: Married Resident, 2 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 377.04 | 15.84 | 5.47 | 8.27 | 7.99 | 5.33 | 0.00 | 0.00 | 40.00 | 7.25 | 8.00 | 10.88 | 0.00 | 334.14 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 12,447.58 | 522.84 | 180.53 | 273.56 | 263.88 | 176.07 | 0.00 | 0.00 | 290.00 | 87.04 | | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 010056

| DATE | AMOUNT |
|---|---|
| 12/28/2011 | $334.14 |

Pay Three Hundred Thirty-Four and 14/100 Dollars

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈010056⑈ ⑆026013796⑆ 638519335⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
*Certified Public Accountants*

PERIOD ENDING 12/25/2011 PAY DATE 12/28/2011 CHECK NO 010056
EXEMPTION STATUS: Married Resident, 2 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 377.04 | 15.84 | 5.47 | 8.27 | 7.99 | 5.33 | 0.00 | 0.00 | 40.00 | 7.25 | 8.00 | 10.88 | 0.00 | 334.14 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 12,824.62 | 538.68 | 186.00 | 281.83 | 271.87 | 181.40 | 0.00 | 0.00 | 290.00 | 87.04 | | | | 0.00 |

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No.** **010119**

| DATE | AMOUNT |
|---|---|
| 01/04/2012 | $334.14 |

**Pay** Three Hundred Thirty-Four and 14/100

To The Order of:

**Dollars**

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈010119⑈ ⑆026013796⑆ 63851935⑈

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 01/01/2012 PAY DATE 01/04/2012 CHECK NO 010119
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 377.04 | 15.84 | 5.47 | 8.27 | 7.99 | 5.33 | 0.00 | 0.00 | 40.00 | 7.25 | 8.00 | 10.88 | 0.00 | 334.14 |

| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 377.04 | 15.84 | 5.47 | 8.27 | 7.99 | 5.33 | 0.00 | 0.00 | 290.00 | 87.04 | | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 010184

| DATE | AMOUNT |
|---|---|
| 01/11/2012 | $334.14 |

Pay Three Hundred Thirty-Four and 14/100 Dollars

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈010184⑈ ⑆026013796⑆ 638519335⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
Certified Public Accountants

PERIOD ENDING 01/08/2012 PAY DATE 01/11/2012 CHECK NO 010184
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 377.04 | 15.84 | 5.47 | 8.27 | 7.99 | 5.33 | 0.00 | 0.00 | 40.00 | 7.25 | 8.00 | 10.88 | 0.00 | 334.14 |

| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 754.08 | 31.68 | 10.94 | 16.54 | 15.98 | 10.66 | 0.00 | 0.00 | 290.00 | 87.04 | | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 010252

| DATE | AMOUNT |
|---|---|
| 01/18/2012 | $334.14 |

Pay Three Hundred Thirty-Four and 14/100 Dollars

To The Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈010252⑈ ⑆026013796⑆ 63851935⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
Certified Public Accountants

PERIOD ENDING 01/15/2012 PAY DATE 01/18/2012 CHECK NO 010252
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 377.04 | 15.84 | 5.47 | 8.27 | 7.99 | 5.33 | 0.00 | 0.00 | 40.00 | 7.25 | 8.00 | 10.88 | 0.00 | 334.14 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 1,131.12 | 47.52 | 16.41 | 24.81 | 23.97 | 15.99 | 0.00 | 0.00 | 290.00 | 87.04 | | | | 0.00 |

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No. 010319**

| DATE | AMOUNT |
|---|---|
| 01/25/2012 | $336.23 |

**Pay** Three Hundred Thirty-Six and 23/100

To The
Order of:

**Dollars**

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈010319⑈ ⑆026013796⑆ 6385193 5⑈

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 01/22/2012 PAY DATE 01/25/2012 CHECK NO 010319
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 379.76 | 15.95 | 5.51 | 8.55 | 8.11 | 5.41 | 0.00 | 0.00 | 40.00 | 7.25 | 8.25 | 10.88 | 0.00 | 336.23 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 1,510.88 | 63.47 | 21.92 | 33.36 | 32.08 | 21.40 | 0.00 | 0.00 | 290.00 | 89.76 | | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 010384

| DATE | AMOUNT |
|---|---|
| 02/01/2012 | $334.14 |

Pay Three Hundred Thirty-Four and 14/100 Dollars

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈010384⑈ ⑆026013796⑆ 63851935⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
Certified Public Accountants

PERIOD ENDING 01/29/2012 PAY DATE 02/01/2012 CHECK NO 010384
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 377.04 | 15.84 | 5.47 | 8.27 | 7.99 | 5.33 | 0.00 | 0.00 | 40.00 | 7.25 | 8.00 | 10.88 | 0.00 | 334.14 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 1,887.92 | 79.31 | 27.39 | 41.63 | 40.07 | 26.73 | 0.00 | 0.00 | 290.00 | 87.04 | | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 010450

| DATE | AMOUNT |
|---|---|
| 02/08/2012 | $334.14 |

Pay Three Hundred Thirty-Four and 14/100

To The Order of: Dollars

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈010450⑈ ⑆026013796⑆ 638519935⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
Certified Public Accountants

PERIOD ENDING 02/05/2012 PAY DATE 02/08/2012 CHECK NO 010450
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 377.04 | 15.84 | 5.47 | 8.27 | 7.99 | 5.33 | 0.00 | 0.00 | 40.00 | 7.25 | 8.00 | 10.88 | 0.00 | 334.14 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 2,264.96 | 95.15 | 32.86 | 49.90 | 48.06 | 32.06 | 0.00 | 0.00 | 290.00 | 87.04 | | 0.00 | 0.00 | 0.00 |

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No. 012659**

| DATE | AMOUNT |
|---|---|
| 09/26/2012 | $386.22 |

**Pay** Three Hundred Eighty-Six and 22/100 **Dollars**

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈012659⑈ ⑆026013796⑆ 63851935⑈

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 09/23/2012 PAY DATE 09/26/2012 CHECK NO 012659
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 456.82 | 19.19 | 6.62 | 22.77 | 13.36 | 8.66 | 0.00 | 0.00 | 40.00 | 7.25 | 14.00 | 10.88 | 0.00 | 386.22 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 2,721.78 | 114.34 | 39.48 | 72.67 | 61.42 | 40.72 | 0.00 | 0.00 | 290.00 | 152.32 | 14.50 | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 012726

| DATE | AMOUNT |
|---|---|
| 10/03/2012 | $386.22 |

Pay Three Hundred Eighty-Six and 22/100 Dollars

To The Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈012726⑈ ⑆026013796⑆ 638519335⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
*Certified Public Accountants*

PERIOD ENDING 09/30/2012 PAY DATE 10/03/2012 CHECK NO 012726
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 456.82 | 19.19 | 6.62 | 22.77 | 13.36 | 8.66 | 0.00 | 0.00 | 40.00 | 7.25 | 14.00 | 10.88 | 0.00 | 386.22 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 3,178.60 | 133.53 | 46.10 | 95.44 | 74.78 | 49.38 | 0.00 | 0.00 | 290.00 | 152.32 | 14.50 | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 012792

| DATE | AMOUNT |
|---|---|
| 10/10/2012 | $386.22 |

Pay Three Hundred Eighty-Six and 22/100

To The Order of: Dollars

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈012792⑈ ⑆026013796⑆ 638519350⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
*Certified Public Accountants*

PERIOD ENDING 10/07/2012 PAY DATE 10/10/2012 CHECK NO 012792
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 456.82 | 19.19 | 6.62 | 22.77 | 13.36 | 8.66 | 0.00 | 0.00 | 40.00 | 7.25 | 14.00 | 10.88 | 0.00 | 386.22 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 3,635.42 | 152.72 | 52.72 | 118.21 | 88.14 | 58.04 | 0.00 | 0.00 | 290.00 | 152.32 | 14.50 | | | 0.00 |

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No. 012854**

| DATE | AMOUNT |
|---|---|
| 10/17/2012 | $404.53 |

**Pay** Four Hundred Four and 53/100 **Dollars**

To The Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈012854⑈ ⑆026013796⑆ 63851935⑈

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 10/14/2012 PAY DATE 10/17/2012 CHECK NO 012854
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 456.82 | 19.19 | 6.62 | 8.16 | 11.08 | 7.24 | 0.00 | 0.00 | 40.00 | 7.25 | 14.00 | 10.88 | 0.00 | 404.53 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 4,092.24 | 171.91 | 59.34 | 126.37 | 99.22 | 65.28 | 0.00 | 0.00 | 290.00 | 152.32 | 14.50 | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 012919

| DATE | AMOUNT |
|---|---|
| 10/24/2012 | $404.53 |

Pay Four Hundred Four and 53/100 Dollars

To The Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈012919⑈ ⑆026013796⑆ 6385193 5⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
Certified Public Accountants

PERIOD ENDING 10/21/2012 PAY DATE 10/24/2012 CHECK NO 012919
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 456.82 | 19.19 | 6.62 | 8.16 | 11.08 | 7.24 | 0.00 | 0.00 | 40.00 | 7.25 | 14.00 | 10.88 | 0.00 | 404.53 |

| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4,549.06 | 191.10 | 65.96 | 134.53 | 110.30 | 72.52 | 0.00 | 0.00 | 290.00 | 152.32 | 14.50 | | | 0.00 |

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No. 012985**

| DATE | AMOUNT |
|---|---|
| 10/31/2012 | $404.53 |

**Pay** Four Hundred Four and 53/100 **Dollars**

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈012985⑈ ⑆026013796⑆ 63851935⑈

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 10/28/2012 PAY DATE 10/31/2012 CHECK NO 012985
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 456.82 | 19.19 | 6.62 | 8.16 | 11.08 | 7.24 | 0.00 | 0.00 | 40.00 | 7.25 | 14.00 | 10.88 | 0.00 | 404.53 |

| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5,005.88 | 210.29 | 72.58 | 142.69 | 121.38 | 79.76 | 0.00 | 0.00 | 290.00 | 152.32 | 14.50 | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 013046

| DATE | AMOUNT |
|---|---|
| 11/07/2012 | $404.53 |

Pay Four Hundred Four and 53/100 Dollars

To The Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈013046⑈ ⑆026013796⑆ 63851935⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
Certified Public Accountants

PERIOD ENDING 11/04/2012 PAY DATE 11/07/2012 CHECK NO 013046
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 456.82 | 19.19 | 6.62 | 8.16 | 11.08 | 7.24 | 0.00 | 0.00 | 40.00 | 7.25 | 14.00 | 10.88 | 0.00 | 404.53 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 5,462.70 | 229.48 | 79.20 | 150.85 | 132.46 | 87.00 | 0.00 | 0.00 | 290.00 | 152.32 | 14.50 | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 013109

| DATE | AMOUNT |
|---|---|
| 11/14/2012 | $404.53 |

Pay Four Hundred Four and 53/100 Dollars

To The Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈013109⑈ ⑆026013796⑆ 638519356⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
Certified Public Accountants

PERIOD ENDING 11/11/2012 PAY DATE 11/14/2012 CHECK NO 013109
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 456.82 | 19.19 | 6.62 | 8.16 | 11.08 | 7.24 | 0.00 | 0.00 | 40.00 | 7.25 | 14.00 | 10.88 | 0.00 | 404.53 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 5,919.52 | 248.67 | 85.82 | 159.01 | 143.54 | 94.24 | 0.00 | 0.00 | 290.00 | 152.32 | 14.50 | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 013176

| DATE | AMOUNT |
|---|---|
| 11/21/2012 | $404.53 |

Pay Four Hundred Four and 53/100

To The Order of: Dollars

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈013176⑈ ⑆026013796⑆ 63851935⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
*Certified Public Accountants*

PERIOD ENDING 11/18/2012 PAY DATE 11/21/2012 CHECK NO 013176
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 456.82 | 19.19 | 6.62 | 8.16 | 11.08 | 7.24 | 0.00 | 0.00 | 40.00 | 7.25 | 14.00 | 10.88 | 0.00 | 404.53 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 6,376.34 | 267.86 | 92.44 | 167.17 | 154.62 | 101.48 | 0.00 | 0.00 | 290.00 | 152.32 | 14.50 | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 013239

| DATE | AMOUNT |
|---|---|
| 11/28/2012 | $335.23 |

Pay Three Hundred Thirty-Five and 23/100 Dollars

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈013239⑈ ⑆026013796⑆ 638519335⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
*Certified Public Accountants*

PERIOD ENDING 11/25/2012 PAY DATE 11/28/2012 CHECK NO 013239
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 367.06 | 15.42 | 5.32 | 0.00 | 6.67 | 4.42 | 0.00 | 0.00 | 40.00 | 7.25 | 5.75 | 10.88 | 0.00 | 335.23 |

| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6,743.40 | 283.28 | 97.76 | 167.17 | 161.29 | 105.90 | 0.00 | 0.00 | 290.00 | 62.56 | 14.50 | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 013304

| DATE | AMOUNT |
|---|---|
| 12/05/2012 | $508.83 |

Pay Five Hundred Eight and 83/100 Dollars

To The Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈013304⑈ ⑆026013796⑆ 63851935⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
Certified Public Accountants

PERIOD ENDING 12/02/2012 PAY DATE 12/05/2012 CHECK NO 013304
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 596.44 | 25.05 | 8.65 | 22.12 | 19.39 | 12.40 | 0.00 | 0.00 | 40.00 | 7.25 | 25.50 | 10.88 | 0.00 | 508.83 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 7,339.84 | 308.33 | 106.41 | 189.29 | 180.68 | 118.30 | 0.00 | 0.00 | 290.00 | 277.44 | 29.00 | | | 0.00 |

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No. 013372**

| DATE | AMOUNT |
|---|---|
| 12/12/2012 | $422.14 |

**Pay** Four Hundred Twenty-Two and 14/100

To The
Order of:

**Dollars**

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈013372⑈ ⑆026013796⑆ 638519935⑈

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 12/09/2012 PAY DATE 12/12/2012 CHECK NO 013372
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 480.39 | 20.18 | 6.97 | 10.52 | 12.47 | 8.11 | 0.00 | 0.00 | 40.00 | 7.25 | 15.50 | 10.88 | 0.00 | 422.14 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 7,820.23 | 328.51 | 113.38 | 199.81 | 193.15 | 126.41 | 0.00 | 0.00 | 290.00 | 168.64 | 21.75 | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 013440

| DATE | AMOUNT |
|---|---|
| 12/19/2012 | $422.14 |

Pay Four Hundred Twenty-Two and 14/100 Dollars

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈013440⑈ ⑆026013796⑆ 638519335⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
Certified Public Accountants

PERIOD ENDING 12/16/2012 PAY DATE 12/19/2012 CHECK NO 013440
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 480.39 | 20.18 | 6.97 | 10.52 | 12.47 | 8.11 | 0.00 | 0.00 | 40.00 | 7.25 | 15.50 | 10.88 | 0.00 | 422.14 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 8,300.62 | 348.69 | 120.35 | 210.33 | 205.62 | 134.52 | 0.00 | 0.00 | 290.00 | 168.64 | 21.75 | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 013507

| DATE | AMOUNT |
|---|---|
| 12/26/2012 | $422.14 |

Pay Four Hundred Twenty-Two and 14/100 Dollars

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈013507⑈ ⑆026013796⑆ 63851935⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
*Certified Public Accountants*

PERIOD ENDING 12/23/2012 PAY DATE 12/26/2012 CHECK NO 013507
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 480.39 | 20.18 | 6.97 | 10.52 | 12.47 | 8.11 | 0.00 | 0.00 | 40.00 | 7.25 | 15.50 | 10.88 | 0.00 | 422.14 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 8,781.01 | 368.87 | 127.32 | 220.85 | 218.09 | 142.63 | 0.00 | 0.00 | 290.00 | 168.64 | 21.75 | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No. 013574**

| DATE | AMOUNT |
|---|---|
| 01/02/2013 | $412.54 |

**Pay** Four Hundred Twelve and 54/100 **Dollars**

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈013574⑈ ⑆026013796⑆ 638519335⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 01/01/2013 PAY DATE 01/02/2013 CHECK NO 013574
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 480.39 | 29.78 | 6.97 | 10.52 | 12.47 | 8.11 | 0.00 | 0.00 | 40.00 | 7.25 | 15.50 | 10.88 | 0.00 | 412.54 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 480.39 | 29.78 | 6.97 | 10.52 | 12.47 | 8.11 | 0.00 | 0.00 | 290.00 | 168.64 | 21.75 | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 013640

| DATE | AMOUNT |
|---|---|
| 01/09/2013 | $412.54 |

Pay Four Hundred Twelve and 54/100

To The Order of: Dollars

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈013640⑈ ⑆026013796⑆ 638519351⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
Certified Public Accountants

PERIOD ENDING 01/06/2013 PAY DATE 01/09/2013 CHECK NO 013640
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 480.39 | 29.78 | 6.97 | 10.52 | 12.47 | 8.11 | 0.00 | 0.00 | 40.00 | 7.25 | 15.50 | 10.88 | 0.00 | 412.54 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 960.78 | 59.56 | 13.94 | 21.04 | 24.94 | 16.22 | 0.00 | 0.00 | 290.00 | 168.64 | 21.75 | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 013709

| DATE | AMOUNT |
|---|---|
| 01/16/2013 | $412.54 |

Pay Four Hundred Twelve and 54/100 Dollars

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈013709⑈ ⑆026013796⑆ 63851935⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
Certified Public Accountants

PERIOD ENDING 01/13/2013 PAY DATE 01/16/2013 CHECK NO 013709
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 480.39 | 29.78 | 6.97 | 10.52 | 12.47 | 8.11 | 0.00 | 0.00 | 40.00 | 7.25 | 15.50 | 10.88 | 0.00 | 412.54 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 1,441.17 | 89.34 | 20.91 | 31.56 | 37.41 | 24.33 | 0.00 | 0.00 | 290.00 | 168.64 | 21.75 | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 013779

| DATE | AMOUNT |
|---|---|
| 01/23/2013 | $412.54 |

Pay Four Hundred Twelve and 54/100 Dollars

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈013779⑈ ⑆026013796⑆ 63851935⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
Certified Public Accountants

PERIOD ENDING 01/20/2013 PAY DATE 01/23/2013 CHECK NO 013779
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 480.39 | 29.78 | 6.97 | 10.52 | 12.47 | 8.11 | 0.00 | 0.00 | 40.00 | 7.25 | 15.50 | 10.88 | 0.00 | 412.54 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 1,921.56 | 119.12 | 27.88 | 42.08 | 49.88 | 32.44 | 0.00 | 0.00 | 290.00 | 168.64 | 21.75 | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 013854

| DATE | AMOUNT |
|---|---|
| 01/30/2013 | $412.54 |

Pay Four Hundred Twelve and 54/100

To The
Order of:

Dollars

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈013854⑈ ⑆026013796⑆ 63851935⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
*Certified Public Accountants*

PERIOD ENDING 01/27/2013 PAY DATE 01/30/2013 CHECK NO 013854
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 480.39 | 29.78 | 6.97 | 10.52 | 12.47 | 8.11 | 0.00 | 0.00 | 40.00 | 7.25 | 15.50 | 10.88 | 0.00 | 412.54 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 2,401.95 | 148.90 | 34.85 | 52.60 | 62.35 | 40.55 | 0.00 | 0.00 | 290.00 | 168.64 | 21.75 | | | 0.00 |

GW OF FLUSHING I. INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 013924

| DATE | AMOUNT |
|---|---|
| 02/06/2013 | $412.54 |

Pay Four Hundred Twelve and 54/100 Dollars

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈013924⑈ ⑆026013796⑆ 63851935⑈

GW OF FLUSHING I. INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
*Certified Public Accountants*

PERIOD ENDING 02/03/2013 PAY DATE 02/06/2013 CHECK NO 013924
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 480.39 | 29.78 | 6.97 | 10.52 | 12.47 | 8.11 | 0.00 | 0.00 | 40.00 | 7.25 | 15.50 | 10.88 | 0.00 | 412.54 |

| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2,882.34 | 178.68 | 41.82 | 63.12 | 74.82 | 48.66 | 0.00 | 0.00 | 290.00 | 168.64 | 21.75 | | | 0.00 |

**GW OF FLUSHING I. INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No. 013998**

| DATE | AMOUNT |
|---|---|
| 02/13/2013 | $412.54 |

**Pay** Four Hundred Twelve and 54/100

To The
Order of:

**Dollars**

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈013998⑈ ⑆026013796⑆ 63851935⑈

**GW OF FLUSHING I. INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 02/10/2013 PAY DATE 02/13/2013 CHECK NO 013998
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 480.39 | 29.78 | 6.97 | 10.52 | 12.47 | 8.11 | 0.00 | 0.00 | 40.00 | 7.25 | 15.50 | 10.88 | 0.00 | 412.54 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 3,362.73 | 208.46 | 48.79 | 73.64 | 87.29 | 56.77 | 0.00 | 0.00 | 290.00 | 168.64 | 21.75 | 0.00 | 0.00 | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 014070

| DATE | AMOUNT |
|---|---|
| 02/20/2013 | $412.54 |

Pay Four Hundred Twelve and 54/100 Dollars

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈014070⑈ ⑆026013796⑆ 63851935⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
Certified Public Accountants

PERIOD ENDING 02/17/2013 PAY DATE 02/20/2013 CHECK NO 014070
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 480.39 | 29.78 | 6.97 | 10.52 | 12.47 | 8.11 | 0.00 | 0.00 | 40.00 | 7.25 | 15.50 | 10.88 | 0.00 | 412.54 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 3,843.12 | 238.24 | 55.76 | 84.16 | 99.76 | 64.88 | 0.00 | 0.00 | 290.00 | 168.64 | 21.75 | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 014139

| DATE | AMOUNT |
|---|---|
| 02/27/2013 | $413.52 |

Pay Four Hundred Thirteen and 52/100 Dollars

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈014139⑈ ⑆026013796⑆ 63851935⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
Certified Public Accountants

PERIOD ENDING 02/24/2013 PAY DATE 02/27/2013 CHECK NO 014139
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 480.39 | 29.78 | 6.97 | 9.54 | 12.47 | 8.11 | 0.00 | 0.00 | 40.00 | 7.25 | 15.50 | 10.88 | 0.00 | 413.52 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 4,323.51 | 268.02 | 62.73 | 93.70 | 112.23 | 72.99 | 0.00 | 0.00 | 290.00 | 168.64 | 21.75 | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 014208

| DATE | AMOUNT |
|---|---|
| 03/06/2013 | $413.52 |

Pay Four Hundred Thirteen and 52/100 Dollars

To The Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈014208⑈ ⑆026013796⑆ 638519335⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
Certified Public Accountants

PERIOD ENDING 03/03/2013 PAY DATE 03/06/2013 CHECK NO 014208
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 480.39 | 29.78 | 6.97 | 9.54 | 12.47 | 8.11 | 0.00 | 0.00 | 40.00 | 7.25 | 15.50 | 10.88 | 0.00 | 413.52 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 4,803.90 | 297.80 | 69.70 | 103.24 | 124.70 | 81.10 | 0.00 | 0.00 | 290.00 | 168.64 | 21.75 | | | 0.00 |

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No.** 014276

| DATE | AMOUNT |
|---|---|
| 03/13/2013 | $413.52 |

**Pay** Four Hundred Thirteen and 52/100 **Dollars**

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈014276⑈ ⑆026013796⑆ 63851935⑈

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 03/10/2013 PAY DATE 03/13/2013 CHECK NO 014276
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 480.39 | 29.78 | 6.97 | 9.54 | 12.47 | 8.11 | 0.00 | 0.00 | 40.00 | 7.25 | 15.50 | 10.88 | 0.00 | 413.52 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 5,284.29 | 327.58 | 76.67 | 112.78 | 137.17 | 89.21 | 0.00 | 0.00 | 290.00 | 168.64 | 21.75 | | | 0.00 |

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No. 014344**

| DATE | AMOUNT |
|---|---|
| 03/20/2013 | $413.52 |

**Pay** Four Hundred Thirteen and 52/100 **Dollars**

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈014344⑈ ⑆026013796⑆ 638519335⑈

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 03/17/2013 PAY DATE 03/20/2013 CHECK NO 014344
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 480.39 | 29.78 | 6.97 | 9.54 | 12.47 | 8.11 | 0.00 | 0.00 | 40.00 | 7.25 | 15.50 | 10.88 | 0.00 | 413.52 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 5,764.68 | 357.36 | 83.64 | 122.32 | 149.64 | 97.32 | 0.00 | 0.00 | 290.00 | 168.64 | 21.75 | | | 0.00 |

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No. 014414**

| DATE | AMOUNT |
|---|---|
| 03/27/2013 | $413.52 |

**Pay** Four Hundred Thirteen and 52/100 **Dollars**

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈014414⑈ ⑆026013796⑆ 63851935⑈

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 03/24/2013 PAY DATE 03/27/2013 CHECK NO 014414
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 480.39 | 29.78 | 6.97 | 9.54 | 12.47 | 8.11 | 0.00 | 0.00 | 40.00 | 7.25 | 15.50 | 10.88 | 0.00 | 413.52 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 6,245.07 | 387.14 | 90.61 | 131.86 | 162.11 | 105.43 | 0.00 | 0.00 | 290.00 | 168.64 | 21.75 | | | 0.00 |

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No. 014482**

| DATE | AMOUNT |
|---|---|
| 04/03/2013 | $413.52 |

**Pay** Four Hundred Thirteen and 52/100

To The
Order of:

**Dollars**

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈014482⑈ ⑆026013796⑆ 63851935⑈

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 03/31/2013 PAY DATE 04/03/2013 CHECK NO 014482
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 480.39 | 29.78 | 6.97 | 9.54 | 12.47 | 8.11 | 0.00 | 0.00 | 40.00 | 7.25 | 15.50 | 10.88 | 0.00 | 413.52 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 6,725.46 | 416.92 | 97.58 | 141.40 | 174.58 | 113.54 | 0.00 | 0.00 | 290.00 | 168.64 | 21.75 | | | 0.00 |

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No. 014548**

| DATE | AMOUNT |
|---|---|
| 04/10/2013 | $413.52 |

**Pay** Four Hundred Thirteen and 52/100

To The Order of: **Dollars**

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈014548⑈ ⑆026013796⑆ 638519935⑈

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 04/07/2013 PAY DATE 04/10/2013 CHECK NO 014548
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 480.39 | 29.78 | 6.97 | 9.54 | 12.47 | 8.11 | 0.00 | 0.00 | 40.00 | 7.25 | 15.50 | 10.88 | 0.00 | 413.52 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 7,205.85 | 446.70 | 104.55 | 150.94 | 187.05 | 121.65 | 0.00 | 0.00 | 290.00 | 168.64 | 21.75 | | | 0.00 |

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No. 014613**

| DATE | AMOUNT |
|---|---|
| 04/17/2013 | $413.52 |

**Pay** Four Hundred Thirteen and 52/100

To The Order of:

**Dollars**

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈014613⑈ ⑆026013796⑆ 63851935⑈

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 04/14/2013 PAY DATE 04/17/2013 CHECK NO 014613
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 480.39 | 29.78 | 6.97 | 9.54 | 12.47 | 8.11 | 0.00 | 0.00 | 40.00 | 7.25 | 15.50 | 10.88 | 0.00 | 413.52 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 7,686.24 | 476.48 | 111.52 | 160.48 | 199.52 | 129.76 | 0.00 | 0.00 | 290.00 | 168.64 | 21.75 | | | 0.00 |

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No. 014677**

| DATE | AMOUNT |
|---|---|
| 04/24/2013 | $413.52 |

**Pay** Four Hundred Thirteen and 52/100 **Dollars**

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈014677⑈ ⑆026013796⑆ 638519335⑈

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 04/21/2013 PAY DATE 04/24/2013 CHECK NO 014677
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 480.39 | 29.78 | 6.97 | 9.54 | 12.47 | 8.11 | 0.00 | 0.00 | 40.00 | 7.25 | 15.50 | 10.88 | 0.00 | 413.52 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 8,166.63 | 506.26 | 118.49 | 170.02 | 211.99 | 137.87 | 0.00 | 0.00 | 290.00 | 168.64 | 21.75 | | | 0.00 |

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No. 014743**

| DATE | AMOUNT |
|---|---|
| 05/01/2013 | $413.52 |

**Pay** Four Hundred Thirteen and 52/100 **Dollars**

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈014743⑈ ⑆026013796⑆ 63851935⑈

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 04/28/2013 PAY DATE 05/01/2013 CHECK NO 014743
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 480.39 | 29.78 | 6.97 | 9.54 | 12.47 | 8.11 | 0.00 | 0.00 | 40.00 | 7.25 | 15.50 | 10.88 | 0.00 | 413.52 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 8,647.02 | 536.04 | 125.46 | 179.56 | 224.46 | 145.98 | 0.00 | 0.00 | 290.00 | 168.64 | 21.75 | | | 0.00 |

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No. 014809**

| DATE | AMOUNT |
|---|---|
| 05/08/2013 | $413.52 |

**Pay** Four Hundred Thirteen and 52/100 **Dollars**

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈014809⑈ ⑆026013796⑆ 63851935⑈

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 05/05/2013 PAY DATE 05/08/2013 CHECK NO 014809
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 480.39 | 29.78 | 6.97 | 9.54 | 12.47 | 8.11 | 0.00 | 0.00 | 40.00 | 7.25 | 15.50 | 10.88 | 0.00 | 413.52 |

| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9,127.41 | 565.82 | 132.43 | 189.10 | 236.93 | 154.09 | 0.00 | 0.00 | 290.00 | 168.64 | 21.75 | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 014871

| DATE | AMOUNT |
|---|---|
| 05/15/2013 | $413.52 |

Pay Four Hundred Thirteen and 52/100 Dollars

To The Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈014871⑈ ⑆026013796⑆ 63851935⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
*Certified Public Accountants*

PERIOD ENDING 05/12/2013 PAY DATE 05/15/2013 CHECK NO 014871
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 480.39 | 29.78 | 6.97 | 9.54 | 12.47 | 8.11 | 0.00 | 0.00 | 40.00 | 7.25 | 15.50 | 10.88 | 0.00 | 413.52 |

| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9,607.80 | 595.60 | 139.40 | 198.64 | 249.40 | 162.20 | 0.00 | 0.00 | 290.00 | 168.64 | 21.75 | | | 0.00 |

GW OF FLUSHING I. INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 014937

| DATE | AMOUNT |
|---|---|
| 05/22/2013 | $413.52 |

Pay Four Hundred Thirteen and 52/100 Dollars

To The Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈014937⑈ ⑆026013796⑆ 6385193S⑈

GW OF FLUSHING I. INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
Certified Public Accountants

PERIOD ENDING 05/19/2013 PAY DATE 05/22/2013 CHECK NO 014937
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 480.39 | 29.78 | 6.97 | 9.54 | 12.47 | 8.11 | 0.00 | 0.00 | 40.00 | 7.25 | 15.50 | 10.88 | 0.00 | 413.52 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 10,088.19 | 625.38 | 146.37 | 208.18 | 261.87 | 170.31 | 0.00 | 0.00 | 290.00 | 168.64 | 21.75 | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 015004

| DATE | AMOUNT |
|---|---|
| 05/29/2013 | $413.52 |

Pay Four Hundred Thirteen and 52/100 Dollars

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈015004⑈ ⑆026013796⑆ 638519335⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
Certified Public Accountants

PERIOD ENDING 05/26/2013 PAY DATE 05/29/2013 CHECK NO 015004
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 480.39 | 29.78 | 6.97 | 9.54 | 12.47 | 8.11 | 0.00 | 0.00 | 40.00 | 7.25 | 15.50 | 10.88 | 0.00 | 413.52 |

| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10,568.58 | 655.16 | 153.34 | 217.72 | 274.34 | 178.42 | 0.00 | 0.00 | 290.00 | 168.64 | 21.75 | | | 0.00 |

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No. 015069**

| DATE | AMOUNT |
|---|---|
| 06/05/2013 | $413.52 |

**Pay** Four Hundred Thirteen and 52/100

To The
Order of:

**Dollars**

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈015069⑈ ⑆026013796⑆ 638519 35⑈

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 06/02/2013 PAY DATE 06/05/2013 CHECK NO 015069
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 480.39 | 29.78 | 6.97 | 9.54 | 12.47 | 8.11 | 0.00 | 0.00 | 40.00 | 7.25 | 15.50 | 10.88 | 0.00 | 413.52 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 11,048.97 | 684.94 | 160.31 | 227.26 | 286.81 | 186.53 | 0.00 | 0.00 | 290.00 | 168.64 | 21.75 | | | 0.00 |

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No. 015135**

| DATE | AMOUNT |
|---|---|
| 06/12/2013 | $413.52 |

**Pay** Four Hundred Thirteen and 52/100 **Dollars**

To The Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈015135⑈ ⑆026013796⑆ 638519935⑈

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 06/09/2013 PAY DATE 06/12/2013 CHECK NO 015135
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 480.39 | 29.78 | 6.97 | 9.54 | 12.47 | 8.11 | 0.00 | 0.00 | 40.00 | 7.25 | 15.50 | 10.88 | 0.00 | 413.52 |

| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11,529.36 | 714.72 | 167.28 | 236.80 | 299.28 | 194.64 | 0.00 | 0.00 | 290.00 | 168.64 | 21.75 | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 015199

| DATE | AMOUNT |
|---|---|
| 06/19/2013 | $413.52 |

Pay Four Hundred Thirteen and 52/100

To The
Order of:

Dollars

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈015199⑈ ⑆026013796⑆ 638519335⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
Certified Public Accountants

PERIOD ENDING 06/16/2013 PAY DATE 06/19/2013 CHECK NO 015199
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 480.39 | 29.78 | 6.97 | 9.54 | 12.47 | 8.11 | 0.00 | 0.00 | 40.00 | 7.25 | 15.50 | 10.88 | 0.00 | 413.52 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 12,009.75 | 744.50 | 174.25 | 246.34 | 311.75 | 202.75 | 0.00 | 0.00 | 290.00 | 168.64 | 21.75 | | | 0.00 |

GW OF FLUSHING I. INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 015265

| DATE | AMOUNT |
|---|---|
| 06/26/2013 | $413.52 |

Pay Four Hundred Thirteen and 52/100

To The Order of: Dollars

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈015265⑈ ⑆026013796⑆ 638519335⑈

GW OF FLUSHING I. INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
Certified Public Accountants

PERIOD ENDING 06/23/2013 PAY DATE 06/26/2013 CHECK NO 015265
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 480.39 | 29.78 | 6.97 | 9.54 | 12.47 | 8.11 | 0.00 | 0.00 | 40.00 | 7.25 | 15.50 | 10.88 | 0.00 | 413.52 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 12,490.14 | 774.28 | 181.22 | 255.88 | 324.22 | 210.86 | 0.00 | 0.00 | 290.00 | 168.64 | 21.75 | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 015333

| DATE | AMOUNT |
|---|---|
| 07/03/2013 | $413.52 |

**Pay** Four Hundred Thirteen and 52/100

To The
Order of:

**Dollars**

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈015333⑈ ⑆026013796⑆ 63851935⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 06/30/2013 PAY DATE 07/03/2013 CHECK NO 015333
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 480.39 | 29.78 | 6.97 | 9.54 | 12.47 | 8.11 | 0.00 | 0.00 | 40.00 | 7.25 | 15.50 | 10.88 | 0.00 | 413.52 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 12,970.53 | 804.06 | 188.19 | 265.42 | 336.69 | 218.97 | 0.00 | 0.00 | 290.00 | 168.64 | 21.75 | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 015400

| DATE | AMOUNT |
|---|---|
| 07/10/2013 | $413.52 |

Pay Four Hundred Thirteen and 52/100 Dollars

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈015400⑈ ⑆026013796⑆ 638519351⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
Certified Public Accountants

PERIOD ENDING 07/07/2013 PAY DATE 07/10/2013 CHECK NO 015400
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 480.39 | 29.78 | 6.97 | 9.54 | 12.47 | 8.11 | 0.00 | 0.00 | 40.00 | 7.25 | 15.50 | 10.88 | 0.00 | 413.52 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 13,450.92 | 833.84 | 195.16 | 274.96 | 349.16 | 227.08 | 0.00 | 0.00 | 290.00 | 168.64 | 21.75 | | | 0.00 |

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No. 015467**

| DATE | AMOUNT |
|---|---|
| 07/17/2013 | $413.52 |

**Pay** Four Hundred Thirteen and 52/100

To The
Order of:

**Dollars**

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈015467⑈ ⑆026013796⑆ 638519335⑈

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 07/14/2013 PAY DATE 07/17/2013 CHECK NO 015467
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 480.39 | 29.78 | 6.97 | 9.54 | 12.47 | 8.11 | 0.00 | 0.00 | 40.00 | 7.25 | 15.50 | 10.88 | 0.00 | 413.52 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 13,931.31 | 863.62 | 202.13 | 284.50 | 361.63 | 235.19 | 0.00 | 0.00 | 290.00 | 168.64 | 21.75 | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 015535

| DATE | AMOUNT |
|---|---|
| 07/24/2013 | $413.52 |

Pay Four Hundred Thirteen and 52/100 Dollars

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈015535⑈ ⑆026013796⑆ 638519335⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
Certified Public Accountants

PERIOD ENDING 07/21/2013 PAY DATE 07/24/2013 CHECK NO 015535
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 480.39 | 29.78 | 6.97 | 9.54 | 12.47 | 8.11 | 0.00 | 0.00 | 40.00 | 7.25 | 15.50 | 10.88 | 0.00 | 413.52 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 14,411.70 | 893.40 | 209.10 | 294.04 | 374.10 | 243.30 | 0.00 | 0.00 | 290.00 | 168.64 | 21.75 | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 015604

| DATE | AMOUNT |
|---|---|
| 07/31/2013 | $413.52 |

Pay Four Hundred Thirteen and 52/100 Dollars

To The Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈015604⑈ ⑆026013796⑆ 63851935⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
Certified Public Accountants

PERIOD ENDING 07/28/2013 PAY DATE 07/31/2013 CHECK NO 015604
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 480.39 | 29.78 | 6.97 | 9.54 | 12.47 | 8.11 | 0.00 | 0.00 | 40.00 | 7.25 | 15.50 | 10.88 | 0.00 | 413.52 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 14,892.09 | 923.18 | 216.07 | 303.58 | 386.57 | 251.41 | 0.00 | 0.00 | 290.00 | 168.64 | 21.75 | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 015668

| DATE | AMOUNT |
|---|---|
| 08/07/2013 | $413.52 |

Pay Four Hundred Thirteen and 52/100 Dollars

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈015668⑈ ⑆026013796⑆ 638519935⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
*Certified Public Accountants*

PERIOD ENDING 08/04/2013 PAY DATE 08/07/2013 CHECK NO 015668
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 480.39 | 29.78 | 6.97 | 9.54 | 12.47 | 8.11 | 0.00 | 0.00 | 40.00 | 7.25 | 15.50 | 10.88 | 0.00 | 413.52 |

| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15,372.48 | 952.96 | 223.04 | 313.12 | 399.04 | 259.52 | 0.00 | 0.00 | 290.00 | 168.64 | 21.75 | | | 0.00 |

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No. 015735**

| DATE | AMOUNT |
|---|---|
| 08/14/2013 | $413.52 |

**Pay** Four Hundred Thirteen and 52/100

To The
Order of:

**Dollars**

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈015735⑈ ⑆026013796⑆ 63851935⑈

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 08/11/2013 PAY DATE 08/14/2013 CHECK NO 015735
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 480.39 | 29.78 | 6.97 | 9.54 | 12.47 | 8.11 | 0.00 | 0.00 | 40.00 | 7.25 | 15.50 | 10.88 | 0.00 | 413.52 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 15,852.87 | 982.74 | 230.01 | 322.66 | 411.51 | 267.63 | 0.00 | 0.00 | 290.00 | 168.64 | 21.75 | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 015800

| DATE | AMOUNT |
|---|---|
| 08/21/2013 | $413.52 |

Pay Four Hundred Thirteen and 52/100 Dollars

To The Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈015800⑈ ⑆026013796⑆ 638519335⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
*Certified Public Accountants*

PERIOD ENDING 08/18/2013 PAY DATE 08/21/2013 CHECK NO 015800
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 480.39 | 29.78 | 6.97 | 9.54 | 12.47 | 8.11 | 0.00 | 0.00 | 40.00 | 7.25 | 15.50 | 10.88 | 0.00 | 413.52 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 16,333.26 | 1,012.52 | 236.98 | 332.20 | 423.98 | 275.74 | 0.00 | 0.00 | 290.00 | 168.64 | 21.75 | | | 0.00 |

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No. 015867**

| DATE | AMOUNT |
|---|---|
| 08/28/2013 | $413.52 |

**Pay** Four Hundred Thirteen and 52/100 **Dollars**

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈015867⑈ ⑆026013796⑆ 63851935⑈

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 08/25/2013 PAY DATE 08/28/2013 CHECK NO 015867
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 480.39 | 29.78 | 6.97 | 9.54 | 12.47 | 8.11 | 0.00 | 0.00 | 40.00 | 7.25 | 15.50 | 10.88 | 0.00 | 413.52 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 16,813.65 | 1,042.30 | 243.95 | 341.74 | 436.45 | 283.85 | 0.00 | 0.00 | 290.00 | 168.64 | 21.75 | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 015934

| DATE | AMOUNT |
|---|---|
| 09/04/2013 | $413.52 |

Pay Four Hundred Thirteen and 52/100 Dollars

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈015934⑈ ⑆026013796⑆ 638519335⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
Certified Public Accountants

PERIOD ENDING 09/01/2013 PAY DATE 09/04/2013 CHECK NO 015934
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 480.39 | 29.78 | 6.97 | 9.54 | 12.47 | 8.11 | 0.00 | 0.00 | 40.00 | 7.25 | 15.50 | 10.88 | 0.00 | 413.52 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 17,294.04 | 1,072.08 | 250.92 | 351.28 | 448.92 | 291.96 | 0.00 | 0.00 | 290.00 | 168.64 | 21.75 | | | 0.00 |

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No. 015999**

| DATE | AMOUNT |
|---|---|
| 09/11/2013 | $413.52 |

**Pay** Four Hundred Thirteen and 52/100

To The
Order of:

**Dollars**

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈015999⑈ ⑆026013796⑆ 638519335⑈

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 09/08/2013 PAY DATE 09/11/2013 CHECK NO 015999
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 480.39 | 29.78 | 6.97 | 9.54 | 12.47 | 8.11 | 0.00 | 0.00 | 40.00 | 7.25 | 15.50 | 10.88 | 0.00 | 413.52 |

| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17,774.43 | 1,101.86 | 257.89 | 360.82 | 461.39 | 300.07 | 0.00 | 0.00 | 290.00 | 168.64 | 21.75 | | | 0.00 |

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No. 016065**

| DATE | AMOUNT |
|---|---|
| 09/18/2013 | $413.52 |

**Pay** Four Hundred Thirteen and 52/100 **Dollars**

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈016065⑈ ⑆026013796⑆ 638519335⑈

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 09/15/2013 PAY DATE 09/18/2013 CHECK NO 016065
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 480.39 | 29.78 | 6.97 | 9.54 | 12.47 | 8.11 | 0.00 | 0.00 | 40.00 | 7.25 | 15.50 | 10.88 | 0.00 | 413.52 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 18,254.82 | 1,131.64 | 264.86 | 370.36 | 473.86 | 308.18 | 0.00 | 0.00 | 290.00 | 168.64 | 21.75 | | | 0.00 |

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No. 016131**

| DATE | AMOUNT |
|---|---|
| 09/25/2013 | $413.52 |

**Pay** Four Hundred Thirteen and 52/100 **Dollars**

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈016131⑈ ⑆026013796⑆ 638519335⑈

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 09/22/2013 PAY DATE 09/25/2013 CHECK NO 016131
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 480.39 | 29.78 | 6.97 | 9.54 | 12.47 | 8.11 | 0.00 | 0.00 | 40.00 | 7.25 | 15.50 | 10.88 | 0.00 | 413.52 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 18,735.21 | 1,161.42 | 271.83 | 379.90 | 486.33 | 316.29 | 0.00 | 0.00 | 290.00 | 168.64 | 21.75 | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 016199

| DATE | AMOUNT |
|---|---|
| 10/02/2013 | $261.87 |

Pay Two Hundred Sixty-One and 87/100 Dollars

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈016199⑈ ⑆026013796⑆ 63851935⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
Certified Public Accountants

PERIOD ENDING 09/29/2013 PAY DATE 10/02/2013 CHECK NO 016199
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 290.00 | 17.98 | 4.21 | 0.00 | 3.54 | 2.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 261.87 |

| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19,025.21 | 1,179.40 | 276.04 | 379.90 | 489.87 | 318.69 | 0.00 | 0.00 | 0.00 | | | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 016267

| DATE | AMOUNT |
|---|---|
| 10/09/2013 | $413.52 |

Pay Four Hundred Thirteen and 52/100 Dollars

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈016267⑈ ⑆026013796⑆ 63851935⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
Certified Public Accountants

PERIOD ENDING 10/06/2013 PAY DATE 10/09/2013 CHECK NO 016267
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 480.39 | 29.78 | 6.97 | 9.54 | 12.47 | 8.11 | 0.00 | 0.00 | 40.00 | 7.25 | 15.50 | 10.88 | 0.00 | 413.52 |

| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19,505.60 | 1,209.18 | 283.01 | 389.44 | 502.34 | 326.80 | 0.00 | 0.00 | 290.00 | 168.64 | 21.75 | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 016335

| DATE | AMOUNT |
|---|---|
| 10/16/2013 | $413.52 |

Pay Four Hundred Thirteen and 52/100 Dollars

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈016335⑈ ⑆026013796⑆ 63851935⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
Certified Public Accountants

PERIOD ENDING 10/13/2013 PAY DATE 10/16/2013 CHECK NO 016335
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 480.39 | 29.78 | 6.97 | 9.54 | 12.47 | 8.11 | 0.00 | 0.00 | 40.00 | 7.25 | 15.50 | 10.88 | 0.00 | 413.52 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 19,985.99 | 1,238.96 | 289.98 | 398.98 | 514.81 | 334.91 | 0.00 | 0.00 | 290.00 | 168.64 | 21.75 | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 016403

| DATE | AMOUNT |
|---|---|
| 10/23/2013 | $413.52 |

Pay Four Hundred Thirteen and 52/100 Dollars

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈016403⑈ ⑆026013796⑆ 638519335⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
Certified Public Accountants

PERIOD ENDING 10/20/2013 PAY DATE 10/23/2013 CHECK NO 016403
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 480.39 | 29.78 | 6.97 | 9.54 | 12.47 | 8.11 | 0.00 | 0.00 | 40.00 | 7.25 | 15.50 | 10.88 | 0.00 | 413.52 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 20,466.38 | 1,268.74 | 296.95 | 408.52 | 527.28 | 343.02 | 0.00 | 0.00 | 290.00 | 168.64 | 21.75 | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 016470

| DATE | AMOUNT |
|---|---|
| 10/30/2013 | $413.52 |

Pay Four Hundred Thirteen and 52/100 Dollars

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈016470⑈ ⑆026013796⑆ 638519335⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
Certified Public Accountants

PERIOD ENDING 10/27/2013 PAY DATE 10/30/2013 CHECK NO 016470
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 480.39 | 29.78 | 6.97 | 9.54 | 12.47 | 8.11 | 0.00 | 0.00 | 40.00 | 7.25 | 15.50 | 10.88 | 0.00 | 413.52 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 20,946.77 | 1,298.52 | 303.92 | 418.06 | 539.75 | 351.13 | 0.00 | 0.00 | 290.00 | 168.64 | 21.75 | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 016532

| DATE | AMOUNT |
|---|---|
| 11/06/2013 | $413.52 |

Pay Four Hundred Thirteen and 52/100 Dollars

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈016532⑈ ⑆026013796⑆ 63851935⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
*Certified Public Accountants*

PERIOD ENDING 11/03/2013 PAY DATE 11/06/2013 CHECK NO 016532
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 480.39 | 29.78 | 6.97 | 9.54 | 12.47 | 8.11 | 0.00 | 0.00 | 40.00 | 7.25 | 15.50 | 10.88 | 0.00 | 413.52 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 21,427.16 | 1,328.30 | 310.89 | 427.60 | 552.22 | 359.24 | 0.00 | 0.00 | 290.00 | 168.64 | 21.75 | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 016598

| DATE | AMOUNT |
|---|---|
| 11/13/2013 | $413.52 |

Pay Four Hundred Thirteen and 52/100

Dollars

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈016598⑈ ⑆026013796⑆ 638519335⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
*Certified Public Accountants*

PERIOD ENDING 11/10/2013 PAY DATE 11/13/2013 CHECK NO 016598
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 480.39 | 29.78 | 6.97 | 9.54 | 12.47 | 8.11 | 0.00 | 0.00 | 40.00 | 7.25 | 15.50 | 10.88 | 0.00 | 413.52 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 21,907.55 | 1,358.08 | 317.86 | 437.14 | 564.69 | 367.35 | 0.00 | 0.00 | 290.00 | 168.64 | 21.75 | | | 0.00 |

GW106

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 016660

| DATE | AMOUNT |
|---|---|
| 11/20/2013 | $413.52 |

Pay Four Hundred Thirteen and 52/100 Dollars

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈016660⑈ ⑆026013796⑆ 63851935⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
*Certified Public Accountants*

PERIOD ENDING 11/17/2013 PAY DATE 11/20/2013 CHECK NO 016660
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 480.39 | 29.78 | 6.97 | 9.54 | 12.47 | 8.11 | 0.00 | 0.00 | 40.00 | 7.25 | 15.50 | 10.88 | 0.00 | 413.52 |

| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 22,387.94 | 1,387.86 | 324.83 | 446.68 | 577.16 | 375.46 | 0.00 | 0.00 | 290.00 | 168.64 | 21.75 | | | 0.00 |

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No. 016724**

| DATE | AMOUNT |
|---|---|
| 11/27/2013 | $413.52 |

**Pay** Four Hundred Thirteen and 52/100 **Dollars**

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈016724⑈ ⑆026013796⑆ 638519035⑈

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

**PERIOD ENDING** 11/24/2013 **PAY DATE** 11/27/2013 **CHECK NO** 016724
**EXEMPTION STATUS:** Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 480.39 | 29.78 | 6.97 | 9.54 | 12.47 | 8.11 | 0.00 | 0.00 | 40.00 | 7.25 | 15.50 | 10.88 | 0.00 | 413.52 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 22,868.33 | 1,417.64 | 331.80 | 456.22 | 589.63 | 383.57 | 0.00 | 0.00 | 290.00 | 168.64 | 21.75 | | | 0.00 |

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No. 016789**

| DATE | AMOUNT |
|---|---|
| 12/04/2013 | $413.52 |

**Pay** Four Hundred Thirteen and 52/100

To The
Order of:

**Dollars**

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈016789⑈ ⑆026013796⑆ 63851935⑈

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 12/01/2013 PAY DATE 12/04/2013 CHECK NO 016789
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 480.39 | 29.78 | 6.97 | 9.54 | 12.47 | 8.11 | 0.00 | 0.00 | 40.00 | 7.25 | 15.50 | 10.88 | 0.00 | 413.52 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 23,348.72 | 1,447.42 | 338.77 | 465.76 | 602.10 | 391.68 | 0.00 | 0.00 | 290.00 | 168.64 | 21.75 | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 016852

| DATE | AMOUNT |
|---|---|
| 12/11/2013 | $413.52 |

Pay Four Hundred Thirteen and 52/100 Dollars

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈016852⑈ ⑆026013796⑆ 63851935⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
*Certified Public Accountants*

PERIOD ENDING 12/08/2013 PAY DATE 12/11/2013 CHECK NO 016852
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 480.39 | 29.78 | 6.97 | 9.54 | 12.47 | 8.11 | 0.00 | 0.00 | 40.00 | 7.25 | 15.50 | 10.88 | 0.00 | 413.52 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 23,829.11 | 1,477.20 | 345.74 | 475.30 | 614.57 | 399.79 | 0.00 | 0.00 | 290.00 | 168.64 | 21.75 | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 016917

| DATE | AMOUNT |
|---|---|
| 12/18/2013 | $413.52 |

Pay Four Hundred Thirteen and 52/100 Dollars

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈016917⑈ ⑆026013796⑆ 63851935⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
*Certified Public Accountants*

PERIOD ENDING 12/15/2013 PAY DATE 12/18/2013 CHECK NO 016917
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 480.39 | 29.78 | 6.97 | 9.54 | 12.47 | 8.11 | 0.00 | 0.00 | 40.00 | 7.25 | 15.50 | 10.88 | 0.00 | 413.52 |

| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 24,309.50 | 1,506.98 | 352.71 | 484.84 | 627.04 | 407.90 | 0.00 | 0.00 | 290.00 | 168.64 | 21.75 | | | 0.00 |

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No. 016981**

| DATE | AMOUNT |
|---|---|
| 12/25/2013 | $413.52 |

**Pay** Four Hundred Thirteen and 52/100 **Dollars**

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈016981⑈ ⑆026013796⑆ 638519335⑈

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 12/22/2013 PAY DATE 12/25/2013 CHECK NO 016981
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 480.39 | 29.78 | 6.97 | 9.54 | 12.47 | 8.11 | 0.00 | 0.00 | 40.00 | 7.25 | 15.50 | 10.88 | 0.00 | 413.52 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 24,789.89 | 1,536.76 | 359.68 | 494.38 | 639.51 | 416.01 | 0.00 | 0.00 | 290.00 | 168.64 | 21.75 | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 017044

| DATE | AMOUNT |
|---|---|
| 12/31/2013 | $413.52 |

Pay Four Hundred Thirteen and 52/100 Dollars

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈017044⑈ ⑆026013796⑆ 638519335⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
Certified Public Accountants

PERIOD ENDING 12/29/2013 PAY DATE 12/31/2013 CHECK NO 017044
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 480.39 | 29.78 | 6.97 | 9.54 | 12.47 | 8.11 | 0.00 | 0.00 | 40.00 | 7.25 | 15.50 | 10.88 | 0.00 | 413.52 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 25,270.28 | 1,566.54 | 366.65 | 503.92 | 651.98 | 424.12 | 0.00 | 0.00 | 290.00 | 168.64 | 21.75 | | | 0.00 |

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No. 017109**

| DATE | AMOUNT |
|---|---|
| 01/08/2014 | $423.42 |

**Pay** Four Hundred Twenty-Three and 42/100 **Dollars**

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈017109⑈ ⑆026013796⑆ 63851935⑈

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 01/05/2014 PAY DATE 01/08/2014 CHECK NO 017109
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 494.00 | 30.63 | 7.16 | 10.90 | 13.28 | 8.61 | 0.00 | 0.00 | 40.00 | 8.00 | 12.50 | 12.00 | 0.00 | 423.42 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 494.00 | 30.63 | 7.16 | 10.90 | 13.28 | 8.61 | 0.00 | 0.00 | 320.00 | 150.00 | 24.00 | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 017174

| DATE | AMOUNT |
| --- | --- |
| 01/15/2014 | $423.42 |

Pay Four Hundred Twenty-Three and 42/100 Dollars

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈017174⑈ ⑆026013796⑆ 63851935⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
*Certified Public Accountants*

PERIOD ENDING 01/12/2014 PAY DATE 01/15/2014 CHECK NO 017174
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 494.00 | 30.63 | 7.16 | 10.90 | 13.28 | 8.61 | 0.00 | 0.00 | 40.00 | 8.00 | 12.50 | 12.00 | 0.00 | 423.42 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 988.00 | 61.26 | 14.32 | 21.80 | 26.56 | 17.22 | 0.00 | 0.00 | 320.00 | 150.00 | 24.00 | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 017240

| DATE | AMOUNT |
|---|---|
| 01/22/2014 | $424.52 |

Pay Four Hundred Twenty-Four and 52/100 Dollars

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈017240⑈ ⑆026013796⑆ 63851935⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
*Certified Public Accountants*

PERIOD ENDING 01/19/2014 PAY DATE 01/22/2014 CHECK NO 017240
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 494.00 | 30.63 | 7.16 | 10.30 | 12.78 | 8.61 | 0.00 | 0.00 | 40.00 | 8.00 | 12.50 | 12.00 | 0.00 | 424.52 |

| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1,482.00 | 91.89 | 21.48 | 32.10 | 39.34 | 25.83 | 0.00 | 0.00 | 320.00 | 150.00 | 24.00 | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 017308

| DATE | AMOUNT |
|---|---|
| 01/29/2014 | $424.52 |

Pay Four Hundred Twenty-Four and 52/100 Dollars

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈017308⑈ ⑆026013796⑆ 638519135⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
*Certified Public Accountants*

PERIOD ENDING 01/26/2014 PAY DATE 01/29/2014 CHECK NO 017308
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 494.00 | 30.63 | 7.16 | 10.30 | 12.78 | 8.61 | 0.00 | 0.00 | 40.00 | 8.00 | 12.50 | 12.00 | 0.00 | 424.52 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 1,976.00 | 122.52 | 28.64 | 42.40 | 52.12 | 34.44 | 0.00 | 0.00 | 320.00 | 150.00 | 24.00 | | | 0.00 |

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No. 017375**

| DATE | AMOUNT |
|---|---|
| 02/05/2014 | $424.52 |

**Pay** Four Hundred Twenty-Four and 52/100 **Dollars**

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈017375⑈ ⑆026013796⑆ 638519335⑈

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 02/02/2014 PAY DATE 02/05/2014 CHECK NO 017375
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 494.00 | 30.63 | 7.16 | 10.30 | 12.78 | 8.61 | 0.00 | 0.00 | 40.00 | 8.00 | 12.50 | 12.00 | 0.00 | 424.52 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 2,470.00 | 153.15 | 35.80 | 52.70 | 64.90 | 43.05 | 0.00 | 0.00 | 320.00 | 150.00 | 24.00 | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 017445

| DATE | AMOUNT |
|---|---|
| 02/12/2014 | $424.52 |

Pay Four Hundred Twenty-Four and 52/100 Dollars

To The Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈017445⑈ ⑆026013796⑆ 638519935⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
*Certified Public Accountants*

PERIOD ENDING 02/09/2014 PAY DATE 02/12/2014 CHECK NO 017445
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 494.00 | 30.63 | 7.16 | 10.30 | 12.78 | 8.61 | 0.00 | 0.00 | 40.00 | 8.00 | 12.50 | 12.00 | 0.00 | 424.52 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 2,964.00 | 183.78 | 42.96 | 63.00 | 77.68 | 51.66 | 0.00 | 0.00 | 320.00 | 150.00 | 24.00 | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 017510

| DATE | AMOUNT |
|---|---|
| 02/19/2014 | $424.52 |

Pay Four Hundred Twenty-Four and 52/100 Dollars

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈017510⑈ ⑆026013796⑆ 63851935⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
*Certified Public Accountants*

PERIOD ENDING 02/16/2014 PAY DATE 02/19/2014 CHECK NO 017510
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 494.00 | 30.63 | 7.16 | 10.30 | 12.78 | 8.61 | 0.00 | 0.00 | 40.00 | 8.00 | 12.50 | 12.00 | 0.00 | 424.52 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 3,458.00 | 214.41 | 50.12 | 73.30 | 90.46 | 60.27 | 0.00 | 0.00 | 320.00 | 150.00 | 24.00 | | | 0.00 |

GW OF FLUSHING I. INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No. 017575**

| DATE | AMOUNT |
|---|---|
| 02/26/2014 | $424.52 |

**Pay** Four Hundred Twenty-Four and 52/100 **Dollars**

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈017575⑈ ⑆026013796⑆ 63851935⑈

GW OF FLUSHING I. INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 02/23/2014 PAY DATE 02/26/2014 CHECK NO 017575
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 494.00 | 30.63 | 7.16 | 10.30 | 12.78 | 8.61 | 0.00 | 0.00 | 40.00 | 8.00 | 12.50 | 12.00 | 0.00 | 424.52 |

| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3,952.00 | 245.04 | 57.28 | 83.60 | 103.24 | 68.88 | 0.00 | 0.00 | 320.00 | 150.00 | 24.00 | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No. 017640**

| DATE | AMOUNT |
| --- | --- |
| 03/05/2014 | $424.52 |

**Pay** Four Hundred Twenty-Four and 52/100

To The
Order of:

**Dollars**

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈017640⑈ ⑆026013796⑆ 63851935⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 03/02/2014 PAY DATE 03/05/2014 CHECK NO 017640
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 494.00 | 30.63 | 7.16 | 10.30 | 12.78 | 8.61 | 0.00 | 0.00 | 40.00 | 8.00 | 12.50 | 12.00 | 0.00 | 424.52 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 4,446.00 | 275.67 | 64.44 | 93.90 | 116.02 | 77.49 | 0.00 | 0.00 | 320.00 | 150.00 | 24.00 | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 017707

| DATE | AMOUNT |
|---|---|
| 03/12/2014 | $424.52 |

Pay Four Hundred Twenty-Four and 52/100 Dollars

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈017707⑈ ⑆026013796⑆ 638519335⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
Certified Public Accountants

PERIOD ENDING 03/09/2014 PAY DATE 03/12/2014 CHECK NO 017707
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 494.00 | 30.63 | 7.16 | 10.30 | 12.78 | 8.61 | 0.00 | 0.00 | 40.00 | 8.00 | 12.50 | 12.00 | 0.00 | 424.52 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 4,940.00 | 306.30 | 71.60 | 104.20 | 128.80 | 86.10 | 0.00 | 0.00 | 320.00 | 150.00 | 24.00 | | | 0.00 |

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No. 017775**

| DATE | AMOUNT |
|---|---|
| 03/19/2014 | $424.52 |

**Pay** Four Hundred Twenty-Four and 52/100 **Dollars**

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈017775⑈ ⑆026013796⑆ 638519335⑈

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 03/16/2014 PAY DATE 03/19/2014 CHECK NO 017775
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 494.00 | 30.63 | 7.16 | 10.30 | 12.78 | 8.61 | 0.00 | 0.00 | 40.00 | 8.00 | 12.50 | 12.00 | 0.00 | 424.52 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 5,434.00 | 336.93 | 78.76 | 114.50 | 141.58 | 94.71 | 0.00 | 0.00 | 320.00 | 150.00 | 24.00 | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No. 017840**

| DATE | AMOUNT |
|---|---|
| 03/26/2013 | $424.52 |

**Pay** Four Hundred Twenty-Four and 52/100 **Dollars**

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈017840⑈ ⑆026013796⑆ 638519335⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 03/23/2014 PAY DATE 03/26/2013 CHECK NO 017840
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 494.00 | 30.63 | 7.16 | 10.30 | 12.78 | 8.61 | 0.00 | 0.00 | 40.00 | 8.00 | 12.50 | 12.00 | 0.00 | 424.52 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 5,928.00 | 367.56 | 85.92 | 124.80 | 154.36 | 103.32 | 0.00 | 0.00 | 320.00 | 150.00 | 24.00 | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No. 017905**

| DATE | AMOUNT |
|---|---|
| 04/02/2014 | $424.52 |

**Pay** Four Hundred Twenty-Four and 52/100 **Dollars**

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈017905⑈ ⑆026013796⑆ 6385193⑈5⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 03/30/2014 PAY DATE 04/02/2014 CHECK NO 017905
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 494.00 | 30.63 | 7.16 | 10.30 | 12.78 | 8.61 | 0.00 | 0.00 | 40.00 | 8.00 | 12.50 | 12.00 | 0.00 | 424.52 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 6,422.00 | 398.19 | 93.08 | 135.10 | 167.14 | 111.93 | 0.00 | 0.00 | 320.00 | 150.00 | 24.00 | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No. 017973**

| DATE | AMOUNT |
|---|---|
| 04/09/2014 | $424.52 |

**Pay** Four Hundred Twenty-Four and 52/100

To The
Order of:

**Dollars**

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈017973⑈ ⑆026013796⑆ 638519335⑈

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 04/06/2014 PAY DATE 04/09/2014 CHECK NO 017973
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 494.00 | 30.63 | 7.16 | 10.30 | 12.78 | 8.61 | 0.00 | 0.00 | 40.00 | 8.00 | 12.50 | 12.00 | 0.00 | 424.52 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 6,916.00 | 428.82 | 100.24 | 145.40 | 179.92 | 120.54 | 0.00 | 0.00 | 320.00 | 150.00 | 24.00 | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 018039

| DATE | AMOUNT |
|---|---|
| 04/16/2014 | $424.52 |

Pay Four Hundred Twenty-Four and 52/100 Dollars

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈018039⑈ ⑆026013796⑆ 63851935⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
*Certified Public Accountants*

PERIOD ENDING 04/13/2014 PAY DATE 04/16/2014 CHECK NO 018039
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 494.00 | 30.63 | 7.16 | 10.30 | 12.78 | 8.61 | 0.00 | 0.00 | 40.00 | 8.00 | 12.50 | 12.00 | 0.00 | 424.52 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 7,410.00 | 459.45 | 107.40 | 155.70 | 192.70 | 129.15 | 0.00 | 0.00 | 320.00 | 150.00 | 24.00 | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 018107

| DATE | AMOUNT |
|---|---|
| 04/23/2014 | $424.52 |

Pay Four Hundred Twenty-Four and 52/100 Dollars

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈018107⑈ ⑆026013796⑆ 638519335⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
Certified Public Accountants

PERIOD ENDING 04/20/2014 PAY DATE 04/23/2014 CHECK NO 018107
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 494.00 | 30.63 | 7.16 | 10.30 | 12.78 | 8.61 | 0.00 | 0.00 | 40.00 | 8.00 | 12.50 | 12.00 | 0.00 | 424.52 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 7,904.00 | 490.08 | 114.56 | 166.00 | 205.48 | 137.76 | 0.00 | 0.00 | 320.00 | 150.00 | 24.00 | | | 0.00 |

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No. 018169**

| DATE | AMOUNT |
|---|---|
| 04/30/2014 | $424.52 |

**Pay** Four Hundred Twenty-Four and 52/100 **Dollars**

To The Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈018169⑈ ⑆026013796⑆ 638519351⑈

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 04/27/2014 PAY DATE 04/30/2014 CHECK NO 018169
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 494.00 | 30.63 | 7.16 | 10.30 | 12.78 | 8.61 | 0.00 | 0.00 | 40.00 | 8.00 | 12.50 | 12.00 | 0.00 | 424.52 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 8,398.00 | 520.71 | 121.72 | 176.30 | 218.26 | 146.37 | 0.00 | 0.00 | 320.00 | 150.00 | 24.00 | | | 0.00 |

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No. 018234**

| DATE | AMOUNT |
| --- | --- |
| 05/07/2014 | $424.52 |

**Pay** Four Hundred Twenty-Four and 52/100 **Dollars**

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈018234⑈ ⑆026013796⑆ 63851935⑈

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 05/04/2014 PAY DATE 05/07/2014 CHECK NO 018234
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 494.00 | 30.63 | 7.16 | 10.30 | 12.78 | 8.61 | 0.00 | 0.00 | 40.00 | 8.00 | 12.50 | 12.00 | 0.00 | 424.52 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 8,892.00 | 551.34 | 128.88 | 186.60 | 231.04 | 154.98 | 0.00 | 0.00 | 320.00 | 150.00 | 24.00 | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 018299

| DATE | AMOUNT |
|---|---|
| 05/14/2015 | $77.95 |

Pay Seventy-Seven and 95/100 Dollars

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈018299⑈ ⑆026013796⑆ 63851935⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
Certified Public Accountants

| PERIOD ENDING | 05/11/2014 | PAY DATE | 05/14/2015 | CHECK NO | 018299 |
|---|---|---|---|---|---|
| EXEMPTION STATUS: | Married Resident, 3 dependent(s) | | | FANGRUI HUANG | XXX-XX-0811 SEAT NO.: VEG. 1 |

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 84.40 | 5.23 | 1.22 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9.55 | 8.00 | 0.00 | 12.00 | 0.00 | 77.95 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 8,976.40 | 556.57 | 130.10 | 186.60 | 231.04 | 154.98 | 0.00 | 0.00 | 76.40 | | 8.00 | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 018429

| DATE | AMOUNT |
|---|---|
| 05/28/2014 | $424.52 |

Pay Four Hundred Twenty-Four and 52/100 Dollars

To The Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈018429⑈ ⑆026013796⑆ 63851935⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
*Certified Public Accountants*

PERIOD ENDING 05/25/2014 PAY DATE 05/28/2014 CHECK NO 018429
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 494.00 | 30.63 | 7.16 | 10.30 | 12.78 | 8.61 | 0.00 | 0.00 | 40.00 | 8.00 | 12.50 | 12.00 | 0.00 | 424.52 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 9,470.40 | 587.20 | 137.26 | 196.90 | 243.82 | 163.59 | 0.00 | 0.00 | 320.00 | 150.00 | 24.00 | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 018494

| DATE | AMOUNT |
|---|---|
| 06/04/2014 | $424.52 |

Pay Four Hundred Twenty-Four and 52/100 Dollars

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈018494⑈ ⑆026013796⑆ 63851935⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
Certified Public Accountants

PERIOD ENDING 06/01/2014 PAY DATE 06/04/2014 CHECK NO 018494
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 494.00 | 30.63 | 7.16 | 10.30 | 12.78 | 8.61 | 0.00 | 0.00 | 40.00 | 8.00 | 12.50 | 12.00 | 0.00 | 424.52 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 9,964.40 | 617.83 | 144.42 | 207.20 | 256.60 | 172.20 | 0.00 | 0.00 | 320.00 | 150.00 | 24.00 | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 018562

| DATE | AMOUNT |
|---|---|
| 06/11/2014 | $424.52 |

Pay Four Hundred Twenty-Four and 52/100 Dollars

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈018562⑈ ⑆026013796⑆ 63851935⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
Certified Public Accountants

PERIOD ENDING 06/08/2014 PAY DATE 06/11/2014 CHECK NO 018562
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 494.00 | 30.63 | 7.16 | 10.30 | 12.78 | 8.61 | 0.00 | 0.00 | 40.00 | 8.00 | 12.50 | 12.00 | 0.00 | 424.52 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 10,458.40 | 648.46 | 151.58 | 217.50 | 269.38 | 180.81 | 0.00 | 0.00 | 320.00 | 150.00 | 24.00 | | | 0.00 |

**GW OF FLUSHING I. INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No. 018629**

| DATE | AMOUNT |
|---|---|
| 06/18/2014 | $424.52 |

**Pay** Four Hundred Twenty-Four and 52/100

To The
Order of:

**Dollars**

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈018629⑈ ⑆026013796⑆ 63851935⑈

**GW OF FLUSHING I. INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 06/15/2014 PAY DATE 06/18/2014 CHECK NO 018629
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 494.00 | 30.63 | 7.16 | 10.30 | 12.78 | 8.61 | 0.00 | 0.00 | 40.00 | 8.00 | 12.50 | 12.00 | 0.00 | 424.52 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 10,952.40 | 679.09 | 158.74 | 227.80 | 282.16 | 189.42 | 0.00 | 0.00 | 320.00 | 150.00 | 24.00 | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 018699

| DATE | AMOUNT |
|---|---|
| 06/25/2014 | $424.52 |

Pay Four Hundred Twenty-Four and 52/100 Dollars

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈018699⑈ ⑆026013796⑆ 63851935⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
Certified Public Accountants

PERIOD ENDING 06/22/2014 PAY DATE 06/25/2014 CHECK NO 018699
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 494.00 | 30.63 | 7.16 | 10.30 | 12.78 | 8.61 | 0.00 | 0.00 | 40.00 | 8.00 | 12.50 | 12.00 | 0.00 | 424.52 |

| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11,446.40 | 709.72 | 165.90 | 238.10 | 294.94 | 198.03 | 0.00 | 0.00 | 320.00 | 150.00 | 24.00 | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 018766

| DATE | AMOUNT |
|---|---|
| 07/02/2014 | $424.52 |

Pay Four Hundred Twenty-Four and 52/100 Dollars

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈018766⑈ ⑆026013796⑆ 63851935⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
*Certified Public Accountants*

PERIOD ENDING 06/29/2014 PAY DATE 07/02/2014 CHECK NO 018766
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 494.00 | 30.63 | 7.16 | 10.30 | 12.78 | 8.61 | 0.00 | 0.00 | 40.00 | 8.00 | 12.50 | 12.00 | 0.00 | 424.52 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 11,940.40 | 740.35 | 173.06 | 248.40 | 307.72 | 206.64 | 0.00 | 0.00 | 320.00 | 150.00 | 24.00 | | | 0.00 |

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No.** **018836**

| DATE | AMOUNT |
|---|---|
| 07/09/2014 | $424.52 |

**Pay** Four Hundred Twenty-Four and 52/100

To The
Order of:

**Dollars**

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈018836⑈ ⑆026013796⑆ 63851935⑈

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 07/06/2014 PAY DATE 07/09/2014 CHECK NO 018836
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 494.00 | 30.63 | 7.16 | 10.30 | 12.78 | 8.61 | 0.00 | 0.00 | 40.00 | 8.00 | 12.50 | 12.00 | 0.00 | 424.52 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 12,434.40 | 770.98 | 180.22 | 258.70 | 320.50 | 215.25 | 0.00 | 0.00 | 320.00 | 150.00 | 24.00 | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 018905

| DATE | AMOUNT |
|---|---|
| 07/16/2014 | $424.52 |

Pay Four Hundred Twenty-Four and 52/100 Dollars

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈018905⑈ ⑆026013796⑆ 63851935⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
*Certified Public Accountants*

PERIOD ENDING 07/13/2014 PAY DATE 07/16/2014 CHECK NO 018905
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 494.00 | 30.63 | 7.16 | 10.30 | 12.78 | 8.61 | 0.00 | 0.00 | 40.00 | 8.00 | 12.50 | 12.00 | 0.00 | 424.52 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 12,928.40 | 801.61 | 187.38 | 269.00 | 333.28 | 223.86 | 0.00 | 0.00 | 320.00 | 150.00 | 24.00 | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 019035

| DATE | AMOUNT |
| --- | --- |
| 07/30/2014 | $424.52 |

Pay Four Hundred Twenty-Four and 52/100 Dollars

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈019035⑈ ⑆026013796⑆ 638519 35⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
Certified Public Accountants

PERIOD ENDING 07/27/2014 PAY DATE 07/30/2014 CHECK NO 019035
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 494.00 | 30.63 | 7.16 | 10.30 | 12.78 | 8.61 | 0.00 | 0.00 | 40.00 | 8.00 | 12.50 | 12.00 | 0.00 | 424.52 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 13,422.40 | 832.24 | 194.54 | 279.30 | 346.06 | 232.47 | 0.00 | 0.00 | 320.00 | 150.00 | 24.00 | | | 0.00 |

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No. 019102**

| DATE | AMOUNT |
| --- | --- |
| 08/06/2014 | $424.52 |

**Pay** Four Hundred Twenty-Four and 52/100 **Dollars**

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈019102⑈ ⑆026013796⑆ 63851935⑈

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 08/03/2014 PAY DATE 08/06/2014 CHECK NO 019102
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 494.00 | 30.63 | 7.16 | 10.30 | 12.78 | 8.61 | 0.00 | 0.00 | 40.00 | 8.00 | 12.50 | 12.00 | 0.00 | 424.52 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 13,916.40 | 862.87 | 201.70 | 289.60 | 358.84 | 241.08 | 0.00 | 0.00 | 320.00 | 150.00 | 24.00 | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 019167

| DATE | AMOUNT |
|---|---|
| 08/13/2014 | $424.52 |

Pay Four Hundred Twenty-Four and 52/100 Dollars

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈019167⑈ ⑆026013796⑆ 63851935⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
*Certified Public Accountants*

PERIOD ENDING 08/10/2014 PAY DATE 08/13/2014 CHECK NO 019167
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 494.00 | 30.63 | 7.16 | 10.30 | 12.78 | 8.61 | 0.00 | 0.00 | 40.00 | 8.00 | 12.50 | 12.00 | 0.00 | 424.52 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 14,410.40 | 893.50 | 208.86 | 299.90 | 371.62 | 249.69 | 0.00 | 0.00 | 320.00 | 150.00 | 24.00 | | | 0.00 |

GW OF FLUSHING I. INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 019232

| DATE | AMOUNT |
|---|---|
| 08/20/2014 | $409.97 |

Pay Four Hundred Nine and 97/100 Dollars

To The Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈019232⑈ ⑆026013796⑆ 63851935⑈

GW OF FLUSHING I. INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
Certified Public Accountants

PERIOD ENDING 08/17/2014 PAY DATE 08/20/2014 CHECK NO 019232
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 474.00 | 29.39 | 6.87 | 8.30 | 11.60 | 7.87 | 0.00 | 0.00 | 40.00 | 8.00 | 11.50 | 12.00 | 0.00 | 409.97 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 14,884.40 | 922.89 | 215.73 | 308.20 | 383.22 | 257.56 | 0.00 | 0.00 | 320.00 | 138.00 | 16.00 | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 019299

| DATE | AMOUNT |
|---|---|
| 08/27/2014 | $424.52 |

Pay Four Hundred Twenty-Four and 52/100 Dollars

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈019299⑈ ⑆026013796⑆ 63851935⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
Certified Public Accountants

PERIOD ENDING 08/24/2014 PAY DATE 08/27/2014 CHECK NO 019299
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 494.00 | 30.63 | 7.16 | 10.30 | 12.78 | 8.61 | 0.00 | 0.00 | 40.00 | 8.00 | 12.50 | 12.00 | 0.00 | 424.52 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 15,378.40 | 953.52 | 222.89 | 318.50 | 396.00 | 266.17 | 0.00 | 0.00 | 320.00 | 150.00 | 24.00 | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 019366

| DATE | AMOUNT |
|---|---|
| 09/03/2014 | $424.52 |

Pay Four Hundred Twenty-Four and 52/100 Dollars

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈019366⑈ ⑆026013796⑆ 63851935⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
Certified Public Accountants

PERIOD ENDING 08/31/2014 PAY DATE 09/03/2014 CHECK NO 019366
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 494.00 | 30.63 | 7.16 | 10.30 | 12.78 | 8.61 | 0.00 | 0.00 | 40.00 | 8.00 | 12.50 | 12.00 | 0.00 | 424.52 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 15,872.40 | 984.15 | 230.05 | 328.80 | 408.78 | 274.78 | 0.00 | 0.00 | 320.00 | 150.00 | 24.00 | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 019434

| DATE | AMOUNT |
|---|---|
| 09/10/2014 | $424.52 |

Pay Four Hundred Twenty-Four and 52/100 Dollars

To The Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈019434⑈ ⑆026013796⑆ 63851935⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
Certified Public Accountants

PERIOD ENDING 09/07/2014 PAY DATE 09/10/2014 CHECK NO 019434
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 494.00 | 30.63 | 7.16 | 10.30 | 12.78 | 8.61 | 0.00 | 0.00 | 40.00 | 8.00 | 12.50 | 12.00 | 0.00 | 424.52 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 16,366.40 | 1,014.78 | 237.21 | 339.10 | 421.56 | 283.39 | 0.00 | 0.00 | 320.00 | 150.00 | 24.00 | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 019503

| DATE | AMOUNT |
| --- | --- |
| 09/17/2014 | $424.52 |

Pay Four Hundred Twenty-Four and 52/100 Dollars

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈019503⑈ ⑆026013796⑆ 638519335⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
Certified Public Accountants

PERIOD ENDING 09/14/2014 PAY DATE 09/17/2014 CHECK NO 019503
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 494.00 | 30.63 | 7.16 | 10.30 | 12.78 | 8.61 | 0.00 | 0.00 | 40.00 | 8.00 | 12.50 | 12.00 | 0.00 | 424.52 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 16,860.40 | 1,045.41 | 244.37 | 349.40 | 434.34 | 292.00 | 0.00 | 0.00 | 320.00 | 150.00 | 24.00 | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 019572

| DATE | AMOUNT |
|---|---|
| 09/24/2014 | $424.52 |

Pay Four Hundred Twenty-Four and 52/100 Dollars

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈019572⑈ ⑆026013796⑆ 638519335⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
Certified Public Accountants

PERIOD ENDING 09/21/2014 PAY DATE 09/24/2014 CHECK NO 019572
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 494.00 | 30.63 | 7.16 | 10.30 | 12.78 | 8.61 | 0.00 | 0.00 | 40.00 | 8.00 | 12.50 | 12.00 | 0.00 | 424.52 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 17,354.40 | 1,076.04 | 251.53 | 359.70 | 447.12 | 300.61 | 0.00 | 0.00 | 320.00 | 150.00 | 24.00 | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 019640

| DATE | AMOUNT |
|---|---|
| 10/01/2014 | $387.16 |

Pay Three Hundred Eighty-Seven and 16/100 Dollars

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈019640⑈ ⑆026013796⑆ 63851935⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
Certified Public Accountants

PERIOD ENDING 09/28/2014 PAY DATE 10/01/2014 CHECK NO 019640
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 443.00 | 27.47 | 6.42 | 5.20 | 9.97 | 6.78 | 0.00 | 0.00 | 40.00 | 8.00 | 8.25 | 12.00 | 0.00 | 387.16 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 17,797.40 | 1,103.51 | 257.95 | 364.90 | 457.09 | 307.39 | 0.00 | 0.00 | 320.00 | 99.00 | 24.00 | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No. 019706**

| DATE | AMOUNT |
|---|---|
| 10/08/2014 | $424.52 |

**Pay** Four Hundred Twenty-Four and 52/100 **Dollars**

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈019706⑈ ⑆026013796⑆ 63851935⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 10/05/2014 PAY DATE 10/08/2014 CHECK NO 019706
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 494.00 | 30.63 | 7.16 | 10.30 | 12.78 | 8.61 | 0.00 | 0.00 | 40.00 | 8.00 | 12.50 | 12.00 | 0.00 | 424.52 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 18,291.40 | 1,134.14 | 265.11 | 375.20 | 469.87 | 316.00 | 0.00 | 0.00 | 320.00 | 150.00 | 24.00 | | | 0.00 |

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No. 019774**

| DATE | AMOUNT |
| --- | --- |
| 10/15/2014 | $288.00 |

**Pay** Two Hundred Eighty-Eight and 00/100 **Dollars**

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈019774⑈ ⑆026013796⑆ 63851935⑈

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 10/12/2014 PAY DATE 10/15/2014 CHECK NO 019774
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 320.00 | 19.84 | 4.64 | 0.00 | 4.53 | 2.99 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 288.00 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 19,105.40 | 1,184.61 | 276.91 | 385.50 | 487.18 | 327.60 | 0.00 | 0.00 | 0.00 | | | 0.00 | 0.00 | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 019775

| DATE | AMOUNT |
|---|---|
| 10/15/2014 | $424.52 |

Pay Four Hundred Twenty-Four and 52/100 Dollars

To The Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈019775⑈ ⑆026013796⑆ 638519335⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
*Certified Public Accountants*

PERIOD ENDING 10/12/2014 PAY DATE 10/15/2014 CHECK NO 019775
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 494.00 | 30.63 | 7.16 | 10.30 | 12.78 | 8.61 | 0.00 | 0.00 | 40.00 | 8.00 | 12.50 | 12.00 | 0.00 | 424.52 |

| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19,105.40 | 1,184.61 | 276.91 | 385.50 | 487.18 | 327.60 | 0.00 | 0.00 | 320.00 | 150.00 | 24.00 | 0.00 | 0.00 | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 019916

| DATE | AMOUNT |
|---|---|
| 10/29/2014 | $118.65 |

Pay One Hundred Eighteen and 65/100 Dollars

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈019916⑈ ⑆026013796⑆ 638519335⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
*Certified Public Accountants*

PERIOD ENDING 10/26/2014 PAY DATE 10/29/2014 CHECK NO 019916
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 128.48 | 7.97 | 1.86 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 16.06 | 8.00 | 0.00 | 12.00 | 0.00 | 118.65 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 19,233.88 | 1,192.58 | 278.77 | 385.50 | 487.18 | 327.60 | 0.00 | 0.00 | 128.48 | | | | | 0.00 |

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No. 022324**

| DATE | AMOUNT |
|---|---|
| 07/01/2015 | $372.22 |

**Pay** Three Hundred Seventy-Two and 22/100 **Dollars**

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈022324⑈ ⑆026013796⑆ 638519335⑈

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 06/28/2015 PAY DATE 07/01/2015 CHECK NO 022324
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 422.05 | 26.17 | 6.12 | 2.64 | 8.77 | 6.13 | 0.00 | 0.00 | 40.00 | 9.25 | 3.75 | 13.88 | 0.00 | 372.22 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 422.05 | 26.17 | 6.12 | 2.64 | 8.77 | 6.13 | 0.00 | 0.00 | 370.00 | 52.05 | | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 022400

| DATE | AMOUNT |
|---|---|
| 07/08/2015 | $461.12 |

Pay Four Hundred Sixty-One and 12/100 Dollars

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈022400⑈ ⑆026013796⑆ 63851935⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
*Certified Public Accountants*

PERIOD ENDING 07/05/2015 PAY DATE 07/08/2015 CHECK NO 022400
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 543.50 | 33.70 | 7.88 | 14.78 | 15.58 | 10.44 | 0.00 | 0.00 | 40.00 | 9.25 | 12.50 | 13.88 | 0.00 | 461.12 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 965.55 | 59.87 | 14.00 | 17.42 | 24.35 | 16.57 | 0.00 | 0.00 | 370.00 | 173.50 | | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 022471

| DATE | AMOUNT |
|---|---|
| 07/15/2015 | $467.81 |

Pay Four Hundred Sixty-Seven and 81/100 Dollars

To The Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈022471⑈ ⑆026013796⑆ 638519 35⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
*Certified Public Accountants*

PERIOD ENDING 07/12/2015 PAY DATE 07/15/2015 CHECK NO 022471
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 552.69 | 34.27 | 8.01 | 15.70 | 16.12 | 10.78 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 467.81 |

| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1,518.24 | 94.14 | 22.01 | 33.12 | 40.47 | 27.35 | 0.00 | 0.00 | 552.69 | | | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 022539

| DATE | AMOUNT |
|---|---|
| 07/22/2015 | $461.12 |

Pay Four Hundred Sixty-One and 12/100 Dollars

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈022539⑈ ⑆026013796⑆ 638519335⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
Certified Public Accountants

PERIOD ENDING 07/19/2015 PAY DATE 07/22/2015 CHECK NO 022539
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 543.50 | 33.70 | 7.88 | 14.78 | 15.58 | 10.44 | 0.00 | 0.00 | 40.00 | 9.25 | 12.50 | 13.88 | 0.00 | 461.12 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 2,061.74 | 127.84 | 29.89 | 47.90 | 56.05 | 37.79 | 0.00 | 0.00 | 370.00 | 173.50 | | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 022607

| DATE | AMOUNT |
|---|---|
| 07/29/2015 | $461.12 |

Pay Four Hundred Sixty-One and 12/100 Dollars

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈022607⑈ ⑆026013796⑆ 638519 35⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
*Certified Public Accountants*

PERIOD ENDING 07/26/2015 PAY DATE 07/29/2015 CHECK NO 022607
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 543.50 | 33.70 | 7.88 | 14.78 | 15.58 | 10.44 | 0.00 | 0.00 | 40.00 | 9.25 | 12.50 | 13.88 | 0.00 | 461.12 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 2,605.24 | 161.54 | 37.77 | 62.68 | 71.63 | 48.23 | 0.00 | 0.00 | 370.00 | 173.50 | | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No. 022671**

| DATE | AMOUNT |
|---|---|
| 08/05/2015 | $461.12 |

**Pay** Four Hundred Sixty-One and 12/100 **Dollars**

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈022671⑈ ⑆026013796⑆ 63851935⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 08/02/2015 PAY DATE 08/05/2015 CHECK NO 022671
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 543.50 | 33.70 | 7.88 | 14.78 | 15.58 | 10.44 | 0.00 | 0.00 | 40.00 | 9.25 | 12.50 | 13.88 | 0.00 | 461.12 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 3,148.74 | 195.24 | 45.65 | 77.46 | 87.21 | 58.67 | 0.00 | 0.00 | 370.00 | 173.50 | | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 022737

| DATE | AMOUNT |
|---|---|
| 08/12/2015 | $461.12 |

Pay Four Hundred Sixty-One and 12/100 Dollars

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈022737⑈ ⑆026013796⑆ 638519335⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
Certified Public Accountants

PERIOD ENDING 08/09/2015 PAY DATE 08/12/2015 CHECK NO 022737
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 543.50 | 33.70 | 7.88 | 14.78 | 15.58 | 10.44 | 0.00 | 0.00 | 40.00 | 9.25 | 12.50 | 13.88 | 0.00 | 461.12 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 3,692.24 | 228.94 | 53.53 | 92.24 | 102.79 | 69.11 | 0.00 | 0.00 | 370.00 | 173.50 | | | | 0.00 |

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No. 022802**

| DATE | AMOUNT |
|---|---|
| 08/19/2015 | $445.97 |

**Pay** Four Hundred Forty-Five and 97/100 **Dollars**

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈022802⑈ ⑆026013796⑆ 63851935⑈

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 08/16/2015 PAY DATE 08/19/2015 CHECK NO 022802
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 522.68 | 32.41 | 7.58 | 12.70 | 14.35 | 9.67 | 0.00 | 0.00 | 40.00 | 9.25 | 11.00 | 13.88 | 0.00 | 445.97 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 4,214.92 | 261.35 | 61.11 | 104.94 | 117.14 | 78.78 | 0.00 | 0.00 | 370.00 | 152.68 | | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 022868

| DATE | AMOUNT |
|---|---|
| 08/26/2015 | $445.97 |

Pay Four Hundred Forty-Five and 97/100 Dollars

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈022868⑈ ⑆026013796⑆ 638519335⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
*Certified Public Accountants*

PERIOD ENDING 08/23/2015 PAY DATE 08/26/2015 CHECK NO 022868
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 522.68 | 32.41 | 7.58 | 12.70 | 14.35 | 9.67 | 0.00 | 0.00 | 40.00 | 9.25 | 11.00 | 13.88 | 0.00 | 445.97 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 4,737.60 | 293.76 | 68.69 | 117.64 | 131.49 | 88.45 | 0.00 | 0.00 | 370.00 | 152.68 | | | | 0.00 |

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No. 022938**

| DATE | AMOUNT |
|---|---|
| 09/02/2015 | $445.97 |

**Pay** Four Hundred Forty-Five and 97/100

To The
Order of:

**Dollars**

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈022938⑈ ⑆026013796⑆ 63851935⑈

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 08/30/2015 PAY DATE 09/02/2015 CHECK NO 022938
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 522.68 | 32.41 | 7.58 | 12.70 | 14.35 | 9.67 | 0.00 | 0.00 | 40.00 | 9.25 | 11.00 | 13.88 | 0.00 | 445.97 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 5,260.28 | 326.17 | 76.27 | 130.34 | 145.84 | 98.12 | 0.00 | 0.00 | 370.00 | 152.68 | | | | 0.00 |

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No. 023002**

| **DATE** | **AMOUNT** |
|---|---|
| 09/09/2015 | $445.97 |

**Pay** Four Hundred Forty-Five and 97/100 **Dollars**

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈023002⑈ ⑆026013796⑆ 63851935⑈

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 09/06/2015 PAY DATE 09/09/2015 CHECK NO 023002
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 522.68 | 32.41 | 7.58 | 12.70 | 14.35 | 9.67 | 0.00 | 0.00 | 40.00 | 9.25 | 11.00 | 13.88 | 0.00 | 445.97 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 5,782.96 | 358.58 | 83.85 | 143.04 | 160.19 | 107.79 | 0.00 | 0.00 | 370.00 | 152.68 | | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 023072

| DATE | AMOUNT |
|---|---|
| 09/16/2015 | $445.97 |

Pay Four Hundred Forty-Five and 97/100 Dollars

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈023072⑈ ⑆026013796⑆ 63851935⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
*Certified Public Accountants*

PERIOD ENDING 09/13/2015 PAY DATE 09/16/2015 CHECK NO 023072
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 522.68 | 32.41 | 7.58 | 12.70 | 14.35 | 9.67 | 0.00 | 0.00 | 40.00 | 9.25 | 11.00 | 13.88 | 0.00 | 445.97 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 6,305.64 | 390.99 | 91.43 | 155.74 | 174.54 | 117.46 | 0.00 | 0.00 | 370.00 | 152.68 | | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 023136

| DATE | AMOUNT |
|---|---|
| 09/23/2015 | $445.97 |

Pay Four Hundred Forty-Five and 97/100 Dollars

To The Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈023136⑈ ⑆026013796⑆ 638519335⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
*Certified Public Accountants*

PERIOD ENDING 09/20/2015 PAY DATE 09/23/2015 CHECK NO 023136
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 522.68 | 32.41 | 7.58 | 12.70 | 14.35 | 9.67 | 0.00 | 0.00 | 40.00 | 9.25 | 11.00 | 13.88 | 0.00 | 445.97 |

| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6,828.32 | 423.40 | 99.01 | 168.44 | 188.89 | 127.13 | 0.00 | 0.00 | 370.00 | 152.68 | | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 023197

| DATE | AMOUNT |
|---|---|
| 09/30/2015 | $445.97 |

Pay Four Hundred Forty-Five and 97/100 Dollars

To The Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈023197⑈ ⑆026013796⑆ 63851935⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
Certified Public Accountants

PERIOD ENDING 09/27/2015 PAY DATE 09/30/2015 CHECK NO 023197
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 522.68 | 32.41 | 7.58 | 12.70 | 14.35 | 9.67 | 0.00 | 0.00 | 40.00 | 9.25 | 11.00 | 13.88 | 0.00 | 445.97 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 7,351.00 | 455.81 | 106.59 | 181.14 | 203.24 | 136.80 | 0.00 | 0.00 | 370.00 | 152.68 | | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 023263

| DATE | AMOUNT |
|---|---|
| 10/07/2015 | $445.97 |

Pay Four Hundred Forty-Five and 97/100 Dollars

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈023263⑈ ⑆026013796⑆ 63851935⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
*Certified Public Accountants*

PERIOD ENDING 10/04/2015 PAY DATE 10/07/2015 CHECK NO 023263
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 522.68 | 32.41 | 7.58 | 12.70 | 14.35 | 9.67 | 0.00 | 0.00 | 40.00 | 9.25 | 11.00 | 13.88 | 0.00 | 445.97 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 7,873.68 | 488.22 | 114.17 | 193.84 | 217.59 | 146.47 | 0.00 | 0.00 | 370.00 | 152.68 | | | | 0.00 |

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No.** 023333

| DATE | AMOUNT |
| --- | --- |
| 10/14/2015 | $445.97 |

**Pay** Four Hundred Forty-Five and 97/100

To The Order of: **Dollars**

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈023333⑈ ⑆026013796⑆ 63851935⑈

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 10/11/2015 PAY DATE 10/14/2015 CHECK NO 023333
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 522.68 | 32.41 | 7.58 | 12.70 | 14.35 | 9.67 | 0.00 | 0.00 | 40.00 | 9.25 | 11.00 | 13.88 | 0.00 | 445.97 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 8,396.36 | 520.63 | 121.75 | 206.54 | 231.94 | 156.14 | 0.00 | 0.00 | 370.00 | 152.68 | | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 023399

| DATE | AMOUNT |
|---|---|
| 10/21/2015 | $445.97 |

Pay Four Hundred Forty-Five and 97/100 Dollars

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈023399⑈ ⑆026013796⑆ 63851935⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
*Certified Public Accountants*

PERIOD ENDING 10/18/2015 PAY DATE 10/21/2015 CHECK NO 023399
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 522.68 | 32.41 | 7.58 | 12.70 | 14.35 | 9.67 | 0.00 | 0.00 | 40.00 | 9.25 | 11.00 | 13.88 | 0.00 | 445.97 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 8,919.04 | 553.04 | 129.33 | 219.24 | 246.29 | 165.81 | 0.00 | 0.00 | 370.00 | 152.68 | | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 023469

| DATE | AMOUNT |
|---|---|
| 10/28/2015 | $445.97 |

Pay Four Hundred Forty-Five and 97/100 Dollars

To The Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈023469⑈ ⑆026013796⑆ 638519335⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
*Certified Public Accountants*

PERIOD ENDING 10/25/2015 PAY DATE 10/28/2015 CHECK NO 023469
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 522.68 | 32.41 | 7.58 | 12.70 | 14.35 | 9.67 | 0.00 | 0.00 | 40.00 | 9.25 | 11.00 | 13.88 | 0.00 | 445.97 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 9,441.72 | 585.45 | 136.91 | 231.94 | 260.64 | 175.48 | 0.00 | 0.00 | 370.00 | 152.68 | | | | 0.00 |

**GW OF FLUSHING I. INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No. 023534**

| DATE | AMOUNT |
| --- | --- |
| 11/04/2015 | $445.97 |

**Pay** Four Hundred Forty-Five and 97/100

To The
Order of:

**Dollars**

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈023534⑈ ⑆026013796⑆ 63851935⑈

**GW OF FLUSHING I. INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 11/01/2015 PAY DATE 11/04/2015 CHECK NO 023534
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 522.68 | 32.41 | 7.58 | 12.70 | 14.35 | 9.67 | 0.00 | 0.00 | 40.00 | 9.25 | 11.00 | 13.88 | 0.00 | 445.97 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 9,964.40 | 617.86 | 144.49 | 244.64 | 274.99 | 185.15 | 0.00 | 0.00 | 370.00 | 152.68 | | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 023598

| DATE | AMOUNT |
|---|---|
| 11/11/2015 | $445.97 |

Pay Four Hundred Forty-Five and 97/100

To The
Order of:

Dollars

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈023598⑈ ⑆026013796⑆ 638519935⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
*Certified Public Accountants*

PERIOD ENDING 11/08/2015 PAY DATE 11/11/2015 CHECK NO 023598
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 522.68 | 32.41 | 7.58 | 12.70 | 14.35 | 9.67 | 0.00 | 0.00 | 40.00 | 9.25 | 11.00 | 13.88 | 0.00 | 445.97 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 10,487.08 | 650.27 | 152.07 | 257.34 | 289.34 | 194.82 | 0.00 | 0.00 | 370.00 | 152.68 | | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 023667

| DATE | AMOUNT |
|---|---|
| 11/18/2015 | $445.97 |

Pay Four Hundred Forty-Five and 97/100 Dollars

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈023667⑈ ⑆026013796⑆ 638519935⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
*Certified Public Accountants*

PERIOD ENDING 11/15/2015 PAY DATE 11/18/2015 CHECK NO 023667
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 522.68 | 32.41 | 7.58 | 12.70 | 14.35 | 9.67 | 0.00 | 0.00 | 40.00 | 9.25 | 11.00 | 13.88 | 0.00 | 445.97 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 11,009.76 | 682.68 | 159.65 | 270.04 | 303.69 | 204.49 | 0.00 | 0.00 | 370.00 | 152.68 | | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 023738

| DATE | AMOUNT |
|---|---|
| 11/25/2015 | $445.97 |

Pay Four Hundred Forty-Five and 97/100 Dollars

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈023738⑈ ⑆026013796⑆ 63851935⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
*Certified Public Accountants*

PERIOD ENDING 11/22/2015 PAY DATE 11/25/2015 CHECK NO 023738
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 522.68 | 32.41 | 7.58 | 12.70 | 14.35 | 9.67 | 0.00 | 0.00 | 40.00 | 9.25 | 11.00 | 13.88 | 0.00 | 445.97 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 11,532.44 | 715.09 | 167.23 | 282.74 | 318.04 | 214.16 | 0.00 | 0.00 | 370.00 | 152.68 | | | | 0.00 |

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No. 023805**

| DATE | AMOUNT |
|---|---|
| 12/02/2015 | $445.97 |

**Pay** Four Hundred Forty-Five and 97/100 **Dollars**

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈023805⑈ ⑆026013796⑆ 63851935⑈

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 11/29/2015 PAY DATE 12/02/2015 CHECK NO 023805
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 522.68 | 32.41 | 7.58 | 12.70 | 14.35 | 9.67 | 0.00 | 0.00 | 40.00 | 9.25 | 11.00 | 13.88 | 0.00 | 445.97 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 12,055.12 | 747.50 | 174.81 | 295.44 | 332.39 | 223.83 | 0.00 | 0.00 | 370.00 | 152.68 | | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 023873

| DATE | AMOUNT |
|---|---|
| 12/09/2015 | $445.97 |

Pay Four Hundred Forty-Five and 97/100 Dollars

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈023873⑈ ⑆026013796⑆ 638519335⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
Certified Public Accountants

PERIOD ENDING 12/06/2015 PAY DATE 12/09/2015 CHECK NO 023873
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 522.68 | 32.41 | 7.58 | 12.70 | 14.35 | 9.67 | 0.00 | 0.00 | 40.00 | 9.25 | 11.00 | 13.88 | 0.00 | 445.97 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 12,577.80 | 779.91 | 182.39 | 308.14 | 346.74 | 233.50 | 0.00 | 0.00 | 370.00 | 152.68 | | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 023940

| DATE | AMOUNT |
|---|---|
| 12/16/2015 | $445.97 |

Pay Four Hundred Forty-Five and 97/100 Dollars

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈023940⑈ ⑆026013796⑆ 63851935⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
Certified Public Accountants

PERIOD ENDING 12/13/2015 PAY DATE 12/16/2015 CHECK NO 023940
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 522.68 | 32.41 | 7.58 | 12.70 | 14.35 | 9.67 | 0.00 | 0.00 | 40.00 | 9.25 | 11.00 | 13.88 | 0.00 | 445.97 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 13,100.48 | 812.32 | 189.97 | 320.84 | 361.09 | 243.17 | 0.00 | 0.00 | 370.00 | 152.68 | | | | 0.00 |

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No. 024007**

| DATE | AMOUNT |
|---|---|
| 12/23/2015 | $445.97 |

**Pay** Four Hundred Forty-Five and 97/100

To The Order of: **Dollars**

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈024007⑈ ⑆026013796⑆ 63851935⑈

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 12/20/2015 PAY DATE 12/23/2015 CHECK NO 024007
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 522.68 | 32.41 | 7.58 | 12.70 | 14.35 | 9.67 | 0.00 | 0.00 | 40.00 | 9.25 | 11.00 | 13.88 | 0.00 | 445.97 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 13,623.16 | 844.73 | 197.55 | 333.54 | 375.44 | 252.84 | 0.00 | 0.00 | 370.00 | 152.68 | | | | 0.00 |

**GW OF FLUSHING I. INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No. 024071**

| DATE | AMOUNT |
|---|---|
| 12/30/2015 | $445.97 |

**Pay** Four Hundred Forty-Five and 97/100 **Dollars**

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈024071⑈ ⑆026013796⑆ 63851935⑈

**GW OF FLUSHING I. INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 12/27/2015 PAY DATE 12/30/2015 CHECK NO 024071
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 522.68 | 32.41 | 7.58 | 12.70 | 14.35 | 9.67 | 0.00 | 0.00 | 40.00 | 9.25 | 11.00 | 13.88 | 0.00 | 445.97 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 14,145.84 | 877.14 | 205.13 | 346.24 | 389.79 | 262.51 | 0.00 | 0.00 | 370.00 | 152.68 | | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 024136

| DATE | AMOUNT |
|---|---|
| 01/06/2016 | $445.97 |

Pay Four Hundred Forty-Five and 97/100 Dollars

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈024136⑈ ⑆026013796⑆ 63851935⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
*Certified Public Accountants*

PERIOD ENDING 01/03/2016 PAY DATE 01/06/2016 CHECK NO 024136
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 522.68 | 32.41 | 7.58 | 12.70 | 14.35 | 9.67 | 0.00 | 0.00 | 40.00 | 9.25 | 11.00 | 13.88 | 0.00 | 445.97 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 522.68 | 32.41 | 7.58 | 12.70 | 14.35 | 9.67 | 0.00 | 0.00 | 370.00 | 152.68 | | | | 0.00 |

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No. 024201**

| DATE | AMOUNT |
|---|---|
| 01/13/2016 | $446.17 |

**Pay** Four Hundred Forty-Six and 17/100 **Dollars**

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈024201⑈ ⑆026013796⑆ 63851935⑈

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 01/10/2016 PAY DATE 01/13/2016 CHECK NO 024201
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 522.68 | 32.41 | 7.58 | 12.50 | 14.35 | 9.67 | 0.00 | 0.00 | 40.00 | 9.25 | 11.00 | 13.88 | 0.00 | 446.17 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 1,045.36 | 64.82 | 15.16 | 25.20 | 28.70 | 19.34 | 0.00 | 0.00 | 370.00 | 152.68 | | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 024269

| DATE | AMOUNT |
|---|---|
| 01/20/2016 | $446.17 |

Pay Four Hundred Forty-Six and 17/100

To The Order of: **Dollars**

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈024269⑈ ⑆026013796⑆ 63851935⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
*Certified Public Accountants*

PERIOD ENDING 01/17/2016 PAY DATE 01/20/2016 CHECK NO 024269
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 522.68 | 32.41 | 7.58 | 12.50 | 14.35 | 9.67 | 0.00 | 0.00 | 40.00 | 9.25 | 11.00 | 13.88 | 0.00 | 446.17 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 1,568.04 | 97.23 | 22.74 | 37.70 | 43.05 | 29.01 | 0.00 | 0.00 | 370.00 | 152.68 | | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 024334

| DATE | AMOUNT |
|---|---|
| 01/27/2016 | $446.17 |

Pay Four Hundred Forty-Six and 17/100 Dollars

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈024334⑈ ⑆026013796⑆ 63851935⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
Certified Public Accountants

PERIOD ENDING 01/24/2016 PAY DATE 01/27/2016 CHECK NO 024334
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 522.68 | 32.41 | 7.58 | 12.50 | 14.35 | 9.67 | 0.00 | 0.00 | 40.00 | 9.25 | 11.00 | 13.88 | 0.00 | 446.17 |

| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2,090.72 | 129.64 | 30.32 | 50.20 | 57.40 | 38.68 | 0.00 | 0.00 | 370.00 | 152.68 | | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 024402

| DATE | AMOUNT |
|---|---|
| 02/03/2016 | $446.17 |

Pay Four Hundred Forty-Six and 17/100 Dollars

To The Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈024402⑈ ⑆026013796⑆ 638519335⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
Certified Public Accountants

PERIOD ENDING 01/31/2016 PAY DATE 02/03/2016 CHECK NO 024402
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 522.68 | 32.41 | 7.58 | 12.50 | 14.35 | 9.67 | 0.00 | 0.00 | 40.00 | 9.25 | 11.00 | 13.88 | 0.00 | 446.17 |

| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2,613.40 | 162.05 | 37.90 | 62.70 | 71.75 | 48.35 | 0.00 | 0.00 | 370.00 | 152.68 | | | | 0.00 |

GW OF FLUSHING I. INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 024471

| DATE | AMOUNT |
|---|---|
| 02/10/2016 | $446.17 |

Pay Four Hundred Forty-Six and 17/100 Dollars

To The Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈024471⑈ ⑆026013796⑆ 63851935⑈

GW OF FLUSHING I. INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
Certified Public Accountants

PERIOD ENDING 02/07/2016 PAY DATE 02/10/2016 CHECK NO 024471
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 522.68 | 32.41 | 7.58 | 12.50 | 14.35 | 9.67 | 0.00 | 0.00 | 40.00 | 9.25 | 11.00 | 13.88 | 0.00 | 446.17 |

| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3,136.08 | 194.46 | 45.48 | 75.20 | 86.10 | 58.02 | 0.00 | 0.00 | 370.00 | 152.68 | | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 024540

| DATE | AMOUNT |
|---|---|
| 02/17/2016 | $446.17 |

Pay Four Hundred Forty-Six and 17/100 Dollars

To The Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈024540⑈ ⑆026013796⑆ 6385193 5⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
Certified Public Accountants

PERIOD ENDING 02/14/2016 PAY DATE 02/17/2016 CHECK NO 024540
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 522.68 | 32.41 | 7.58 | 12.50 | 14.35 | 9.67 | 0.00 | 0.00 | 40.00 | 9.25 | 11.00 | 13.88 | 0.00 | 446.17 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 3,658.76 | 226.87 | 53.06 | 87.70 | 100.45 | 67.69 | 0.00 | 0.00 | 370.00 | 152.68 | | | | 0.00 |

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No. 024606**

| DATE | AMOUNT |
|---|---|
| 02/24/2016 | $446.17 |

**Pay** Four Hundred Forty-Six and 17/100

**Dollars**

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈024606⑈ ⑆026013796⑆ 63851935⑈

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 02/21/2016 PAY DATE 02/24/2016 CHECK NO 024606
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 522.68 | 32.41 | 7.58 | 12.50 | 14.35 | 9.67 | 0.00 | 0.00 | 40.00 | 9.25 | 11.00 | 13.88 | 0.00 | 446.17 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 4,181.44 | 259.28 | 60.64 | 100.20 | 114.80 | 77.36 | 0.00 | 0.00 | 370.00 | 152.68 | | | | 0.00 |

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No. 024672**

| DATE | AMOUNT |
|---|---|
| 03/02/2016 | $446.17 |

**Pay** Four Hundred Forty-Six and 17/100 **Dollars**

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈024672⑈ ⑆026013796⑆ 63851935⑈

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 02/28/2016 PAY DATE 03/02/2016 CHECK NO 024672
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 522.68 | 32.41 | 7.58 | 12.50 | 14.35 | 9.67 | 0.00 | 0.00 | 40.00 | 9.25 | 11.00 | 13.88 | 0.00 | 446.17 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 4,704.12 | 291.69 | 68.22 | 112.70 | 129.15 | 87.03 | 0.00 | 0.00 | 370.00 | 152.68 | | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 024742

| DATE | AMOUNT |
|---|---|
| 03/09/2016 | $446.17 |

Pay Four Hundred Forty-Six and 17/100 Dollars

To The Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈024742⑈ ⑆026013796⑆ 63851935⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
*Certified Public Accountants*

PERIOD ENDING 03/06/2016 PAY DATE 03/09/2016 CHECK NO 024742
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 522.68 | 32.41 | 7.58 | 12.50 | 14.35 | 9.67 | 0.00 | 0.00 | 40.00 | 9.25 | 11.00 | 13.88 | 0.00 | 446.17 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 5,226.80 | 324.10 | 75.80 | 125.20 | 143.50 | 96.70 | 0.00 | 0.00 | 370.00 | 152.68 | | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 024807

| DATE | AMOUNT |
|---|---|
| 03/16/2016 | $441.12 |

Pay Four Hundred Forty-One and 12/100 Dollars

To The Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈024807⑈ ⑆026013796⑆ 63851935⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
Certified Public Accountants

PERIOD ENDING 03/13/2016 PAY DATE 03/16/2016 CHECK NO 024807
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 515.74 | 31.98 | 7.48 | 11.80 | 13.94 | 9.42 | 0.00 | 0.00 | 40.00 | 9.25 | 10.50 | 13.88 | 0.00 | 441.12 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 5,742.54 | 356.08 | 83.28 | 137.00 | 157.44 | 106.12 | 0.00 | 0.00 | 370.00 | 145.74 | | | | 0.00 |

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No. 024876**

| DATE | AMOUNT |
|---|---|
| 03/23/2016 | $446.17 |

**Pay** Four Hundred Forty-Six and 17/100 **Dollars**

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈024876⑈ ⑆026013796⑆ 63851935⑈

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PERIOD ENDING | 03/20/2016 | PAY DATE | 03/23/2016 | CHECK NO | 024876 | | |
| EXEMPTION STATUS: | Married Resident, 3 dependent(s) | | | | FANGRUI HUANG | XXX-XX-0811 | SEAT NO.: VEG. 1 |

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 522.68 | 32.41 | 7.58 | 12.50 | 14.35 | 9.67 | 0.00 | 0.00 | 40.00 | 9.25 | 11.00 | 13.88 | 0.00 | 446.17 |

| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6,265.22 | 388.49 | 90.86 | 149.50 | 171.79 | 115.79 | 0.00 | 0.00 | 370.00 | 152.68 | | | | 0.00 |

**GW OF FLUSHING I. INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No. 024943**

| DATE | AMOUNT |
| --- | --- |
| 03/30/2016 | $446.17 |

**Pay** Four Hundred Forty-Six and 17/100

To The
Order of:

**Dollars**

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈024943⑈ ⑆026013796⑆ 63851935⑈

**GW OF FLUSHING I. INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 03/27/2016 PAY DATE 03/30/2016 CHECK NO 024943
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 522.68 | 32.41 | 7.58 | 12.50 | 14.35 | 9.67 | 0.00 | 0.00 | 40.00 | 9.25 | 11.00 | 13.88 | 0.00 | 446.17 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 6,787.90 | 420.90 | 98.44 | 162.00 | 186.14 | 125.46 | 0.00 | 0.00 | 370.00 | 152.68 | | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 025012

| DATE | AMOUNT |
|---|---|
| 04/06/2016 | $446.17 |

Pay Four Hundred Forty-Six and 17/100 Dollars

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈025012⑈ ⑆026013796⑆ 63851935⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
Certified Public Accountants

PERIOD ENDING 04/03/2016 PAY DATE 04/06/2016 CHECK NO 025012
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 522.68 | 32.41 | 7.58 | 12.50 | 14.35 | 9.67 | 0.00 | 0.00 | 40.00 | 9.25 | 11.00 | 13.88 | 0.00 | 446.17 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 7,310.58 | 453.31 | 106.02 | 174.50 | 200.49 | 135.13 | 0.00 | 0.00 | 370.00 | 152.68 | | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 025081

| DATE | AMOUNT |
|---|---|
| 04/13/2016 | $446.17 |

Pay Four Hundred Forty-Six and 17/100 Dollars

To The Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈025081⑈ ⑆026013796⑆ 638519335⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
Certified Public Accountants

PERIOD ENDING 04/10/2016 PAY DATE 04/13/2016 CHECK NO 025081
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 522.68 | 32.41 | 7.58 | 12.50 | 14.35 | 9.67 | 0.00 | 0.00 | 40.00 | 9.25 | 11.00 | 13.88 | 0.00 | 446.17 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 7,833.26 | 485.72 | 113.60 | 187.00 | 214.84 | 144.80 | 0.00 | 0.00 | 370.00 | 152.68 | | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 025095

| DATE | AMOUNT |
|---|---|
| 04/20/2016 | $446.17 |

Pay Four Hundred Forty-Six and 17/100 Dollars

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈025095⑈ ⑆026013796⑆ 63851935⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
Certified Public Accountants

PERIOD ENDING 04/17/2016 PAY DATE 04/20/2016 CHECK NO 025095
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 522.68 | 32.41 | 7.58 | 12.50 | 14.35 | 9.67 | 0.00 | 0.00 | 40.00 | 9.25 | 11.00 | 13.88 | 0.00 | 446.17 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 8,355.94 | 518.13 | 121.18 | 199.50 | 229.19 | 154.47 | 0.00 | 0.00 | 370.00 | 152.68 | | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No. 025162**

| DATE | AMOUNT |
|---|---|
| 04/27/2016 | $446.17 |

**Pay** Four Hundred Forty-Six and 17/100 **Dollars**

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈025162⑈ ⑆026013796⑆ 638519335⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 04/24/2016 PAY DATE 04/27/2016 CHECK NO 025162
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 522.68 | 32.41 | 7.58 | 12.50 | 14.35 | 9.67 | 0.00 | 0.00 | 40.00 | 9.25 | 11.00 | 13.88 | 0.00 | 446.17 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 8,878.62 | 550.54 | 128.76 | 212.00 | 243.54 | 164.14 | 0.00 | 0.00 | 370.00 | 152.68 | | | | 0.00 |

GW OF FLUSHING I. INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 025232

| DATE | AMOUNT |
|---|---|
| 05/04/2016 | $446.17 |

Pay Four Hundred Forty-Six and 17/100 Dollars

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈025232⑈ ⑆026013796⑆ 638519935⑈

GW OF FLUSHING I. INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
Certified Public Accountants

PERIOD ENDING 05/01/2016 PAY DATE 05/04/2016 CHECK NO 025232
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 522.68 | 32.41 | 7.58 | 12.50 | 14.35 | 9.67 | 0.00 | 0.00 | 40.00 | 9.25 | 11.00 | 13.88 | 0.00 | 446.17 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 9,401.30 | 582.95 | 136.34 | 224.50 | 257.89 | 173.81 | 0.00 | 0.00 | 370.00 | 152.68 | | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 025296

| DATE | AMOUNT |
|---|---|
| 05/11/2016 | $446.17 |

Pay Four Hundred Forty-Six and 17/100 Dollars

To The Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈025296⑈ ⑆026013796⑆ 63851935⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
Certified Public Accountants

PERIOD ENDING 05/08/2016 PAY DATE 05/11/2016 CHECK NO 025296
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 522.68 | 32.41 | 7.58 | 12.50 | 14.35 | 9.67 | 0.00 | 0.00 | 40.00 | 9.25 | 11.00 | 13.88 | 0.00 | 446.17 |

| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9,923.98 | 615.36 | 143.92 | 237.00 | 272.24 | 183.48 | 0.00 | 0.00 | 370.00 | 152.68 | | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 025371

| DATE | AMOUNT |
|---|---|
| 05/18/2016 | $446.17 |

Pay Four Hundred Forty-Six and 17/100 Dollars

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈025371⑈ ⑆026013796⑆ 63851935⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
*Certified Public Accountants*

PERIOD ENDING 05/15/2016 PAY DATE 05/18/2016 CHECK NO 025371
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 522.68 | 32.41 | 7.58 | 12.50 | 14.35 | 9.67 | 0.00 | 0.00 | 40.00 | 9.25 | 11.00 | 13.88 | 0.00 | 446.17 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 10,446.66 | 647.77 | 151.50 | 249.50 | 286.59 | 193.15 | 0.00 | 0.00 | 370.00 | 152.68 | | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 025438

| DATE | AMOUNT |
|---|---|
| 05/25/2016 | $446.17 |

Pay Four Hundred Forty-Six and 17/100 Dollars

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈025438⑈ ⑆026013796⑆ 638519935⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
Certified Public Accountants

PERIOD ENDING 05/22/2016 PAY DATE 05/25/2016 CHECK NO 025438
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 522.68 | 32.41 | 7.58 | 12.50 | 14.35 | 9.67 | 0.00 | 0.00 | 40.00 | 9.25 | 11.00 | 13.88 | 0.00 | 446.17 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 10,969.34 | 680.18 | 159.08 | 262.00 | 300.94 | 202.82 | 0.00 | 0.00 | 370.00 | 152.68 | | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 025506

| DATE | AMOUNT |
|---|---|
| 06/01/2016 | $446.17 |

Pay Four Hundred Forty-Six and 17/100 Dollars

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈025506⑈ ⑆026013796⑆ 638519355⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
Certified Public Accountants

PERIOD ENDING 05/29/2016 PAY DATE 06/01/2016 CHECK NO 025506
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 522.68 | 32.41 | 7.58 | 12.50 | 14.35 | 9.67 | 0.00 | 0.00 | 40.00 | 9.25 | 11.00 | 13.88 | 0.00 | 446.17 |

| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11,492.02 | 712.59 | 166.66 | 274.50 | 315.29 | 212.49 | 0.00 | 0.00 | 370.00 | 152.68 | | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 025579

| DATE | AMOUNT |
|---|---|
| 06/08/2016 | $446.17 |

Pay Four Hundred Forty-Six and 17/100

To The Order of: Dollars

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈025579⑈ ⑆026013796⑆ 638519335⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
Certified Public Accountants

PERIOD ENDING 06/05/2016 PAY DATE 06/08/2016 CHECK NO 025579
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 522.68 | 32.41 | 7.58 | 12.50 | 14.35 | 9.67 | 0.00 | 0.00 | 40.00 | 9.25 | 11.00 | 13.88 | 0.00 | 446.17 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 12,014.70 | 745.00 | 174.24 | 287.00 | 329.64 | 222.16 | 0.00 | 0.00 | 370.00 | 152.68 | | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 025652

| DATE | AMOUNT |
|---|---|
| 06/15/2016 | $446.17 |

Pay Four Hundred Forty-Six and 17/100 Dollars

To The Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈025652⑈ ⑆026013796⑆ 638519335⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
Certified Public Accountants

PERIOD ENDING 06/12/2016 PAY DATE 06/15/2016 CHECK NO 025652
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 522.68 | 32.41 | 7.58 | 12.50 | 14.35 | 9.67 | 0.00 | 0.00 | 40.00 | 9.25 | 11.00 | 13.88 | 0.00 | 446.17 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 12,537.38 | 777.41 | 181.82 | 299.50 | 343.99 | 231.83 | 0.00 | 0.00 | 370.00 | 152.68 | | | | 0.00 |

**GW OF FLUSHING I. INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No. 025728**

| DATE | AMOUNT |
|---|---|
| 06/22/2016 | $446.17 |

**Pay** Four Hundred Forty-Six and 17/100 **Dollars**

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈025728⑈ ⑆026013796⑆ 63851935⑈

**GW OF FLUSHING I. INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 06/19/2016 PAY DATE 06/22/2016 CHECK NO 025728
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 522.68 | 32.41 | 7.58 | 12.50 | 14.35 | 9.67 | 0.00 | 0.00 | 40.00 | 9.25 | 11.00 | 13.88 | 0.00 | 446.17 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 13,060.06 | 809.82 | 189.40 | 312.00 | 358.34 | 241.50 | 0.00 | 0.00 | 370.00 | 152.68 | | | | 0.00 |

GW OF FLUSHING I. INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 025801

| DATE | AMOUNT |
|---|---|
| 06/29/2016 | $446.17 |

Pay Four Hundred Forty-Six and 17/100 Dollars

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈025801⑈ ⑆026013796⑆ 638519335⑈

GW OF FLUSHING I. INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
Certified Public Accountants

PERIOD ENDING 06/26/2016 PAY DATE 06/29/2016 CHECK NO 025801
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 522.68 | 32.41 | 7.58 | 12.50 | 14.35 | 9.67 | 0.00 | 0.00 | 40.00 | 9.25 | 11.00 | 13.88 | 0.00 | 446.17 |

| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13,582.74 | 842.23 | 196.98 | 324.50 | 372.69 | 251.17 | 0.00 | 0.00 | 370.00 | 152.68 | | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 025872

| DATE | AMOUNT |
|---|---|
| 07/06/2016 | $446.17 |

Pay Four Hundred Forty-Six and 17/100

To The Order of: **Dollars**

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈025872⑈ ⑆026013796⑆ 63851935⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 07/03/2016 PAY DATE 07/06/2016 CHECK NO 025872
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 522.68 | 32.41 | 7.58 | 12.50 | 14.35 | 9.67 | 0.00 | 0.00 | 40.00 | 9.25 | 11.00 | 13.88 | 0.00 | 446.17 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 14,105.42 | 874.64 | 204.56 | 337.00 | 387.04 | 260.84 | 0.00 | 0.00 | 370.00 | 152.68 | | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 025945

| DATE | AMOUNT |
|---|---|
| 07/13/2016 | $446.17 |

Pay Four Hundred Forty-Six and 17/100 Dollars

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈025945⑈ ⑆026013796⑆ 63851935⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
Certified Public Accountants

PERIOD ENDING 07/10/2016 PAY DATE 07/13/2016 CHECK NO 025945
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 522.68 | 32.41 | 7.58 | 12.50 | 14.35 | 9.67 | 0.00 | 0.00 | 40.00 | 9.25 | 11.00 | 13.88 | 0.00 | 446.17 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 14,628.10 | 907.05 | 212.14 | 349.50 | 401.39 | 270.51 | 0.00 | 0.00 | 370.00 | 152.68 | | | | 0.00 |

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No. 026018**

| DATE | AMOUNT |
|---|---|
| 07/20/2016 | $446.17 |

**Pay** Four Hundred Forty-Six and 17/100

To The
Order of:

**Dollars**

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈026018⑈ ⑆026013796⑆ 638519 35⑈

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 07/17/2016 PAY DATE 07/20/2016 CHECK NO 026018
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 522.68 | 32.41 | 7.58 | 12.50 | 14.35 | 9.67 | 0.00 | 0.00 | 40.00 | 9.25 | 11.00 | 13.88 | 0.00 | 446.17 |

| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15,150.78 | 939.46 | 219.72 | 362.00 | 415.74 | 280.18 | 0.00 | 0.00 | 370.00 | 152.68 | | | | 0.00 |

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No. 026089**

| DATE | AMOUNT |
|---|---|
| 07/27/2016 | $446.17 |

**Pay** Four Hundred Forty-Six and 17/100 **Dollars**

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈026089⑈ ⑆026013796⑆ 63851935⑈

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 07/24/2016 PAY DATE 07/27/2016 CHECK NO 026089
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 522.68 | 32.41 | 7.58 | 12.50 | 14.35 | 9.67 | 0.00 | 0.00 | 40.00 | 9.25 | 11.00 | 13.88 | 0.00 | 446.17 |

| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15,673.46 | 971.87 | 227.30 | 374.50 | 430.09 | 289.85 | 0.00 | 0.00 | 370.00 | 152.68 | | | | 0.00 |

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No. 026161**

| DATE | AMOUNT |
|---|---|
| 08/03/2016 | $446.17 |

**Pay** Four Hundred Forty-Six and 17/100 **Dollars**

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈026161⑈ ⑆026013796⑆ 63851935⑈

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 07/31/2016 PAY DATE 08/03/2016 CHECK NO 026161
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 522.68 | 32.41 | 7.58 | 12.50 | 14.35 | 9.67 | 0.00 | 0.00 | 40.00 | 9.25 | 11.00 | 13.88 | 0.00 | 446.17 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 16,196.14 | 1,004.28 | 234.88 | 387.00 | 444.44 | 299.52 | 0.00 | 0.00 | 370.00 | 152.68 | | | | 0.00 |

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No. 026234**

| DATE | AMOUNT |
|---|---|
| 08/10/2016 | $446.17 |

**Pay** Four Hundred Forty-Six and 17/100 **Dollars**

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈026234⑈ ⑆026013796⑆ 63851935⑈

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 08/07/2016 PAY DATE 08/10/2016 CHECK NO 026234
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 522.68 | 32.41 | 7.58 | 12.50 | 14.35 | 9.67 | 0.00 | 0.00 | 40.00 | 9.25 | 11.00 | 13.88 | 0.00 | 446.17 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 16,718.82 | 1,036.69 | 242.46 | 399.50 | 458.79 | 309.19 | 0.00 | 0.00 | 370.00 | 152.68 | | | | 0.00 |

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No. 026303**

| DATE | AMOUNT |
|---|---|
| 08/17/2016 | $446.17 |

**Pay** Four Hundred Forty-Six and 17/100 **Dollars**

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈026303⑈ ⑆026013796⑆ 638519335⑈

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 08/14/2016 PAY DATE 08/17/2016 CHECK NO 026303
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 522.68 | 32.41 | 7.58 | 12.50 | 14.35 | 9.67 | 0.00 | 0.00 | 40.00 | 9.25 | 11.00 | 13.88 | 0.00 | 446.17 |

| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17,241.50 | 1,069.10 | 250.04 | 412.00 | 473.14 | 318.86 | 0.00 | 0.00 | 370.00 | 152.68 | | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 026375

| DATE | AMOUNT |
|---|---|
| 08/24/2016 | $330.73 |

Pay Three Hundred Thirty and 73/100 Dollars

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈026375⑈ ⑆026013796⑆ 63851935⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
Certified Public Accountants

PERIOD ENDING 08/21/2016 PAY DATE 08/24/2016 CHECK NO 026375
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 370.00 | 22.94 | 5.37 | 0.00 | 6.45 | 4.51 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 330.73 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 18,134.18 | 1,124.45 | 262.99 | 424.50 | 493.94 | 333.04 | 0.00 | 0.00 | 0.00 | | | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 026376

| DATE | AMOUNT |
|---|---|
| 08/24/2016 | $446.17 |

Pay Four Hundred Forty-Six and 17/100 Dollars

To The Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈026376⑈ ⑆026013796⑆ 63851935⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
*Certified Public Accountants*

PERIOD ENDING 08/21/2016 PAY DATE 08/24/2016 CHECK NO 026376
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 522.68 | 32.41 | 7.58 | 12.50 | 14.35 | 9.67 | 0.00 | 0.00 | 40.00 | 9.25 | 11.00 | 13.88 | 0.00 | 446.17 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 18,134.18 | 1,124.45 | 262.99 | 424.50 | 493.94 | 333.04 | 0.00 | 0.00 | 370.00 | 152.68 | | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No. 026522**

| DATE | AMOUNT |
|---|---|
| 09/07/2016 | $446.17 |

**Pay** Four Hundred Forty-Six and 17/100 **Dollars**

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈026522⑈ ⑆026013796⑆ 63851935⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 09/04/2016 PAY DATE 09/07/2016 CHECK NO 026522
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 522.68 | 32.41 | 7.58 | 12.50 | 14.35 | 9.67 | 0.00 | 0.00 | 40.00 | 9.25 | 11.00 | 13.88 | 0.00 | 446.17 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 18,656.86 | 1,156.86 | 270.57 | 437.00 | 508.29 | 342.71 | 0.00 | 0.00 | 370.00 | 152.68 | | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 026590

| DATE | AMOUNT |
|---|---|
| 09/14/2016 | $446.17 |

Pay Four Hundred Forty-Six and 17/100 Dollars

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈026590⑈ ⑆026013796⑆ 63851935⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
*Certified Public Accountants*

PERIOD ENDING 09/11/2016 PAY DATE 09/14/2016 CHECK NO 026590
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 522.68 | 32.41 | 7.58 | 12.50 | 14.35 | 9.67 | 0.00 | 0.00 | 40.00 | 9.25 | 11.00 | 13.88 | 0.00 | 446.17 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 19,179.54 | 1,189.27 | 278.15 | 449.50 | 522.64 | 352.38 | 0.00 | 0.00 | 370.00 | 152.68 | | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No. 027003**

| DATE | AMOUNT |
| --- | --- |
| 10/26/2016 | $446.17 |

**Pay** Four Hundred Forty-Six and 17/100 **Dollars**

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈027003⑈ ⑆026013796⑆ 63851935⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 10/23/2016 PAY DATE 10/26/2016 CHECK NO 027003
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 522.68 | 32.41 | 7.58 | 12.50 | 14.35 | 9.67 | 0.00 | 0.00 | 40.00 | 9.25 | 11.00 | 13.88 | 0.00 | 446.17 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 19,702.22 | 1,221.68 | 285.73 | 462.00 | 536.99 | 362.05 | 0.00 | 0.00 | 370.00 | 152.68 | | | | 0.00 |

GW OF FLUSHING I. INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 027072

| DATE | AMOUNT |
|---|---|
| 11/02/2016 | $436.07 |

Pay Four Hundred Thirty-Six and 07/100 Dollars

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈027072⑈ ⑆026013796⑆ 63851935⑈

GW OF FLUSHING I. INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
Certified Public Accountants

PERIOD ENDING 10/30/2016 PAY DATE 11/02/2016 CHECK NO 027072
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 508.80 | 31.55 | 7.38 | 11.11 | 13.53 | 9.16 | 0.00 | 0.00 | 40.00 | 9.25 | 10.00 | 13.88 | 0.00 | 436.07 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 20,211.02 | 1,253.23 | 293.11 | 473.11 | 550.52 | 371.21 | 0.00 | 0.00 | 370.00 | 138.80 | | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 027140

| DATE | AMOUNT |
|---|---|
| 11/09/2016 | $446.17 |

Pay Four Hundred Forty-Six and 17/100 Dollars

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈027140⑈ ⑆026013796⑆ 638519135⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
Certified Public Accountants

PERIOD ENDING 11/06/2016 PAY DATE 11/09/2016 CHECK NO 027140
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 522.68 | 32.41 | 7.58 | 12.50 | 14.35 | 9.67 | 0.00 | 0.00 | 40.00 | 9.25 | 11.00 | 13.88 | 0.00 | 446.17 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 20,733.70 | 1,285.64 | 300.69 | 485.61 | 564.87 | 380.88 | 0.00 | 0.00 | 370.00 | 152.68 | | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No. 027213**

| DATE | AMOUNT |
|---|---|
| 11/16/2016 | $446.17 |

**Pay** Four Hundred Forty-Six and 17/100 **Dollars**

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈027213⑈ ⑆026013796⑆ 63851935⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 11/13/2016 PAY DATE 11/16/2016 CHECK NO 027213
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 522.68 | 32.41 | 7.58 | 12.50 | 14.35 | 9.67 | 0.00 | 0.00 | 40.00 | 9.25 | 11.00 | 13.88 | 0.00 | 446.17 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 21,256.38 | 1,318.05 | 308.27 | 498.11 | 579.22 | 390.55 | 0.00 | 0.00 | 370.00 | 152.68 | | | | 0.00 |

**GW OF FLUSHING I. INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No. 027284**

| DATE | AMOUNT |
|---|---|
| 11/23/2016 | $446.17 |

**Pay** Four Hundred Forty-Six and 17/100 **Dollars**

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈027284⑈ ⑆026013796⑆ 638519351⑈

**GW OF FLUSHING I. INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 11/20/2016 PAY DATE 11/23/2016 CHECK NO 027284
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 522.68 | 32.41 | 7.58 | 12.50 | 14.35 | 9.67 | 0.00 | 0.00 | 40.00 | 9.25 | 11.00 | 13.88 | 0.00 | 446.17 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 21,779.06 | 1,350.46 | 315.85 | 510.61 | 593.57 | 400.22 | 0.00 | 0.00 | 370.00 | 152.68 | | | | 0.00 |

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No. 027353**

| DATE | AMOUNT |
|---|---|
| 11/30/2016 | $446.17 |

**Pay** Four Hundred Forty-Six and 17/100 **Dollars**

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈027353⑈ ⑆026013796⑆ 638519335⑈

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 11/27/2016 PAY DATE 11/30/2016 CHECK NO 027353
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 522.68 | 32.41 | 7.58 | 12.50 | 14.35 | 9.67 | 0.00 | 0.00 | 40.00 | 9.25 | 11.00 | 13.88 | 0.00 | 446.17 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 22,301.74 | 1,382.87 | 323.43 | 523.11 | 607.92 | 409.89 | 0.00 | 0.00 | 370.00 | 152.68 | | | | 0.00 |

**GW OF FLUSHING I. INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No. 027422**

| DATE | AMOUNT |
|---|---|
| 12/07/2016 | $446.17 |

**Pay** Four Hundred Forty-Six and 17/100

To The Order of: **Dollars**

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈027422⑈ ⑆026013796⑆ 638519335⑈

**GW OF FLUSHING I. INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 12/04/2016 PAY DATE 12/07/2016 CHECK NO 027422
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 522.68 | 32.41 | 7.58 | 12.50 | 14.35 | 9.67 | 0.00 | 0.00 | 40.00 | 9.25 | 11.00 | 13.88 | 0.00 | 446.17 |

| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 22,824.42 | 1,415.28 | 331.01 | 535.61 | 622.27 | 419.56 | 0.00 | 0.00 | 370.00 | 152.68 | | | | 0.00 |

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No. 027494**

| DATE | AMOUNT |
|---|---|
| 12/14/2016 | $446.17 |

**Pay** Four Hundred Forty-Six and 17/100

To The
Order of:

**Dollars**

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈027494⑈ ⑆026013796⑆ 63851935⑈

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 12/11/2016 PAY DATE 12/14/2016 CHECK NO 027494
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 522.68 | 32.41 | 7.58 | 12.50 | 14.35 | 9.67 | 0.00 | 0.00 | 40.00 | 9.25 | 11.00 | 13.88 | 0.00 | 446.17 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 23,347.10 | 1,447.69 | 338.59 | 548.11 | 636.62 | 429.23 | 0.00 | 0.00 | 370.00 | 152.68 | | | | 0.00 |

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No. 027569**

| DATE | AMOUNT |
|---|---|
| 12/21/2016 | $443.65 |

**Pay** Four Hundred Forty-Three and 65/100

**Dollars**

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈027569⑈ ⑆026013796⑆ 638519335⑈

**GW OF FLUSHING I, INC.**
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 12/18/2016 PAY DATE 12/21/2016 CHECK NO 027569
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 519.21 | 32.19 | 7.53 | 12.15 | 14.14 | 9.55 | 0.00 | 0.00 | 40.00 | 9.25 | 10.75 | 13.88 | 0.00 | 443.65 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 23,866.31 | 1,479.88 | 346.12 | 560.26 | 650.76 | 438.78 | 0.00 | 0.00 | 370.00 | 149.21 | | | | 0.00 |

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

**Check No. 027642**

| DATE | AMOUNT |
|---|---|
| 12/28/2016 | $446.17 |

**Pay** Four Hundred Forty-Six and 17/100

To The Order of: **Dollars**

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈027642⑈ ⑆026013796⑆ 63851935⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 12/25/2016 PAY DATE 12/28/2016 CHECK NO 027642
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 522.68 | 32.41 | 7.58 | 12.50 | 14.35 | 9.67 | 0.00 | 0.00 | 40.00 | 9.25 | 11.00 | 13.88 | 0.00 | 446.17 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 24,388.99 | 1,512.29 | 353.70 | 572.76 | 665.11 | 448.45 | 0.00 | 0.00 | 370.00 | 152.68 | | | | 0.00 |

GW OF FLUSHING I INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**Check No. 027715**

| DATE | AMOUNT |
|---|---|
| 01/04/2017 | $446.14 |

**Pay** Four Hundred Forty-Six and 14/100

To The
Order of: **Dollars**

FANGRUI HUANG

CHASE BANK

, NY

⑈027715⑈ ⑆021000021⑆ 870516627⑈

GW OF FLUSHING I INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 01/01/2017 PAY DATE 01/04/2017 CHECK NO 027715
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 522.63 | 32.40 | 7.58 | 12.49 | 14.35 | 9.67 | 0.00 | 0.00 | 40.00 | 0.00 | 0.00 | 16.50 | 0.00 | 446.14 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 522.63 | 32.40 | 7.58 | 12.49 | 14.35 | 9.67 | 0.00 | 0.00 | 522.63 | | | | | 0.00 |

GW OF FLUSHING I INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

Check No. 027784

| DATE | AMOUNT |
|---|---|
| 01/11/2017 | $482.26 |

Pay Four Hundred Eighty-Two and 26/100 Dollars

To The Order of:

FANGRUI HUANG

CHASE BANK

, NY

⑈027784⑈ ⑆021000021⑆ 870516627⑈

GW OF FLUSHING I INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
*Certified Public Accountants*

PERIOD ENDING 01/08/2017 PAY DATE 01/11/2017 CHECK NO 027784
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 572.00 | 35.46 | 8.29 | 17.23 | 17.26 | 11.50 | 0.00 | 0.00 | 40.00 | 11.00 | 8.00 | 16.50 | 0.00 | 482.26 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 1,094.63 | 67.86 | 15.87 | 29.72 | 31.61 | 21.17 | 0.00 | 0.00 | 440.00 | 132.00 | | | | 0.00 |

GW OF FLUSHING I INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

Check No. 027857

| DATE | AMOUNT |
|---|---|
| 01/18/2017 | $482.26 |

Pay Four Hundred Eighty-Two and 26/100

To The
Order of:

Dollars

FANGRUI HUANG

CHASE BANK

, NY

⑈027857⑈ ⑆021000021⑆ 870516627⑈

GW OF FLUSHING I INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
*Certified Public Accountants*

PERIOD ENDING 01/15/2017 PAY DATE 01/18/2017 CHECK NO 027857
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 572.00 | 35.46 | 8.29 | 17.23 | 17.26 | 11.50 | 0.00 | 0.00 | 40.00 | 11.00 | 8.00 | 16.50 | 0.00 | 482.26 |
| | | | YEAR TO DATE | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 1,666.63 | 103.32 | 24.16 | 46.95 | 48.87 | 32.67 | 0.00 | 0.00 | 440.00 | 132.00 | | | | 0.00 |

GW OF FLUSHING I INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**Check No.** 027932

| DATE | AMOUNT |
|---|---|
| 01/25/2017 | $482.26 |

**Pay** Four Hundred Eighty-Two and 26/100

To The
Order of:

**Dollars**

FANGRUI HUANG

CHASE BANK

, NY

⑈027932⑈ ⑆021000021⑆ 870516627⑈

GW OF FLUSHING I INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 01/22/2017 PAY DATE 01/25/2017 CHECK NO 027932
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 572.00 | 35.46 | 8.29 | 17.23 | 17.26 | 11.50 | 0.00 | 0.00 | 40.00 | 11.00 | 8.00 | 16.50 | 0.00 | 482.26 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 2,238.63 | 138.78 | 32.45 | 64.18 | 66.13 | 44.17 | 0.00 | 0.00 | 440.00 | 132.00 | | | | 0.00 |

GW OF FLUSHING I INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

Check No. 028003

| DATE | AMOUNT |
|---|---|
| 02/01/2017 | $482.26 |

Pay Four Hundred Eighty-Two and 26/100 Dollars

To The Order of:

FANGRUI HUANG

CHASE BANK

, NY

⑈028003⑈ ⑆021000021⑆ 870516627⑈

GW OF FLUSHING I INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
*Certified Public Accountants*

PERIOD ENDING 01/29/2017 PAY DATE 02/01/2017 CHECK NO 028003
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 572.00 | 35.46 | 8.29 | 17.23 | 17.26 | 11.50 | 0.00 | 0.00 | 40.00 | 11.00 | 8.00 | 16.50 | 0.00 | 482.26 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 2,810.63 | 174.24 | 40.74 | 81.41 | 83.39 | 55.67 | 0.00 | 0.00 | 440.00 | 132.00 | | | | 0.00 |

GW OF FLUSHING I INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

Check No. 028076

| DATE | AMOUNT |
|---|---|
| 02/08/2017 | $482.26 |

Pay Four Hundred Eighty-Two and 26/100 Dollars

To The Order of:

FANGRUI HUANG

CHASE BANK

, NY

⑈028076⑈ ⑆021000021⑆ 870516627⑈

GW OF FLUSHING I INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
*Certified Public Accountants*

PERIOD ENDING 02/05/2017 PAY DATE 02/08/2017 CHECK NO 028076

EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 572.00 | 35.46 | 8.29 | 17.23 | 17.26 | 11.50 | 0.00 | 0.00 | 40.00 | 11.00 | 8.00 | 16.50 | 0.00 | 482.26 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 3,382.63 | 209.70 | 49.03 | 98.64 | 100.65 | 67.17 | 0.00 | 0.00 | 440.00 | 132.00 | | | | 0.00 |

GW OF FLUSHING I INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

Check No. 028151

| DATE | AMOUNT |
|---|---|
| 02/15/2017 | $482.26 |

Pay Four Hundred Eighty-Two and 26/100 Dollars

To The
Order of:

FANGRUI HUANG

CHASE BANK

, NY

⑈028151⑈ ⑆021000021⑆ 870516627⑈

GW OF FLUSHING I INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
*Certified Public Accountants*

PERIOD ENDING 02/12/2017 PAY DATE 02/15/2017 CHECK NO 028151
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 572.00 | 35.46 | 8.29 | 17.23 | 17.26 | 11.50 | 0.00 | 0.00 | 40.00 | 11.00 | 8.00 | 16.50 | 0.00 | 482.26 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 3,954.63 | 245.16 | 57.32 | 115.87 | 117.91 | 78.67 | 0.00 | 0.00 | 440.00 | 132.00 | | | | 0.00 |

GW OF FLUSHING I INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

Check No. 028224

| DATE | AMOUNT |
|---|---|
| 02/22/2017 | $385.96 |

Pay Three Hundred Eighty-Five and 96/100 Dollars

To The Order of:

FANGRUI HUANG

CHASE BANK

, NY

⑈028224⑈ ⑆021000021⑆ 870516627⑈

GW OF FLUSHING I INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

MIU & CO.
Certified Public Accountants

PERIOD ENDING 02/19/2017 PAY DATE 02/22/2017 CHECK NO 028224
EXEMPTION STATUS: Married Resident, 3 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 440.00 | 27.28 | 6.38 | 4.03 | 9.67 | 6.68 | 0.00 | 0.00 | 40.00 | 11.00 | 0.00 | 16.50 | 0.00 | 385.96 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX) |
| 4,394.63 | 272.44 | 63.70 | 119.90 | 127.58 | 85.35 | 0.00 | 0.00 | 440.00 | | | | | 0.00 |