# EXHIBIT B

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - x

FANGRUI HUANG, on behalf of himself and others similarly situated,

Plaintiff,
Case No. 17-cv-3181

-against-

GW OF FLUSHING I, INC. d/b/a GW SUPERMARKET OF FLUSHING 2, DZH IMPORT & EXPORT INC., LI HUI ZHANG a/k/a LIHUI ZHANG, and SAI LU PAN a/k/a SAI LU PAN a/k/a SAI PAN LU,

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - x

41-60 Main Street
Flushing, New York

September 10, 2019
9:17 A.M.

DEPOSITION OF FANGRUI HUANG,

the Plaintiff in the above-entitled action, taken by the attorneys for their respective parties, pursuant to Notice, held before Andrea Bloecker, a Notary Public within and for the State of New York, at the above time and place.

COPY

A P P E A R A N C E S :

TROY LAW, PLLC
Attorneys for Plaintiff
41-25 Kissena Boulevard, Suite 119
Flushing, New York 11355

BY: AARON SCHWEITZER, ESQ.

LIU & SHIELDS, LLP
Attorneys for Defendants
41-60 Main Street, Suite 208A
Flushing, New York 11355

BY: CAROLYN SHIELDS, ESQ.

ALSO PRESENT:

ANN CHI HO, MANDARIN INTERPRETER

S T I P U L A T I O N S

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties herein, that the sealing and filing of the within deposition be waived.

IT IS FURTHER STIPULATED AND AGREED that such deposition may be signed and sworn to before any officer authorized to administer an oath, with the same force and effect as if signed and sworn to before the officer before whom said deposition is taken.

IT IS FURTHER STIPULATED AND AGREED that all objections, except as to from, are reserved to the time of trial.

A N N C H I H O, called as the interpreter in this matter, was duly sworn by a Notary Public of the State of New York, to accurately and faithfully translate the questions propounded to the witness from English into Mandarin and the answers given by the witness from Mandarin into English.

-oOo-

F A N G R U I H U A N G, having been first duly sworn by a Notary Public of the State of New York, was examined and testified through the interpreter as follows:

EXAMINATION BY
CAROLYN SHIELDS, ESQ.:

Q State your name for the record, please.
A Fangrui Huang.
Q State your address for the record, please.
A 149-51 20th Avenue, Whitestone, New York 11357.
Q Mr. Huang, I'm Carolyn Shields, and I represent the defendants, GW of Flushing I, Incorporated, DZH Import & Export, Incorporated, Li Hui Zhang and Sailu Pan.

The address that you gave, is that your home address today?

A Yes, this is where I live. Because I thought you were asking me whether I owned this place. That was reason I say no before.

Q Mr. Huang, have you had your deposition taken before?

A No.

Q Have you taken any medication in the last few hours that would prevent you from giving your best testimony today?

A No. I am healthy.

Q Good.

Is there any reason you cannot give your best testimony today?

A No.

Q If I ask a question that you don't understand, would you tell me you don't understand it so I can rephrase it? Would you do that?

A Yes.

Q Have you heard of GW of Flushing I, Incorporated?

A No.

Q You've sued GW Flushing I, Incorporated

as your claimed employer for a certain period of time. Who did you intend to sue in this lawsuit?

A Since I don't understand English I only know that its Chinese name is Da Zhong Hua. I don't know anything about his English name.

Q How would you spell the Chinese name?

A I don't know how to spell it. I only know in Chinese it's called Da Zhong Hua.

THE INTERPRETER: Just one second. D-a, Z-h-o-n-g, H-u-a.

Q In the years approximately 2011 to 2007, were you employed by Da Zhong Hua?

MR. SCHWEITZER: 2011 to 2017?

MS. SHIELDS: Isn't that what you have in your complaint?

MR. SCHWEITZER: Yes. You said 2007.

MS. SHIELDS: Oh.

Q 2017.

A Yes.

Q Is it all right for the rest of the deposition for me to refer to Da Zhong Hua as the supermarket?

A Yes.

Q When were you hired by the supermarket?
A It was around May or June of 2011. I don't remember the specific time I was hired, but it was in 2011.
Q Who hired you?
A Who hired me. I don't remember who did, but anyway, when they were hiring people, you have to go to put your name down in the front and then they would consider you. I don't remember who hired me.
Q When you put your name down in front, what do you mean by in front?
A What do you mean? What do you mean by that?
Q I asked you what you meant when you said you put your name down in front. What does in front mean?
A What I mean is the front counter of the supermarket. In the supermarket, there's a counter in front of it, and when they are hiring people, you could put your name down on a list.
Q How did you know they were hiring people when you put your name down in front?
A They had a poster outside. On the poster

said for hire, and then if you wanted a job you walked inside the supermarket and there was a manager there and then you put your name down on the list.

Q Did you speak with the manager when you put your name down on the list?

A Yes, I did speak the manager when the manager asked me to provide him or her my Social Security number and my Green card and the other necessary documents.

Q After you provided those documents and spoke to the manager, did you have to wait or did you start work right away?

A I immediately started the job after I had provided those documents.

Q What was the name of the manager you spoke with on that occasion?

A At the time the manager was a woman, but I don't remember her name because it was a long time ago.

MS. SHIELDS: Could I mark this Defendants' Exhibit A.

(Whereupon, onboarding documents, Bates stamped GW001 through GW006, were

marked as Defendants' Exhibit A, for identification, as of this date.)

Q Mr. Huang, can you look at the document that we've marked as Defendants' Exhibit A.

Have you ever seen those documents before?

A Yes.

Q There are six pages there. Take a look at all six pages. They're marked with Bates numbers at the bottom right, GW1 through GW6.

A I did see this document before.

Q When did you see this document before?

A I think when I went into work for this company I signed this document. I think this was the document that I had signed.

Q Are these the documents that you testified you signed when you spoke to the woman manager on the day that you put your name down in front?

A Yes. Yes, this was it.

Q Could you look at the first page of Exhibit A. Does your signature appear on that document, that page?

A Yes.

Q Could you look at the next to last page of Exhibit A.

MR. SCHWEITZER: That's page five?

MS. SHIELDS: That's right.

A Yes, I am looking at it.

Q Have you seen that document before?

A I think I had seen it before because my signature is on this document.

Q The document you were just looking at, page GW5, not the last page, the next to the last page, does it show the rate at which you would be paid?

A I got paid the rate according to the rate setup by New York State and they issued my paycheck to me.

Q You're not looking at the page I asked you to look at. Maybe you have a very good memory. Can you look at the next to last page, GW5.

Does that particular document say what your rate of pay would be?

A Yes. $7.25 hourly rate.

Q Does that page of Exhibit A marked GW5 show when you would be paid?

A No.

Q Does that document say how often you would get paid?

A In this document, no, but in general, I got paid once every week.

Q I'm pointing to a line where there's a check mark and a box.

MR. SCHWEITZER: I take it you're pointing to item number six?

MS. SHIELDS: It has a six.

MR. SCHWEITZER: Oh, you're pointing at item number four.

A Yes, six, I see number six here.

Q What does that six refer to?

A I think it means lunchtime, time you have your lunch.

Oh, here, right, I'm taking a look at it. It's written down here that they pay me once every week.

Q Did they pay you once every week?

A Yes, they did, but they had not paid me for all the hours I worked.

Q I understand that's your claim.

A But they did pay me every week.

Q You got paid by check, is that right?

A Yes.
Q Have you heard of DZH Import & Export, Incorporated?
A No. All I know about a company name is Da Zhong Hua supermarket.
Q Did you ever receive a paycheck from DZH Import & Export, Incorporated?
A They issued my paycheck, but I don't know who issued my paycheck or where my paycheck came from.
Q Have you ever heard of a person named Li Hui Zhang?
A Yes. He is the boss or she is a boss.
THE INTERPRETER: Interpreter note in Chinese there's no gender. Therefore, interpreter doesn't know if Li Hu Zhang is a man or a woman.
MS. SHIELDS: I'm going to ask him.
THE INTERPRETER: Thank you.
Q Is Li Hui Zhang a man or a woman?
A A man.
Q When did you meet Li Hui Zhang?
A I don't remember, but while I was working

there, I saw him quite often.

Q When you saw him quite often, did you talk with him?

A No.

Q When you saw him when you were working, did he say anything to you?

A Basically no. In general we listened to our supervisor but we did not have any contacts with the upper management.

Q Do you mean Li Hui Zhang was upper management?

A Yes. Yes. Yes.

Q Who was your supervisor that you referred to?

A It seems to me at the earliest it was this person whose name was Amiao.

THE INTERPRETER: A-m-i-a-o, a nickname.

Q Is that a last name?

A I don't know the person's last name, but we call this person with this nickname.

Q Was this person of Chinese ethnicity?

A Yes, Chinese.

Q When you said that Li Hui Zhang was the

boss, what is your understanding of what made him a boss?

A What?

MS. SHIELDS: Can you repeat the question.

(Whereupon, the requested portion of the record was read back by this reporter.)

A When I say he was the boss, I meant that he was a founder of the supermarket.

Q Did Li Hui Zhang ever tell you how to do your job?

A No. My supervisor or my manager did. He didn't.

Q Is that Amiao?

A Yes. Amiao was the supervisor or the manager when I just got into the company, but since then, there were several changes.

Q Was he a supervisor of all employees or a department of the supermarket?

A He supervised one department. That was the vegetable department.

Q What department did you work in?

A Vegetable.

Q Who told you what hours to work?
A The same person, my supervisor or manager, in charge of the vegetable department. In the beginning, it was Amiao. My supervisor was the one who told me my job responsibilities and what hours I work and how many hours I worked.
MS. SHIELDS: Off the record.
(Whereupon, a discussion was held off the record.)
MS. SHIELDS: Can you read back the last question.
(Whereupon, the requested portion of the record was read back by this reporter.)
Q What were your job responsibilities?
A I was told to take care of vegetable departments, like display of vegetables, things like that.
Q What does take care of mean?
A For example, to go get vegetables and to have the vegetables display on the display tables and to keep the vegetables stands clean.
Q Did you arrange the display of the vegetables?

A Yes.

MS. SHIELDS: Just as an aside, I had a secretary who said that if you go into a supermarket and see the vegetables and fruits displayed in a very artistic and beautiful way she knows it's a very expensive store.

Q What vegetables did you handle in your department?

A All the vegetables sold in the supermarket I was responsible to put them on the vegetable stands.

Q Name some.

A For instance, corn, green vegetables and the radish, onions, etcetera, etcetera. There are too many vegetables to count. In the supermarket, they had a lot of vegetables. Too many for me to list all of them here.

Q What kind of onions?

A The round ones, but then again there were scallions.

Q Did you take care of these vegetables year-round?

A I did the same things.

Q But you had these vegetables year-round in your department?

A Yes, the same.

Q Have you ever heard of a person named --

A That was my responsibility in the beginning. Later they got me into the packaging department where I was put in a packaging room. Some of the vegetables needed to be packed. I was working in the vegetable packaging department.

Q Did you have the same supervisor in the vegetable packing department?

A No. The supermarket changed the supervisor of mine quite often.

Q After Amiao, who was your supervisor?

A I don't remember. Many supervisors were there. The turnover was very high. Some of them only stayed his or her job for a month. I don't remember any of their name, but I do remember the last one. The last one started around 2014. The name was Xu Xiao Feng.

THE INTERPRETER: X-u, X-i-a-o, F-e-n-g. Interpreter spelling which may not be the official spelling.

MR. SCHWEITZER: Just to be clear,

F-e-n-g is the surname, the family name?

THE INTERPRETER: X-u.

Q Did all of these supervisors tell you how to do your job?

A Yes.

Q Did all these supervisors tell you what hours to work?

A Yes.

Q Have you ever heard of a person named Sailu Pan?

A No.

Q Have you ever heard of a person named Pan Sai Lu?

A No. There were several people whose last name was Pan, but I don't know which one you are referring to. Besides, when I was working, I was working like everyone else. I did my job and after I finished my job I went home. I didn't got involved with other people.

Q Were all these people named Pan employees of the supermarket?

A I don't know.

Q Where did you see these people named Pan?

A There was a Sister Pan at the supermarket. Everybody call her Sister Pan. I don't know her name. I don't even know whether her last name Pan is the same last name Pan you are referring right now in Chinese, but everybody called her Sister Pan.

Q Was she an employee at the supermarket?

A Yes.

Q How often did you see Sister Pan?

A Every day because she also worked there.

Q What was her job there?

A I think she was working for the dry foods department. I mean like cookies and stuff like that. I think she was working for the dry foods.

MS. SHIELDS: Could we mark this Defendants' Exhibit B.

(Whereupon, copies of checks and check stubs, Bates stamped GW007 through GW236, were marked as Defendants' Exhibit B, for identification, as of this date.)

Q Mr. Huang, let me show you a document that's marked Defendants' Exhibit B, and they're Bates numbered from GW7 to GW236, which is 230

pages. Could you look at the pages in Defendants' Exhibit B and tell me if you've ever seen those before.

A Yes. Yes, I saw them. This was check stub.

Q Are they also checks?

A It should be like this. On the top part actually was pay stub and the lower part was the actual check.

Q What did you do with the actual check?

A To deposit it into my account. This pay stub or check stub came with the actual check.

Q You were given the documents that you're looking at in this Exhibit B?

A You're talking about this part, right?

Q Yes.

A When they gave it to me, this was a part of it and then it came with an actual check.

Q Did the actual check look like the top part of this document, where your name is?

A Yeah. Yes.

Q The only difference is the check that you got had a signature on it on the signature line?

A Yes, that's right. That's right. Yes,

this shows a check.

Q Did you tear the check away from the check stub when you deposited the check?

A Yes. Yes, I torn the check away from the check stub and I deposit the check into my account and sometimes I kept the check stubs, sometimes I didn't because they were useless to the bank.

Q Do you have any of those check stubs today?

A I think so, but I'm not sure. It's useless to keep them around.

Q No, I understand.

MS. SHIELDS: Mr. Schwartz, I call for any check stubs that Mr. Hang has retained.

MR. SCHWEITZER: Take it under advisement.

Q Look at the pages. Flip through the 230 pages of this exhibit and tell me if your name appears on all the checks.

A Yes. Yes, I saw all of them before because these were what I received every week.

Q Could you look at the check stub, the fourth column from the left, can you --

MS. SHIELDS: Ms. Interpreter, can you tell him the heading of that column.

MR. SCHWEITZER: That's the fourth one from the right.

MS. SHIELDS: Fourth column from the right.

MR. SCHWEITZER: Yes.

MS. SHIELDS: Did I say left?

MR. SCHWEITZER: Yes.

A This is the column list the number of the hours after the 40 hour week. It was like this, if I worked 40 hours a week and then I work additional two hours, the additional two hours -- and for that additional two hours I got $8.00 an hour.

Oh, then again, it may be not. Anyway, the regular hourly pay was for a 40 hour week and the hourly rate was $7.25, and how did the $8 an hourly rate listed here derive, I have no idea.

Q I misspoke earlier. I was talking about the fourth column from the right. So we've been talking about the fourth column from the right that has the heading OT hours, is that right?

A Yes. That was how it was calculated.

For instance, if I worked 45 hours a week, for the first 40 hours I got paid $7.25 per hour and for the additional five hours I should get paid -- oh, not $8.00 an hour. Yeah, it should be this number listed here, which would be $7.25, multiplied by 1.5.

The same thing applies right now. For instance, the minimum hourly rate is $15, and if I work more than 40 hours a week, the overtime rate would be $19. It's the same thing.

Q Could you look at the third column from the right. Do you see the heading that says OT rate?

A Yes.

Q Do you see the number under the column that's headed OT rate?

A $10.88.

Q Is that the rate of overtime that you were paid on this particular week?

A This is not -- this was not an OT rate. This was a regular rate. If I work the number of hours after 40 hours a week, this was what I was supposed to get.

Q Look at the fifth column from the right.

Do you see the column headed reg rate?

THE INTERPRETER: Off record for a second?

MS. SHIELDS: Sure.

THE INTERPRETER: Just one second off record?

MS. SHIELDS: Yes.

(Whereupon, a discussion was held off the record.)

THE INTERPRETER: The interpreter was communicating with the witness to let him understand the Chinese term for overtime means overtime. The witness explained to me actually overtime was not actually an overtime because overtime was also part of a regular working hours.

Q You can look at any of the pages there, but this is handy to look at the first page.

There's a column headed regular hours and regular rate. If you multiply those two, you get the pay for regular hours. Then the next two columns are overtime rate and overtime hours. If you multiply those two, you should get pay for the overtime hours that you worked, is that right?

MR. SCHWEITZER: Objection to the extent that it's asking about what the calculation should be. We're not going to stipulate that any particular calculation here is correct.

A This was what I was trying to explain to you. When I work at the supermarket, I was told that I was going to work eight hours a day and the six days a week, for instance. Therefore, 48 hours for my regular hours in a week, but according to the New York State, the first 40 hours I will get paid by regular hour rate but any hours additional to the 40 hours would be paid by this rate.

Q Could you look at the column three columns from the right that says OT rate.

Do you agree that the number under that is 10.88?

A Yes. I just want to be sure that you understand so-called OT was for those hours over 48 hours, not the hours over eight hours a day.

Q Right. Okay.

Who handed out your paychecks to you on each pay day?

A My supervisor or my manager.

Q Is that the same person?
A No, because, again, as I have previously testified, they replaced my supervisors quite often. I only remember the first one and the last one.
Q Were those the people who handed you your paychecks on each pay day?
A Yes.
Q You mentioned a person named Xu Xiao Feng. Did that person hand you out paychecks?
A Xu Xiao Feng, yes.
Q Your complaint alleges that the defendants failed to record all of the time that you worked at the supermarket.
Who do you contend failed to record all of your hours?
MR. SCHWEITZER: Object to the form of the question.
You can answer.
A When I first started at this job, I was told that I would work eight hours a day. I would clock in at 7 and clock out at 4, but that would be nine hours a day and then they deduct one hour from the day. They say that was for my lunch and breaks, but I usually didn't take one hour lunch or I didn't

use the lunch and breaks for a full hour. I probably took only 20 minutes.

And, secondly, sometimes after I clocked out at 4:00 I still went back into a room where I worked to clean it up. I stayed an additional 10 or 15 minutes after I clocked out, which I was not paid.

Q How were your hours recorded?

A I clocked in at 7. I clocked out at 4. At 12 I clocked for the lunchtime but because I was working in the packaging room all by myself and there were so much work to do I have to get hurry and to go back to the room to work. Every day there was so much to do I have to rush to go back to work.

Q On a typical day, how many times did you clock in and clock out?

A In the morning. I clocked in when I had my lunchtime. I also clocked in for lunchtime, and then I clocked out. At least four times.

Q Let's take it slower for my brain.

So you clock in in the morning. Then at lunchtime you clock out rather than clock in?

A When I had my lunch, I also have to

clocked. Anyway, I was working in this one room. When I went to work or when I ate, I have to clocked.

Q Forget what work you were doing. I just want to know when you clock in, when you clock out. If you clock in, the next time you use the clock or whatever you use it's an out, right?

MR. SCHWEITZER: Objection.

Q So you have in and out, in and out, in and out?

MR. SCHWEITZER: Objection to the form of the question.

You can answer.

A There was no so-called clocked out during the lunch. You just use the clock machine. You ate at your work station. You worked at your work station. You got hurry. There was no so-called 30 minutes break or a fixed time for lunch. You got your lunch quickly and then you went back to work.

Q On a typical day, when was the first time you used the clock?

A At the start of the workday.

Q When is the next time you used the clock?

A You mean in a workday, right?
Q A typical workday.
A For a workday, I clocked in at 7 and then I used the clock around 12 and then I used the clock again around 12:30 and then I clocked out around 4 or 4:30. I don't know exactly the specific time but it was something like what I have told you right now.
Q Was there a break for tea time?
A Yes. On the surface, we were supposed to get lunchtime for 30 minutes and tea time for 30 minutes and they deduct the one hour break from our pay and that was the reason I got paid only for eight hours a day, but, in reality, I got about 20 minutes for both tea time and lunchtime.
Q Did you clock out for tea time as well as for lunchtime?
A Lunchtime, yes, but I don't know whether I did for tea time or not.
Q We've been talking about a clock. What was the device that you used that we're referring to as clocking in and clocking out?
A The mechanism was active by thumb print and this device was just behind me by the door.

However, I basically ate my lunch and worked on the same work station. I got it quickly done and went back to work. That was how it was done.

I want to emphasize that there was no so-called clocked out. Even if I used the clock device, I was still at my work station. They told me that I should continue my work. I followed the order and I got continued working.

Q Every time we've been talking about clocking in and clocking out, you're referring to this palm print device?

A Yes, and the device would accumulate the hours you work.

Q When you press your palm in this device, it records the time that you're pressing your palm into the device, is that right?

A Yes. Yes, it would record the starting time to work.

Q When you left and pressed your palm against the device, it would record the time you quit working?

A Yes.

Q Do you contend that someone failed to record all of the hours you worked?

A Yes.

Q How, according to you, did someone fail to record all of the hours you worked?

A Again, as I had previously testified, the clocking device recorded that I was there for eight hours and I had my break for one hour. As a matter of fact, I had only used 20 minutes of my break while I spent the rest of the time working. Those time I was working did not get recorded. That was number one.

Number two, in some cases, after I clocked out around 4, I went back to the room and I spent 10 or 15 minutes to tidy the room and those time, again, were not recorded by the device.

And also with regard to Xu Xiao Feng, my last supervisor, I took him home three days a week and I went to pick him up to go to work three days a week. Those times that I didn't get paid.

Q The person you just mentioned, is that person a man or a woman?

A A man.

Q Why three days a week? Did this person not work more than three days a week at this supermarket?

A Because we had different times to get out of work. I only sent him home when we got out of work at the same time.

MS. SHIELDS: Could you mark this Defendants' Exhibit C.

(Whereupon, overtime forms, Bates stamped GW246 through GW253, were marked as Defendants' Exhibit C, for identification, as of this date.)

Q Mr. Huang, let me show you a document that's been marked Defendants' Exhibit C. That's comprised of eight pages, Bates stamped GW246 to GW253.

Have you ever seen those pages before?

A Yes.

Q What are those pages?

A These were documents that showed they paid me overtime, when I was working extra hours and they paid me overtimes, but I got overtimes when they said that I got overtimes, then they give me this document, but sometimes I work many, many hours and they didn't think those were overtimes then I didn't get this.

Q Does your signature appear on the pages

making up Defendants' Exhibit C?

A Yes.

Some of this shows that I worked on my days off and some of them shows that the hours I worked after my regular hour.

Q Was the pay of the overtime reflected by these pages paid in cash?

A Yes.

Q Does your supervisor's signature appear on these pages?

A Yes.

Q Who paid you the cash that's reflected on the pages of Defendants' Exhibit C?

A Okay. So I sign on this form and then my supervisor signs on this form and then I took this form to a supervisor at the cashier department who then paid me in cash.

Q What time period did you work for the supermarket?

A You mean the time I had worked for the supermarket? I worked for the supermarket from 2011 to 2017. During which, I had taken several months off sometimes to go to China.

Q Was there a gap when you took time off

between February 5 of 2012 and September 23 of 2012?

A Possible.

Q Was there a time when you took time off between October 26, 2014 and June 28 of 2015?

A Yes.

Q While you were working for the supermarket, did you have any job with any other employer?

A No. While I was working for them, no, I did not work for anyone else.

MS. SHIELDS: No further questions.

Do you have any questions, Mr. Schweitzer?

MR. SCHWEITZER: Yes.

EXAMINATION BY

AARON SCHWEITZER, ESQ.

Q Your hourly rate of pay changed from time to time at GW Supermarket, correct?

A Yes.

Q When did it change?

A It was changed when the New York State minimum wage laws requirement changed.

Q I'm referring to page five in Exhibit A. Did you receive another copy of a notice like this whenever your wage rate changed?
A No, I was not shown a document like this. However, my check reflected a change.
Q When you referred to your check stubs earlier in Exhibit B, those were entirely in English, correct?
MR. SCHWEITZER: Can you show him Exhibit B.
A Yes.
Q Do you read English?
A No.
Q You mentioned earlier that the time recording system operated by palm scanner. Did it ever operate by punch card?
A It was operated by palm print, but sometimes when the device failed to take the information from palm print then we clocked in, but it rarely happened.
Q Think back to when you were first hired back in 2011, 2012, did it operate by punch card then or did it still operate by palm scanner?
A When we say the clock-in machine at the

supermarket, it was the same thing as the palm print active device.

MR. SCHWEITZER: Can you pass over Exhibit C, please.

MS. SHIELDS: Which?

MR. SCHWEITZER: C.

Q I'm referring to Defendants' Exhibit C, specifically the page 246.

This is referred to as a, quote, employee overtime form. Did the overtime here refer to time in excess of your scheduled working time?

A Are you talking about this?

Q Yes.

A I'm so sorry, can you repeat your question. I didn't hear your question.

Q Does the term overtime on this form refer to time worked in excess of your scheduled working time?

A No. These forms reflected those hours that I was called back to work at the supermarket on the day I was off.

Q I see.

A Specifically on my day off.

Q I see.

You mentioned that your time for these days would be paid in cash, correct?

A Yes.

Q Would that time be reflected on your pay stubs?

A No, because these were paid in cash.

Q So, for instance, the week containing June 2, 2012, the hours on that pay stub would be incomplete, correct?

A Yes, because this was paid in cash.

Q Did you receive a copy of these documents that are represented as Defendants' Exhibit C to keep?

A Are you talking about this?

Q Yes.

A I don't remember.

Q What happened to these documents after you got them signed by the cashier at the front of the supermarket?

A I think the cashier took them.

Q Is this your signature on the field marked signature?

A Yes, that is my signature.

Q Whose signature is this next to the

department manager's signature?

A The supervisor in charge of the vegetable stand.

Q Can you read those characters out to the record?

A X-u. Is it Xu? I cannot tell from the handwriting.

Q Can you show it to the interpreter. Maybe she can see.

THE INTERPRETER: Interpreter refuse to identify the handwriting because interpreter will be part of the witness of the case.

MS. SHIELDS: Yes, the interpreter is interpreting what the witness says.

Q Go page by page and see if you can identify each of the signatures for the department manager.

A I cannot identify. Some of them look like Xu, X-u, but I look at this particular document, no signature is on this particular document.

MR. SCHWEITZER: Let the record reflect that the witness is referring to

Bates index GW248. It does not seem to contain his signature.

A Look, my signature is not even here.

MR. SCHWEITZER: Now he's indicating 249, 250.

A Again my signature is this here. My signature is not here. My signature is not here.

Q Okay. The document fairly speaks for itself that your signature is on the first two pages, is not on the three pages following that and is on the remaining pages.

This handwriting above the paid stamp on page 246, is that the cashier's signature?

A You talking about here? I don't know.

Q I'm talking about here.

A Here again there's no signature of mine here. There are three forms that have not had my signature on them.

Q You mentioned several times during the main deposition that you would perform work related tasks during the time you were clocked out for lunch. What tasks would you perform?

A Packaging, vegetable packaging. Again, when I ate and when I worked, I was sitting at the

same work station.

Q Were you free to move about the supermarket during your break or to leave the supermarket during your break?

A If I just went outside to get some fresh air, that was okay.

THE INTERPRETER: Excuse me, can you just read back, please.

(Whereupon, the requested portion of the record was read back by this reporter.)

THE INTERPRETER: If I just went outside by the door.

MR. SCHWEITZER: Outside by the door to get some fresh air?

THE INTERPRETER: Yes.

Q About how much of your break on a typical day did you spend performing work related tasks like packaging?

A Majority of the time. If I had a 30 minute break, I spent only 10 minutes for my lunch and I spent the rest of the 20 minutes working.

Q Where did you obtain your lunch?

A The lunch was delivered to us.

Q Who delivered your lunch to you?
A Takeout place.
Q Takeout place from outside the supermarket?
A Before, the company provide the lunch for us, but after 2014, we order our own lunch.
Q Before 2014, did you pay for your lunch?
A They provided us before 2014. After 2014, we paid for our own lunch.
Q I see.
I'm turning back to page five of Exhibit A. In 2011, it says the company would take $6 from your wages for meals. After 2014, did they continue doing that?
A After 2014, we prepared our own lunch.
Q My question is did the company continue taking a meal credit against your wage despite the fact that you prepared your own lunch?
A No.
MS. SHIELDS: You're going beyond the scope of my questioning.
MR. SCHWEITZER: I don't think so. You entered these exhibits into the

record. I'm asking questions about them.

MS. SHIELDS: Off the record.

(Whereupon, a discussion was held off the record.)

Q You mentioned that your supervisors would turnover, be replaced fairly often. Who decide who would become your new supervisor?

A It was decided by the supermarket's leadership, I think. I was not participant in any decision process. I don't know.

Q When you say the supermarket's leadership, are you referring to Zhang Hui Li?

A I think the shareholders and the founders.

Q When you say the shareholders and the founders, who were the shareholders?

A No, I don't. I only know Mr. Zhang was one of them.

Q Who were the founders?

A Mr. Zhang. I don't know anyone else. They were minority shareholders, I think.

MR. SCHWEITZER: Okay.

No Further questions.

FURTHER EXAMINATION BY

CAROLYN SHIELDS, ESQ.:

Q Let me show you Defendants' Exhibit C, the documents that are headed employee overtime form.

Look at all the pages. Are all the pages stamped with a paid stamp, p-a-i-d?

A Yes.

MS. SHIELDS: Okay. No more questions.

(Whereupon, the within examination was concluded at 10:58 A.M.)

A C K N O W L E D G M E N T

STATE OF NEW YORK )
: SS:
COUNTY OF )

I, FANGRUI HUANG, hereby certify that I have read the transcript of my testimony taken under oath in my deposition of September 10, 2019; that the transcript is a true, complete and correct record of what was asked, answered and said during this deposition, and that the answers on the record as given by me are true and correct.

______________________________

FANGRUI HUANG

Subscribed and sworn to
before me this _______ day
of _________________, 2019.

______________________________

NOTARY PUBLIC

I N D E X


| WITNESS | EXAMINATION BY | PAGE |
|---|---|---|
| Fangrui Huang | Ms. Shields | 4 to 34 |
| | Mr. Schweitzer | 34 to 42 |
| | Ms. Shields | 43 |


E X H I B I T S


| DEFENDANTS' | | PAGE |
|---|---|---|
| A | Onboarding documents Bates stamped GW001 through GW006 | 8 |
| B | Copies of checks and check stubs Bates stamped GW007 through GW236 | 19 |
| C | Overtime forms Bates stamped GW246 through GW253 | 32 |


INFORMATION TO BE SUPPLIED

| PAGE | LINE | DESCRIPTION |
|---|---|---|
| 21 | 14 | Check stubs |

C E R T I F I C A T E

STATE OF NEW YORK )
: SS:
COUNTY OF NASSAU )

I, ANDREA BLOECKER, a Shorthand Reporter and Notary Public within and for the State of New York, do hereby certify:

That FANGRUI HUANG, the witness whose deposition is hereinbefore set forth, was duly sworn by me, and that such deposition is a true record of the testimony given by such witness.

I further certify that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 24th day of September, 2019.

Andrea Bloecker

ANDREA BLOECKER

# LAWYER'S NOTES

| PAGE | LINE | NOTES... |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

A

**A-m-i-a-o** 13:18
**A.M** 1:15 43:12
**a/k/a** 1:10,10,11
**AARON** 2:6 34:19
**above-entitled** 1:19
**account** 20:12 21:6
**accumulate** 30:13
**accurately** 4:4
**action** 1:19 46:16
**active** 29:24 36:3
**actual** 20:10,11,13,19,20
**additional** 22:14,15,16 23:4 25:13 27:6
**address** 4:18 5:2,3
**administer** 3:11
**advisement** 21:18
**against-** 1:8
**ago** 8:21
**agree** 25:17
**AGREED** 3:4,9,16
**air** 40:7,16
**alleges** 26:12
**Amiao** 13:17 14:16,17 15:5 17:15
**Andrea** 1:21 46:8,25
**ANN** 2:14
**answer** 26:19 28:14
**answered** 44:12
**answers** 4:7 44:13
**anyway** 7:8 22:17 28:2
**appear** 9:23 32:25 33:10
**appears** 21:21
**applies** 23:8
**approximately** 6:12
**arrange** 15:24
**artistic** 16:6
**aside** 16:3
**asked** 7:16 8:9 10:17 44:12
**asking** 5:5 25:3 42:2
**ate** 28:3,16 30:2 39:25
**attorneys** 1:20 2:4,9 3:5
**authorized** 3:11
**Avenue** 4:20

B

**B** 19:18,22,24 20:3,15 35:8,11 45:9 45:14
**back** 14:8 15:11,14 27:5,14,15 28:20 30:4 31:13 35:22,23 36:21 40:9,11 41:13
**bank** 21:8
**basically** 13:8 30:2
**Bates** 8:25 9:10 19:20,25 32:7,13 39:2 45:12,15,16
**beautiful** 16:7
**beginning** 15:5 17:7
**behalf** 1:5
**best** 5:12,16
**beyond** 41:22
**Bloecker** 1:21 46:8,25
**blood** 46:16
**boss** 12:14,14 14:2,3,10
**bottom** 9:11
**Boulevard** 2:5
**box** 11:7
**brain** 27:22
**break** 28:19 29:10,13 31:7,8 40:4,5 40:18,22
**breaks** 26:24 27:2

C

**C** 2:2 4:2 32:6,9,12 33:2,14 36:5,7 36:8 37:13 43:3 44:2 45:16 46:2 46:2
**calculated** 22:25
**calculation** 25:4,6
**call** 13:22 19:3 21:14
**called** 4:2 6:9 19:6 36:21
**card** 8:10 35:17,23
**care** 15:17,20 16:23
**Carolyn** 2:11 4:15,22 43:2
**case** 1:8 38:14
**cases** 31:12
**cash** 33:8,13,18 37:3,7,11
**cashier** 33:17 37:19,21
**cashier's** 39:14
**certain** 6:2
**certify** 44:8 46:10,15
**change** 34:23 35:6
**changed** 17:13 34:20,24,25 35:4
**changes** 14:19
**characters** 38:5
**charge** 15:4 38:3
**check** 11:7,25 19:20 20:5,10,11,13 20:13,19,20,23 21:2,3,4,4,5,6,6,7 21:9,15,24 35:6,7 45:14,20
**checks** 19:19 20:7 21:21 45:14
**CHI** 2:14
**China** 33:24
**Chinese** 6:5,7,9 12:16 13:23,24 19:6 24:13
**claim** 11:23
**claimed** 6:2
**clean** 15:23 27:6
**clear** 17:25
**clock** 26:22,22 27:18,18,23,24,24 28:6,6,7,7,16,22,25 29:5,5,17,21 30:6
**clock-in** 35:25
**clocked** 27:4,7,10,10,11,19,20,21 28:2,4,15 29:4,6 30:6 31:13 35:20 39:22
**clocking** 29:23,23 30:11,11 31:6
**column** 21:25 22:4,7,12,22,23 23:12,16,25 24:2,20 25:15
**columns** 24:23 25:16
**communicating** 24:12
**company** 9:15 12:5 14:18 41:6,14 41:18
**complaint** 6:16 26:12
**complete** 44:11
**comprised** 32:13
**concluded** 43:12
**consider** 7:10
**contacts** 13:9
**contain** 39:3
**containing** 37:8
**contend** 26:15 30:24
**continue** 30:8 41:16,18
**continued** 30:9
**cookies** 19:15
**copies** 19:19 45:14
**copy** 35:3 37:12
**corn** 16:15
**correct** 25:6 34:21 35:9 37:3,10 44:11,14
**count** 16:17
**counter** 7:19,20
**COUNTY** 44:6 46:6
**COURT** 1:2
**credit** 41:19

D

**D** 44:2 45:2
**D-a** 6:11
**d/b/a** 1:9
**Da** 6:5,9,13,23 12:6
**date** 9:3 19:22 32:10
**day** 9:19 19:11 25:9,21,24 26:7,21 26:23,24 27:14,17 28:21 29:15 36:22,24 40:19 44:21 46:20
**days** 25:10 31:17,18,23,24 33:5 37:3
**decide** 42:7
**decided** 42:9
**decision** 42:11
**deduct** 26:23 29:13
**defendants** 1:12 2:9 4:23 26:13
**Defendants'** 8:23 9:2,5 19:18,21,24 20:2 32:6,9,12 33:2,14 36:8 37:13 43:3 45:10
**delivered** 40:25 41:2
**department** 14:21,22,23,24 15:4 16:10 17:3,8,10,12 19:15 33:17 38:2,18
**departments** 15:18
**deposit** 20:12 21:6
**deposited** 21:4
**deposition** 1:18 3:7,10,13 5:7 6:23 39:21 44:10,13 46:12,13
**derive** 22:20
**DESCRIPTION** 45:19
**despite** 41:19
**device** 29:22,25 30:7,12,13,15,17

8:1 9:1,4 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1,23 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1,11 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:8,17 45:5 46:11
**Hui** 1:10 4:25 12:13,22,24 13:11,25 14:12 42:13
**hurry** 27:13 28:18

**I**

**idea** 22:20
**identi-** 32:9
**identification** 9:3 19:22
**identify** 38:12,18,20
**immediately** 8:15
**Import** 1:10 4:24 12:3,8
**incomplete** 37:10
**Incorporated** 4:24,24 5:23,25 12:4 12:8
**index** 39:2
**indicating** 39:6
**information** 35:20 45:18
**inside** 8:3
**instance** 16:15 23:2,9 25:10 37:8
**intend** 6:3
**interested** 46:17
**interpreter** 2:14 4:2,13 6:10 12:15 12:15,17,21 13:18 17:22,23 18:3 22:2 24:3,6,11,11 38:9,11,11,13 38:15 40:8,13,17
**interpreting** 38:16
**involved** 18:20
**issued** 10:15 12:9,10
**item** 11:9,12

**J**

**job** 8:2,15 14:13 15:6,16 17:18 18:5,18,19 19:13 26:20 34:9
**June** 7:3 34:6 37:9

**K**

**K** 44:2
**keep** 15:23 21:12 37:14
**kept** 21:7
**kind** 16:20
**Kissena** 2:5
**know** 6:5,6,8,9 7:23 12:5,9,17 13:21 18:16,23 19:4,4 28:6 29:7 29:19 39:15 42:11,18,21
**knows** 16:7

**L**

**L** 3:2 44:2
**LAW** 2:4
**laws** 34:25
**lawsuit** 6:3
**leadership** 42:10,13
**leave** 40:4
**left** 21:25 22:10 30:20
**Let's** 27:22
**Li** 1:10 4:24 12:12,17,22,24 13:11 13:25 14:12 42:13
**LIHUI** 1:10
**line** 11:6 20:24 45:19
**list** 7:22 8:5,7 16:19 22:12
**listed** 22:20 23:6
**listened** 13:8
**LIU** 2:8
**live** 5:4
**LLP** 2:8
**long** 8:20
**look** 9:4,9,22 10:2,18,19 11:17 20:2 20:20 21:19,24 23:12,25 24:18 24:19 25:15 38:20,21 39:4 43:6
**looking** 10:6,10,17 20:15
**lot** 16:18
**lower** 20:9
**Lu** 1:10,10,11 18:14
**lunch** 11:16 26:24,25 27:2,25 28:16 28:19,20 30:2 39:23 40:22,24,25 41:2,6,7,9,11,17,20
**lunchtime** 11:15 27:11,20,20,24 29:12,16,18,19

**M**

**M** 44:2
**machine** 28:16 35:25
**main** 1:13 2:9 39:21
**Majority** 40:21
**making** 33:2
**man** 12:18,22,23 31:21,22
**management** 13:10,12
**manager** 8:4,6,8,9,13,17,19 9:19 14:14,18 15:4 25:25 38:19
**manager's** 38:2
**Mandarin** 2:14 4:6,7
**mark** 8:22 11:7 19:17 32:5
**marked** 9:2,5,10 10:23 19:21,24 32:8,12 37:23
**marriage** 46:16
**matter** 4:3 31:7 46:18
**meal** 41:19
**meals** 41:15
**mean** 7:13,14,14,18,19 13:11 15:20 19:15 29:2 33:21
**means** 11:15 24:14
**meant** 7:16 14:10
**mechanism** 29:24
**medication** 5:10
**meet** 12:24
**memory** 10:18
**mentioned** 26:9 31:20 35:15 37:2 39:20 42:6
**mine** 17:14 39:17
**minimum** 23:9 34:25
**minority** 42:22
**minute** 40:22
**minutes** 27:3,7 28:19 29:12,13,16 31:8,14 40:22,23
**misspoke** 22:21
**month** 17:18
**months** 33:23
**morning** 27:19,23
**move** 40:3
**multiplied** 23:6
**multiply** 24:21,24

**N**

**N** 2:2 3:2 4:2,2,10,10 44:2,2 45:2
**name** 4:16 6:5,6,7 7:9,12,17,22,24 8:4,7,17,20 9:19 12:5 13:17,20 13:21 16:14 17:19,21 18:2,16 19:4,5,5 20:21 21:20
**named** 12:12 17:5 18:10,13,21,24 26:9
**NASSAU** 46:6
**necessary** 8:11
**needed** 17:9
**new** 1:3,14,22 2:5,10 4:4,11,20 10:15 25:12 34:24 42:8 44:4 46:4 46:9
**nickname** 13:19,22
**nine** 26:23
**Notary** 1:21 4:3,11 44:25 46:9
**note** 12:15
**notice** 1:21 35:3
**number** 8:10 11:9,12,13 22:12 23:5 23:16,22 25:17 31:11,12
**numbered** 19:25
**numbers** 9:10

**O**

**O** 3:2 4:2 44:2
**oath** 3:11 44:10
**Object** 26:17
**Objection** 25:2 28:9,12
**objections** 3:17
**obtain** 40:24
**occasion** 8:18
**October** 34:6
**officer** 3:11,13
**official** 17:24
**oh** 6:19 11:11,17 22:17 23:4
**okay** 25:22 33:15 39:9 40:7 42:23 43:9
**onboarding** 8:24 45:11
**once** 11:5,18,20
**ones** 16:21
**onions** 16:16,20
**oOo-** 4:9
**operate** 35:17,23,24
**operated** 35:16,18

**September** 1:15 34:2 44:10 46:20
**set** 46:12,19
**setup** 10:15
**shareholders** 42:14,16,17,22
**Shields** 2:8,11 4:15,22 6:15,19 8:22 10:5 11:10 12:19 14:5 15:8,11 16:3 19:17 21:14 22:2,7,10 24:5 24:8 32:5 34:13 36:6 38:15 41:22 42:3 43:2,9 45:5,7
**Shorthand** 46:8
**show** 10:12,24 19:23 32:11 35:10 38:9 43:3
**showed** 32:18
**shown** 35:5
**shows** 21:2 33:4,5
**sign** 33:15
**signature** 9:23 10:9 20:24,24 32:25 33:10 37:22,23,24,25 38:2,22 39:3,4,7,8,8,10,14,17,19
**signatures** 38:18
**signed** 3:10,12 9:15,16,18 37:19
**signs** 33:16
**similarly** 1:6
**Sister** 19:2,3,7,10
**sitting** 39:25
**situated** 1:6
**six** 9:9,10 11:9,10,13,13,14 25:10
**slower** 27:22
**so-called** 25:20 28:15,18 30:6
**Social** 8:9
**sold** 16:11
**sorry** 36:15
**speak** 8:6,8
**speaks** 39:9
**specific** 7:4 29:7
**specifically** 36:9,24
**spell** 6:7,8
**spelling** 17:23,24
**spend** 40:19
**spent** 31:9,14 40:22,23
**spoke** 8:13,18 9:18
**SS** 44:5 46:5
**stamp** 39:13 43:7
**stamped** 8:25 19:20 32:8,13 43:7 45:12,15,16
**stand** 38:4
**stands** 15:23 16:13
**start** 8:14 28:23
**started** 8:15 17:20 26:20
**starting** 30:18
**State** 1:22 4:4,11,16,18 10:15 25:12 34:24 44:4 46:4,9
**STATES** 1:2
**station** 28:17,18 30:3,7 40:2
**stayed** 17:18 27:6
**stipulate** 25:5
**STIPULATED** 3:4,9,16
**store** 16:8
**Street** 1:13 2:9
**stub** 20:6,9,13,13 21:4,6,24 37:9
**stubs** 19:20 21:7,9,15 35:7 37:6 45:14,20
**stuff** 19:15
**Subscribed** 44:20
**sue** 6:3
**sued** 5:25
**Suite** 2:5,9
**supermarket** 1:9 6:24 7:2,20,20 8:3 12:6 14:11,21 16:5,12,17 17:13 18:22 19:3,8 25:8 26:14 31:25 33:20,22,22 34:9,21 36:2 36:21 37:20 40:4,5 41:5
**supermarket's** 42:9,12
**supervised** 14:22
**supervisor** 13:9,14 14:14,17,20 15:3,5 17:11,14,15 25:25 31:17 33:16,17 38:3 42:8
**supervisor's** 33:10
**supervisors** 17:16 18:4,7 26:4 42:6
**SUPPLIED** 45:18
**supposed** 23:24 29:11
**sure** 21:11 24:5 25:19
**surface** 29:11
**surname** 18:2
**sworn** 3:10,12 4:3,11 44:20 46:12
**system** 35:16

**T**

**T** 3:2,2 44:2 45:9 46:2,2
**tables** 15:22
**take** 9:9 11:8 15:17,20 16:23 21:17 26:25 27:22 35:19 41:14
**taken** 1:19 3:14 5:8,10 33:23 44:9
**Takeout** 41:3,4
**talk** 13:4
**talking** 20:16 22:21,23 29:21 30:10 36:13 37:15 39:15,16
**tasks** 39:22,23 40:19
**tea** 29:10,12,16,17,20
**tear** 21:3
**tell** 5:19 14:12 18:4,7 20:3 21:20 22:3 38:7
**term** 24:13 36:17
**testified** 4:12 9:18 26:4 31:5
**testimony** 5:12,16 44:9 46:14
**Thank** 12:21
**thing** 23:8,11 36:2
**things** 15:18 16:25
**think** 9:14,15 10:8 11:15 19:14,16 21:11 32:23 35:22 37:21 41:24 42:10,14,22
**third** 23:12
**thought** 5:5
**three** 25:15 31:17,18,23,24 39:11 39:18
**thumb** 29:24
**tidy** 31:14
**time** 1:23 3:18 6:3 7:4 8:19,20 11:15 26:13 28:7,19,21,24 29:7 29:10,12,16,17,20 30:10,16,19 30:21 31:9,10,15 32:4 33:19,21 33:25 34:5,5,20,21 35:15 36:11 36:12,18,19 37:2,5 39:22 40:21
**times** 27:17,21 31:19 32:2 39:20
**today** 5:3,12,16 21:10
**told** 15:2,6,17 25:8 26:21 29:8 30:7
**top** 20:8,20
**torn** 21:5
**transcript** 44:9,11
**translate** 4:5
**trial** 3:18
**TROY** 2:4
**true** 44:11,14 46:13
**trying** 25:7
**turning** 41:13
**turnover** 17:17 42:7
**two** 22:15,15,16 24:21,22,24 31:12 39:10
**typical** 27:17 28:21 29:3 40:18

**U**

**U** 3:2 4:10,10
**understand** 5:19,19 6:4 11:23 21:13 24:13 25:20
**understanding** 14:2
**UNITED** 1:2
**upper** 13:10,11
**use** 27:2 28:7,8,16
**useless** 21:8,12
**usually** 26:25

**V**

**vegetable** 14:23,25 15:4,17 16:13 17:10,12 38:3 39:24
**vegetables** 15:18,21,22,23,25 16:5 16:9,11,15,17,18,23 17:2,9

**W**

**W** 44:2
**wage** 34:25 35:4 41:19
**wages** 41:15
**wait** 8:13
**waived** 3:7
**walked** 8:3
**want** 25:19 28:6 30:5
**wanted** 8:2
**way** 16:7 46:17
**we're** 25:4 29:22
**we've** 9:5 22:22 29:21 30:10
**week** 11:5,19,20,24 21:23 22:13,14 22:18 23:2,10,20,23 25:10,11 31:17,19,23,24 37:8
**went** 9:14 18:19 27:5 28:3,20 30:3 31:13,18 40:6,13