# EXHIBIT C

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

1-1379/260

Check No. 008138

| DATE | AMOUNT |
|---|---|
| 05/11/2011 | $334.14 |

**Pay** Three Hundred Thirty-Four and 14/100 **Dollars**

To The
Order of:

FANGRUI HUANG

EAST WEST BANK
38-05 UNION STREET
FLUSHING, NY 11354

⑈008138⑈ ⑆026013796⑆ 63851935⑈

GW OF FLUSHING I, INC.
137-61 NORTHERN BLVD.
FLUSHING, NY 11354

**MIU & CO.**
*Certified Public Accountants*

PERIOD ENDING 05/08/2011 PAY DATE 05/11/2011 CHECK NO 008138
EXEMPTION STATUS: Married Resident, 2 dependent(s) FANGRUI HUANG XXX-XX-0811 SEAT NO.: VEG. 1

| GROSS | FICA | MED | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | PFL | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 377.04 | 15.84 | 5.47 | 8.27 | 7.99 | 5.33 | 0.00 | 0.00 | 40.00 | 7.25 | 8.00 | 10.88 | 0.00 | 334.14 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | BNS PAY | TIPS | (401K) | (OTHER PRE-TAX |
| 377.04 | 15.84 | 5.47 | 8.27 | 7.99 | 5.33 | 0.00 | 0.00 | 290.00 | 87.04 | | | | 0.00 |

DEFENDANT'S
EXHIBIT NO. B
FOR IDENTIFICATION
DATE: 9/10/2019 RPTR: AB
PENGAD 800-631-6989