# EXHIBIT D

| Pay Date | Admitted OT Hrs | Admitted OT Rate | Admitted OT Pd BxC | Claimed OT Hrs* | Claimed OT Payments ExC | SHORTFALL--NONE |
|---|---|---|---|---|---|---|
| 5/11/2011 | 8 | 10.88 | | 9.5 | | |
| 5/18/2011 | 8 | | | 9.5 | | |
| 5/25/2011 | 8 | | | 9.5 | | |
| 6/1/2011 | 8 | | | 9.5 | | |
| 6/8/2011 | 8 | | | 9.5 | | |
| 6/15/2011 | 8.07 | | | 9.5 | | |
| 6/22/2011 | 8.02 | | | 9.5 | | |
| 6/29/2011 | 8.05 | | | 9.5 | | |
| 7/6/2011 | 10.04 | | | 9.5 | | |
| 7/13/2011 | 6.03 | | | 9.5 | | |
| 7/20/2011 | 8 | | | 9.5 | | |
| 7/27/2011 | 8.02 | | | 9.5 | | |
| 8/3/2011 | 8.01 | | | 9.5 | | |
| 8/10/2011 | 8.02 | | | 9.5 | | |
| 8/17/2011 | 8.03 | | | 9.5 | | |
| 8/24/2011 | 8.01 | | | 9.5 | | |
| 8/31/2011 | 8 | | | 9.5 | | |
| 9/7/2011 | 8.01 | | | 9.5 | | |
| 9/14/2011 | 8.03 | | | 9.5 | | |
| 9/21/2011 | 8.03 | | | 9.5 | | |
| 9/28/2011 | 8.02 | | | 9.5 | | |
| 10/5/2011 | 8.02 | | | 9.5 | | |
| 10/12/2011 | 8.02 | | | 9.5 | | |
| 10/19/2011 | 8.02 | | | 9.5 | | |
| 10/26/2011 | 8.03 | | | 9.5 | | |
| 11/2/2011 | 8 | | | 9.5 | | |
| 11/9/2011 | 8 | | | 9.5 | | |
| 11/16/2011 | 8 | | | 9.5 | | |
| 11/23/2011 | 8 | | | 9.5 | | |
| 11/30/2011 | 8 | | | 9.5 | | |
| 12/7/2011 | 8 | | | 9.5 | | |
| 12/14/2011 | 8 | | | 9.5 | | |

| | | | | | |
|---|---|---|---|---|---|
| 12/21/2011 | 8 | | | 9.5 | |
| 12/28/2011 | 8 | 10.88 | | 9.5 | |
| TOTAL 2011 | | 10.88 | 0 | 323 | 3514.24 |
| | | | | | |
| 1/4/2012 | 8 | 10.88 | | 9.5 | |
| 1/11/2012 | 8 | | | 9.5 | |
| 1/18/2012 | 8 | | | 9.5 | |
| 1/25/2012 | 8.25 | | | 9.5 | |
| 2/1/2012 | 8 | | | 9.5 | |
| 2/8/2012 | 8 | | | 9.5 | |
| 9/26/2012 | 14 | | | 9.5 | |
| 10/3/2012 | 14 | | | 9.5 | |
| 10/10/2012 | 14 | | | 9.5 | |
| 10/17/2012 | 14 | | | 9.5 | |
| 10/24/2012 | 14 | | | 9.5 | |
| 10/31/2012 | 14 | | | 9.5 | |
| 11/7/2012 | 14 | | | 9.5 | |
| 11/14/2012 | 14 | | | 9.5 | |
| 11/21/2012 | 14 | | | 9.5 | |
| 11/28/2012 | 5.75 | | | 9.5 | |
| 12/5/2012 | 25.5 | | | 9.5 | |
| 12/12/2012 | 15.5 | | | 9.5 | |
| 12/18/2012 | 15.5 | | | 9.5 | |
| 12/26/2012 | 15.5 | 10.88 | | 9.5 | |
| TOTAL 2012 | | 10.88 | 0 | 190 | 2067.2 |
| | | | | | |
| 1/2/2013 | 15.5 | 10.88 | | 9.5 | |
| 1/9/2013 | 15.5 | | | 9.5 | |
| 1/16/2013 | 15.5 | | | 9.5 | |
| 1/23/2013 | 15.5 | | | 9.5 | |
| 1/30/2013 | 15.5 | | | 9.5 | |
| 2/6/2013 | 15.5 | | | 9.5 | |

| | | |
|---|---|---|
| 2/13/2013 | 15.5 | 9.5 |
| 2/20/2013 | 15.5 | 9.5 |
| 2/27/2013 | 15.5 | 9.5 |
| 3/6/2013 | 15.5 | 9.5 |
| 3/13/2013 | 15.5 | 9.5 |
| 3/20/2013 | 15.5 | 9.5 |
| 3/27/2013 | 15.5 | 9.5 |
| 4/3/2013 | 15.5 | 9.5 |
| 4/10/2013 | 15.5 | 9.5 |
| 4/17/2013 | 15.5 | 9.5 |
| 4/24/2013 | 15.5 | 9.5 |
| 5/1/2013 | 15.5 | 9.5 |
| 5/8/2013 | 15.5 | 9.5 |
| 5/15/2013 | 15.5 | 9.5 |
| 5/22/2013 | 15.5 | 9.5 |
| 5/29/2013 | 15.5 | 9.5 |
| 6/5/2013 | 15.5 | 9.5 |
| 6/12/2013 | 15.5 | 9.5 |
| 6/19/2013 | 15.5 | 9.5 |
| 6/26/2013 | 15.5 | 9.5 |
| 7/3/2013 | 15.5 | 9.5 |
| 7/10/2013 | 15.5 | 9.5 |
| 7/17/2013 | 15.5 | 9.5 |
| 7/24/2013 | 15.5 | 9.5 |
| 7/31/2013 | 15.5 | 9.5 |
| 8/7/2013 | 15.5 | 9.5 |
| 8/14/2013 | 15.5 | 9.5 |
| 8/21/2013 | 15.5 | 9.5 |
| 8/28/2013 | 15.5 | 9.5 |
| 9/4/2013 | 15.5 | 9.5 |
| 9/11/2013 | 15.5 | 9.5 |
| 9/18/2013 | 15.5 | 9.5 |
| 9/25/2013 | 15.5 | 9.5 |
| 10/2/2013 | 0 | 9.5 |

| | | | | | |
|---|---|---|---|---|---|
| 10/9/2013 | 15.5 | | | 9.5 | |
| 10/16/2013 | 15.5 | | | 9.5 | |
| 10/23/2013 | 15.5 | | | 9.5 | |
| 10/30/2013 | 15.5 | | | 9.5 | |
| 11/6/2013 | 15.5 | | | 9.5 | |
| 11/13/2013 | 15.5 | | | 9.5 | |
| 11/20/2013 | 15.5 | | | 9.5 | |
| 11/27/2013 | 15.5 | | | 9.5 | |
| 12/4/2013 | 15.5 | | | 9.5 | |
| 12/11/2013 | 15.5 | | | 9.5 | |
| 12/18/2013 | 15.5 | | | 9.5 | |
| 12/25/2013 | 15.5 | | | 9.5 | |
| 12/31/2013 | 15.5 | 10.88 | | 9.5 | |
| TOTAL 2013 | | 10.88 | 0 | 503.5 | 5478.08 |
| | | | | | |
| 1/8/2014 | 12.5 | 12 | | 9.5 | |
| 1/15/2014 | 12.5 | | | 9.5 | |
| 1/22/2014 | 12.5 | | | 9.5 | |
| 1/29/2014 | 12.5 | | | 9.5 | |
| 2/5/2014 | 12.5 | | | 9.5 | |
| 2/12/2014 | 12.5 | | | 9.5 | |
| 2/19/2014 | 12.5 | | | 9.5 | |
| 2/26/2014 | 12.5 | | | 9.5 | |
| 3/5/2014 | 12.5 | | | 9.5 | |
| 3/12/2014 | 12.5 | | | 9.5 | |
| 3/19/2014 | 12.5 | | | 9.5 | |
| 3/26/2014 | 12.5 | | | 9.5 | |
| 4/2/2014 | 12.5 | | | 9.5 | |
| 4/9/2014 | 12.5 | | | 9.5 | |
| 4/16/2014 | 12.5 | | | 9.5 | |
| 4/23/2014 | 12.5 | | | 9.5 | |
| 4/30/2014 | 12.5 | | | 9.5 | |
| 5/7/2014 | 12.5 | | | 9.5 | |

| | | | | | |
|---|---|---|---|---|---|
| 5/14/2014 | 0 | | | 9.5 | |
| 5/28/2014 | 12.5 | | | 9.5 | |
| 6/4/2014 | 12.5 | | | 9.5 | |
| 6/11/2014 | 12.5 | | | 9.5 | |
| 6/18/2014 | 12.5 | | | 9.5 | |
| 6/25/2014 | 12.5 | | | 9.5 | |
| 7/2/2014 | 12.5 | | | 9.5 | |
| 7/9/2014 | 12.5 | | | 9.5 | |
| 7/16/2014 | 12.5 | | | 9.5 | |
| 7/30/2014 | 12.5 | | | 9.5 | |
| 8/6/2014 | 12.5 | | | 9.5 | |
| 8/13/2014 | 12.5 | | | 9.5 | |
| 8/20/2014 | 11.5 | | | 9.5 | |
| 8/27/2014 | 12.5 | | | 9.5 | |
| 9/3/2014 | 12.5 | | | 9.5 | |
| 9/10/2014 | 12.5 | | | 9.5 | |
| 9/17/2014 | 12.5 | | | 9.5 | |
| 9/24/2014 | 12.5 | | | 9.5 | |
| 10/1/2014 | 8.25 | | | 9.5 | |
| 10/8/2014 | 12.5 | | | 9.5 | |
| 10/15/2014 | 0 | | | 9.5 | |
| 10/15/2014 | 12.5 | | | 9.5 | |
| 10/29/2014 | 0 | 12 | | 9.5 | |
| TOTAL 2014 | | 12 | 0 | 389.5 | 4674 |
| | | | | | |
| 7/1/2015 | 3.75 | 13.88 | | 9.5 | |
| 7/8/2015 | 12.5 | | | 9.5 | |
| 7/15/2015 | 0 | | | 9.5 | |
| 7/22/2015 | 12.5 | | | 9.5 | |
| 7/29/2015 | 12.5 | | | 9.5 | |
| 8/5/2015 | 12.5 | | | 9.5 | |
| 8/12/2015 | 12.5 | | | 9.5 | |
| 8/19/2015 | 11 | | | 9.5 | |

| | | | | | |
|---|---|---|---|---|---|
| 8/26/2015 | 11 | | | 9.5 | |
| 9/2/2015 | 11 | | | 9.5 | |
| 9/9/2015 | 11 | | | 9.5 | |
| 9/16/2015 | 11 | | | 9.5 | |
| 9/23/2015 | 11 | | | 9.5 | |
| 9/30/2015 | 11 | | | 9.5 | |
| 10/7/2015 | 11 | | | 9.5 | |
| 10/14/2015 | 11 | | | 9.5 | |
| 10/21/2015 | 11 | | | 9.5 | |
| 10/28/2015 | 11 | | | 9.5 | |
| 11/4/2015 | 11 | | | 9.5 | |
| 11/11/2015 | 11 | | | 9.5 | |
| 11/18/2015 | 11 | | | 9.5 | |
| 11/25/2015 | 11 | | | 9.5 | |
| 12/2/2015 | 11 | | | 9.5 | |
| 12/9/2015 | 11 | | | 9.5 | |
| 12/16/2015 | 11 | | | 9.5 | |
| 12/23/2015 | 11 | | | 9.5 | |
| 12/30/2015 | 11 | | | 9.5 | |
| TOTAL 2015 | | 13.88 | 0 | 256.5 | 3560.22 |
| | | | | | |
| 1/6/2016 | 11 | 13.88 | 152.68 | 9.5 | |
| 1/13/2016 | 11 | | 152.68 | 9.5 | |
| 1/20/2016 | 11 | | 152.68 | 9.5 | |
| 1/27/2016 | 11 | | 152.68 | 9.5 | |
| 2/3/2016 | 11 | | 152.68 | 9.5 | |
| 2/10/2016 | 11 | | 152.68 | 9.5 | |
| 2/17/2016 | 11 | | 152.68 | 9.5 | |
| 2/24/2016 | 11 | | 152.68 | 9.5 | |
| 3/2/2016 | 11 | | 152.68 | 9.5 | |
| 3/9/2016 | 11 | | 152.68 | 9.5 | |
| 3/16/2016 | 10.5 | 13.88 | 145.74 | 9.5 | |
| 3/23/2016 | 11 | | 152.68 | 9.5 | |

| | | | |
|---|---|---|---|
| 3/30/2016 | 11 | 152.68 | 9.5 |
| 4/6/2016 | 11 | 152.68 | 9.5 |
| 4/13/2016 | 11 | 152.68 | 9.5 |
| 4/20/2016 | 11 | 152.68 | 9.5 |
| 4/27/2016 | 11 | 152.68 | 9.5 |
| 5/4/2016 | 11 | 152.68 | 9.5 |
| 5/11/2016 | 11 | 152.68 | 9.5 |
| 5/18/2016 | 11 | 152.68 | 9.5 |
| 5/25/2016 | 11 | 152.68 | 9.5 |
| 6/1/2016 | 11 | 152.68 | 9.5 |
| 6/8/2016 | 11 | 152.68 | 9.5 |
| 6/15/2016 | 11 | 152.68 | 9.5 |
| 6/22/2016 | 11 | 152.68 | 9.5 |
| 6/29/2016 | 11 | 152.68 | 9.5 |
| 7/6/2016 | 11 | 152.68 | 9.5 |
| 7/13/2016 | 11 | 152.68 | 9.5 |
| 7/20/2016 | 11 | 152.68 | 9.5 |
| 7/27/2016 | 11 | 152.68 | 9.5 |
| 8/3/2016 | 11 | 152.68 | 9.5 |
| 8/10/2016 | 11 | 152.68 | 9.5 |
| 8/17/2016 | 11 | 152.68 | 9.5 |
| 8/24/2016 | 0 | 152.68 | 9.5 |
| 8/24/2016 | 11 | 152.68 | 9.5 |
| 9/7/2016 | 11 | 152.68 | 9.5 |
| 9/14/2016 | 11 | 152.68 | 9.5 |
| 10/26/2016 | 11 | 152.68 | 9.5 |
| 11/2/2016 | 10 | 152.68 | 9.5 |
| 11/9/2016 | 11 | 152.68 | 9.5 |
| 11/16/2016 | 11 | 152.68 | 9.5 |
| 11/23/2016 | 11 | 152.68 | 9.5 |
| 11/30/2016 | 11 | 152.68 | 9.5 |
| 12/7/2016 | 11 | 152.68 | 9.5 |
| 12/14/2016 | 11 | 152.68 | 9.5 |
| 12/21/2016 | 10.75 | 152.68 | 9.5 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/28/2016 | 11 | | 152.68 | 9.5 | | |
| TOTAL 2016 | | 13.88 | 7169.02 | 446.5 | 6197.42 | |
| | | | | | | |
| 1/1/2017 | 0 | 16.5 | 0 | 9.5 | | |
| 1/11/2017 | 8 | 16.5 | 132 | 9.5 | | |
| 1/18/2017 | 8 | 16.5 | 132 | 9.5 | | |
| 1/25/2017 | 8 | 16.5 | 132 | 9.5 | | |
| 2/1/2017 | 8 | 16.5 | 132 | 9.5 | | |
| 2/8/2017 | 8 | 16.5 | 132 | 9.5 | | |
| 2/15/2017 | 8 | 16.5 | 132 | 9.5 | | |
| 2/22/2017 | 0 | 16.5 | 0 | 9.5 | | |
| TOTAL 2017 | | 16.5 | 792 | 76 | 1254 | |
| | | | | | | |
| TOTAL 11-17 | 2638.73 | | | | | |
| **AVERAGE **** | **11.47** | | 32046.7924 | | 26745.16 | -5301.6324 |

** 2638.73/230 wks

*Court ECF 101